1.  Phillip Kaplan
    9138 Johnson dr.
2.  La Mesa, California
    91941

3.

FILED

4.

17 JUN 30 PM 12: 07

5.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MXN

6.

BY_____ DEPUTY

7.  --------------------------------)------------------------

8.            SUPERIOR COURT OF SAN DIEGO
                   SAN DIEGO COUNTY

9.

10. Phillip Kaplan,the people      )    CASE NO: 17 CV 1336 AJB KSC
                                   )
11.      Plaintiff                 )
                                   )    Original complaint
12. vs.                            )    ACTION
                                   )    TRESPASS
13. STATE OF CALIFORNIA et al,     )    TRESPASS ON THE CASE
    STATE LEGISLATORS,OFFICIAL CAP.)    FEDERAL RIGHTS VIOLATIONS
14. CITY OF SAN DIEGO CA et al,    )    FEDERAL QUESTION
    POLICE OFC MILLER  BADGE 10#6112)   SUBSTANTIVE RIGHTS VIOLATION
15. POLICE OFC DUNAGAN BADGE 10#5846)
    POLICE OFC LOWRY   BADGE 10#7390)
16. A TO Z ENTERPRISES,UNKNOWN OWNER/S)
                                   )
17.                                )
                                   )
18.                                )
                                   )
19. Mr. and Mrs. Miller            )
    Mr. and Mrs. Dunagan           )
20. Mr. and Mrs. Lowry             )
    as private individuals         )
21.                                )
                                   )
22.                                )
    DEFENDANTS                     )
23. --------------------------------)------------------------

24. Comes now Phillip, one of the people, in this court of record,

25. to seek redress of grievance and summon the Defendants to answer

26. for Federal rights violations, substantive rights violations.

27.

28.

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

28.

# TABLE OF CONTENTS

i - CLERKS OFFICE..................................................................pi
ii - FREE JUSTICE & OPEN COURTS............................................piii
iii - LAW OF THE COURT..........................................................pvi
iv - DUTY OF THE COURT........................................................pxiii
1.1 - INTRODUCTION...............................................................p1
1.2 - BACK GROUND................................................................p2
1.3 - THE INCIDENT.................................................................p4
1.4 - FAIR NOTICE TO THE OFFICERS............................................p8
1.5 - MOTION TO DISMISS..........................................................p9
1.6 - GOVERNMENT IMMUNITY...................................................p9
1.7 - VIOLATIONS OF THE USC....................................................p19
1.8 - ALL ARE UNDER THE LAW...................................................p20
1.9 - CRIMINAL ENFORCEMENT..................................................p21
2.1 - NO PROBABLE CAUSE TO STOP.............................................p22
2.2 - UNREASONABLE/UNLAWFUL SEIZURE OF PERSON...................p24
2.3 - UNREASONABLE POLICE INTERFERENCE..............................p25
2.4 - ACTS IN EXCESS OF JURISDICTION-ULTRA VIRES...................p28
2.5 - UNREASONABLE/UNLAWFUL SEIZURE OF PROPERTY..............p30
2.6 - DENIAL OF PROCEDURAL DUE PROCESS..............................p31
2.7 - DEPRIVATION OF LIBERTY AND PROPERTY INTEREST.............p32
2.8 - FORCED TO CONTRACT.....................................................p33
3.1 - POLICE POWER................................................................p34
3.2 - TRAVEL IN A PRIVATE CONVEYANCE...................................p35
3.3 - PREREQUISITES UNCONSTITUTIONAL...................................p36
3.4 - REGISTRATION IS A UNCONSTITUTIONAL LICENSE.................p37
3.5 - NO COMPELLING GOVERNMENTAL INTEREST.......................p39
3.6 - THE RIGHT TO PRIVACY IN TRAVEL......................................p40
3.7 - PERMISSIVE END.............................................................p42
4.1 - JURISDICTION OF PERSON.................................................p43
4.2 - MOTOR VEHICLE V. AUTOMOBILE......................................p55
4.3 - THE LAW OF RIGHTS........................................................p61
4.4 - LEGISLATIVE INTENT-STATE FRAUD/UNLAWFUL EXACTION......p62
4.5 - MALICE-ABUSE OF LEGAL PROCESS.....................................p71
4.6 - DEPRIVATION OF SUBSTANTIVE RIGHTS...............................p75
4.7 - CVC22651-UNCONSTITUTIONAL..........................................p77
5.1 - DUTY/TRAINING/LIABILITY.................................................p79
5.2 - INJURY.........................................................................p85
5.3 - DAMAGE.......................................................................p88
5.4 -INJUNCTION...................................................................p89
5.5 - DISCOVERY...................................................................p91

(i) CLERKS OFFICE/FILE ON DEMAND

> *[clerk.a] "It is difficult enough to practice law without having the clerk's office as an adversary." ( Rojas v. Cutsforth (1998) 67 Cal.App.4th 774, 777, 79 Cal.Rptr.2d 292<\**

[clerk.I]  A memorandum of law to the office the clerk of court to perform specific duties. As one of the people, in this Article III "Court of Record", under the common law. I have a constitutionally protected right to seek redress from our government without infringement. <u>The First Amendment. . . .</u>

[clerk.FRC.5.4] Federal Rules of Civil Procedure Rule 5. Serving and Filing Pleadings and Other Papers (4) Acceptance by the Clerk. The clerk must not refuse to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice.

[clerk.FPRC.5] FPRC 5(d)(2) A paper is filed upon delivering it (A) to the clerk.

[clerk.28.USC.1361] TITLE 28 1361; U.S. District Court has original jurisdiction in a mandamus requiring a public employee to perform a duty owed to the plaintiff.

[clerk.18 USC.2071] 18 USC § 2071

(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

*[clerk.18.USC.2071.case law]* 18 U.S.C. 2071 Case Law: <u>*United States v. Conlin*</u>, 551 F.2d 534 (2nd Cir. 03/17/1977); <u>*United States v. Claypoole*</u>, 227 F.2d 752 (3rd Cir. 12/07/1955); <u>*United States v. Donner*</u>, 497 F.2d 184 (7th Cir. 05/03/1974); <u>*United States v. May*</u>, 625 F.2d 186 (8th Cir. 05/30/1980); <u>*United States v. Salazar*</u>, 455 F.3d 1022 (9th Cir. 07/24/2006); <u>*United States v. Lang*</u>, No. 02-4075 (10th Cir. 04/21/2004).  This case has some very good information -- <u>*United States v. Rosner*</u>, 352 F. Supp. 915 (S.D.N.Y. 12/14/1972).  18 U.S.C. Â§ 2071

[clerk.18.USC.2076] 18 U.S. Code § 2076 - Clerk of United States District Court
Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both. (June 25, 1948, ch. 645, 62 Stat. 796; Pub. L. 104–294, title VI, § 601(a)(11), Oct. 11, 1996, 110 Stat. 3498.)

[clerk.28.USC.751] 28 U.S. Code § 751 - Clerks . . .

[clerk.FRAP.21] Federal Rule of Appellate Procedure Rule 21. Writs of Mandamus and Prohibition, and Other Extraordinary Writs

*[clerk.b]* *"Common law actions" are such as will lie, on the particular facts, at common law, without the aid of a statute,* - *Black's Law Dictionary, 4th Ed.*, 425, 426 ; *Black's Law Dictionary 5th Edition*

*[clerk.c]* *"It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions."* *Montgomery v State* 55 Fla. 97-45S0.879

*[clerk.d]* *The docketing of filed documents is a ministerial act that the Office of the Clerk is obligated to perform. (See* *Ray v. United States*, *57 S. Ct. 700, 301 U.S. 158 (U.S. 04/26/1937).) [emphasis added.]*

*[clerk.e]* *[i]t is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof.* *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed.*

*[clerk.f]* *If pleadings are delivered to the clerk for filing they will be deemed filed* *even though the proper entry of filing is not made thereon.* *See* *Brinson v. Ga. R. Bank &c. Co.*, *45 Ga. App. 459, 461, supra;* *Cooper v. Nisbet*, *119 Ga. 752 (1), 755 (47 S.E. 173). (05/12/78* *Boston Sea Party Atlanta v. Bryant*, 246 S.E.2d 350, 146 Ga. App. 294.) (See also* *Lavan et al. v. Philips*, 362 S.E.2d 138, 184 Ga. App. 573 (10/19/87).) [emphasis added.]*

*[clerk.g]* *Whether a motion has legal merit is a determination to be made by a judge, not the clerk's office. No statute, rule of court, or case law gives the court clerk's office the authority to demand that a petitioner cite or quote precedent before his motion will be filed. If a document is presented to the clerk's office for filing in a form that complies with the rules of court, the clerk's office has a ministerial duty to file it. Even if the document contains defects, the clerk's office should file it and notify the party that the defect should be corrected. See:* *Voit v. Superior Court*, 201 Cal. App. 4th 1285 (Cal. Ct. App. 2011)<\**

*[clerk.h]* *The clerk of a court, like the Recorder is required to accept documents filed. It is not incumbent upon him to judicially determine the legal significance of the tendered documents.* *In re Halladjian*, 174 F. 834 (C.C.Mass.1909); United States, to Use of* *Kinney v. Bell*, 127 F. 1002 (C.C.E.D.Pa.1904); State ex rel.* *Kaufman v. Sutton*, 231 So.2d 874 (Fla.App.1970);* *Malinou v. McElroy*, 99 R.I. 277, 207 A.2d 44 (1965); State ex rel.* *Wanamaker v. Miller*, 164 Ohio St. 176, 177, 128 N.E.2d 110 (1955).) (*Daniel K. Mayers Et Al., v. Peter S. Ridley Et Al.*, No. 71-1418 (06/30/72, United States Court of Appeals for the DC Circuit.) [emphasis added.]*

*[clerk.i]* *"The duty of the clerk to file the document on the date it was presented to him was a ministerial act, the performance of which could be compelled by writ of mandamus.".* *(Snyder v. Nolen*, 380 F.3d 279 (7th Circuit, 08/13/2004). [emphasis added.]*

*[clerk.j]* *There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign.* *Cooper v. O'Conner*, 99 F.2d 133*

## (ii) FREE JUSTICE AND OPEN COURTS

[free.I]   We the people have a right to apply to the Government for redress of grievances free of charge. This right to free access to the court originates back to the "Magna Charta" and is incorporated into our "American Jurisprudence". If the government can charge a fee to bring an action against the government, as in this case, the right could be infringed. The government could increase the fees so we, who do not have a "full purse", could not afford to sue the government and be denied a Constitutional right to redress of grievance against the government.

[free.II]  I object to being classified with the status as a pauper.  Motion to proceed in Forma Pauperis would impair my status and may infringe upon my right to seek redress in a common law 'court of record'.
 I wish the court to take notice (rule 201) to proceed in a "court of record" free from the burden of providing financial considerations in exchange for exercising my right to redress my government for grievance, based on the following:

*[free.a] The Freedom of Speech, and of the Press, and the right of the People . . . to apply to the Government for a redress of grievances, shall not be infringed. 1st Amendment<\**

*[free.b]"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights." Sherar v. Cullen, 481 F. 2d 946 (1973)<\**

*[free.c][P]ower to tax involves, necessarily, a power to destroy," McCulloch v. Maryland. 17 U.S. 327<\**

*[free.d] "The power to tax the exercise of a privilege is the power to control or suppress its enjoyment." Magnano Co. v. Hamilton, 292 U. S. 40, 292 U. S. 44-45,<\**

*[free.e] "We will sell to none, we will deny to none, we will delay to none, either right or justice." The Magna Carta, 1 Hen. 3, c. 29, § 2(b) (1225). In connection with this clause must, of course be read Cap. 40. "To none will we sell, to none will we deny or delay right or justice."(In some translations, " W e will sell to no man, we will not deny to any man either justice or may call the right.") See § 70, notes. "These words,"says Coke,"are spoken in the person of the King, who, in judgment of law, in all his courts of justice is present, and repeating these words." The words "To none will we sell" were intended to abolish the fines paid in early times for procuring right or judgment. "To none will we deny" referred to the stopping of suits and the denial of writs. "To none will we delay" meant the delays caused either by the counter-fines of defendants, or by the will of the king.<\**

[free.f] [s]uch provision is derived from the Magna Charta right which read: "We will sell to no man, we will not deny to any man, either justice or right." 16A C.J.S. Constitutional Law § 708a. "The chief purpose of the Magna Charta provision was to prohibit the king from selling justice by imposing fees on litigants through his courts and to deal a death blow to the attendant venal and disgraceful practices of a corrupt judiciary in demanding oppressive gratuities for giving or withholding decision in pending cases." 16 Am.Jur.2d, Constitutional Law, § 382, p. 718<*;

[free.g] —including "free access to... the courts of justice in the several States" among the privileges and immunities of citizenship - in In re North, 1994 and 32 similar citations<*

[free.h] "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution. Murdock v. Pennsylvania, 319 US 105, 63 S. Ct. 870, 87 L. Ed. 1292 - Supreme Court, 1943<* ; (McGoldrick v. Berwind-White Co., 309 U.S. 33, 56-58), [emphasis added]

[free.i] "Disregard of cardinal constitutional guaranties cannot be justified upon the ground of economic necessity" Riley vs. Carter, 79 ALR 1018; 16 Am.Jur. (2nd), Const. Law, Sect. 81[emphasis added]<*

[free.j] "Income taxes are a recognized method of distributing the burdens of Government, favored because requiring contributions from those who realize current pecuniary benefits under the protection of the Government, and because the tax may be readily proportioned to their ability to pay." Shaffer v. Carter, 252 U.S. 37, at 51 (1920).<*

[free.III]   Motion to proceed in Forma Pauperis" statute is in conflict with the constitutional right to seek redress. "in Forma Pauperis" complaints may be dismissed "sua sponte" under 28 U.S.C. 1915. If I do not pay the fees or file a motion to proceed in Forma Pauperis, as a prerequisite to exercise a Constitutional right, my case will not move forward and may be dismissed, denying me a Constitutional right to seek redress of grievance. Prerequisites to exercising Constitutional rights have been ruled unconstitutional in Dells v. Kennedy 40, 49, 6 N.W. 246-247, Wis. 555, S.Ct.Wisconsin, (1880)

[free.28.USC.1915] 28 U.S. Code § 1915 - Proceedings in forma pauperis
(e)
   (1) The court may request an attorney to represent any person unable to afford counsel.
   (2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that—
      (A) the allegation of poverty is untrue; or
      (B) the action or appeal—
         (i) is frivolous or malicious;
         (ii) fails to state a claim on which relief may be granted; or
         (iii) seeks monetary relief against a defendant who is immune from such relief.
            (iv)

*[free.k] 28 U.S.C. § 1915(e)(2)(B) confers discretion on a district court to dismiss an in forma pauperis action if it is frivolous or fails to state a claim on which relief may be granted. The discretion granted to district courts to screen out meritless causes serves as the surrogate for the constraint that financial considerations provide in the realm of paid cases. see Neitzke v. Williams, 490 U.S. 319, 328 (1989)*

[free.IV]   Under 28 USC § 1915 a judge may dismiss an action by statute of an allegation of a violation of a right. Does the judge have knowledge of all unenumerated Ninth Amendment rights retained by we the people or could the violation be ruled a Ninth Amendment right by a tribunal? Any dismissal "sua sponte" could result in a violation of due process, and the right to be heard by a tribunal, and it could deprive we the people of the First and Ninth Amendment right protected by the Constitution.

[free.V] I believe the status of the pauper would be prejudicial and would jeopardize my Constitutional rights. I believe statutory regulations should not place barriers in the pursuit of justice or deprive me of my day in court.

*[free.l] "No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution." 16 Am. Jur. (2nd), Const. Law, Sect. 70[emphasis added]*

*[free.m] "Pleadings are intended to serve as a means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end." Maty v. Grasselli Chemical Co., 303 U.S. 197*

*[free.n] "The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice." Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449*

*[free.o] "In determining whether such rights were denied, we are governed by the substance of things and not by mere form; ID.; Louisville & N.R. CO. v. Schmidt, 177 U.S. 230, 20 SUP. CT. 620 44 L ED 747.*

*[free.p] An act of the court shall prejudice no man. Jenkins' Eight Centuries of Reports, 118; Brooms Legal Maxims, Lond. ed. 115; 1 Strange's Reports, 126; 1 Smith's Leading Cases, 245-255; 12 English Common Bench Reports by Manning, Granger,*

*[free.q] Henceforth the writ which is called Praecipe shall not be served on any one for any holding so as to cause a free man to lose his court. Magna Carta, Article 34.*

*[free.r] "Common-law actions" are such as will lie, on the particular facts, at common law, without the aid of a statute. - Black's Law Dictionary, 4th Ed., 425, 426 ; Black's Law Dictionary 5th Edition*

*[free.s] The right to make common-law dedications is not abridged by the statutory regulations providing for dedications in certain specific ways. Village of Grandville v. Jenison, (1890) 47 N.W. 600, 84 Mich. 54, affirmed 49 N.W. 544, 86 Mich. 567.*

*[free.t] Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. Miranda v. Arizona 384 US 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694          (v)*

### (iii)   COMMON LAW OCCUPIES THE FIELD

[at law.I] As I informed the D-officers "I am one of the people". This Statement removed any presumption of 'creature of statute'.

[at law.a]"The Constitution of these United States is the supreme law of the land. Any law that is repugnant to the Constitution is null and void of law." Marbury v. Madison, 5 US 137,(1803)

[at law.b]"The American colonies brought with them the common, and not the civil law; and each state, at the revolution, adopted either more or less of it" Amy v. Smith, 1 Litt. Ky. R,pp. 337, 338 (1822);

[at law.c]The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261]

[at law.d]The language of the Constitution, as has been well said, could not be understood without reference to the common law. Kent Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 91 U. S. 274.

[at law.e]"The 'liberty' guaranteed by the constitution must be interpreted in the light of the common law, the principles and history of which were familiar and known to the framers of the constitution. This liberty denotes the right of the individual to engage in any of the common occupations of life, to locomote, and generally enjoy those rights long recognized at common law as essential to the orderly pursuit of happiness by free men." Myer v. Nebraska, 262 U .S. 390, 399; United States v. Kim Ark, 169 U.S. 649, 654.

[at law.f]"History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people... -- Bell v. Hood, 71 F. Supp., 813, 816 (1947) U.S.D.C., So. Dist. CA.

[at law.g]Common law, by constitution, is law of state. Beech Grove Inv. Co. v. Civil Rights Com'n (1968) 157 N.W.2d 213, 380 Mich. 405

[at law.h]The State of California is an inseparable part of the United States of America, and the United States Constitution is the supreme law of the land." California Constitution, Article 3, Sec. 1.

[at law.i]The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.[9th amendment]

[at law.j]The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people. [10th amendment]

[at law.j]Federal Law and Supreme Court Cases apply to State Court Cases. Griffin v. Mathews, 310 Supp. 341, 423 F. 2d 272; Hagans v. Lavine, 415 U.S. 528; Howlett v. Rose, 496 U.S. 356 (1990)

[at law.iii]  LAW OF THE COURT AND ARTICLE III COURT OF RECORD

[at law.I]  The law of the court is the Constitution, the supreme law of the land. This case raises profound federal questions regarding the governments stealthy encroachment and exactions of the Constitutional rights of we the people and the violation of substantial rights to life, liberty, and property.

> *[at law.k] The people have succeeded to all the rights of the king: <u>People v. Herkimer</u>, 15 Id. 379; <u>Wendell v. Jackson</u>, 22 Id. 635; <u>Lansing v. Smith</u>, 21 Id. 89.<\**
>
> *[at law.maxim] Designatio unius est exclusio alterius, et expressum facit cessare tacitum. The designation of one is the exclusion of the other.*

[at law.A]  ARTICLE III TRIBUNAL

[at law.II] The government and their (D)efendant-officers violated my natural rights of life, liberty, and property not created by the government. The officers Deprived me of my home, my essentials of <u>life</u>. Deprived me of my <u>liberty</u> by taking my common mode of conveyance. Deprived me of <u>property</u> interest by taking my possessions. These rights are a fundamental right protected by the Constitution.

> *[at law.A.a] The Court held that when dealing with rights not created by Congress, the essential attributes of judicial power must be retained in the Article III court. - in <u>In re Castlerock Properties</u>, 1986 and 65 similar citations*
>
> *[at law.A.b] "It is true that the constitutional claim would warrant convening a three-judge court and that if a single judge rejects the statutory claim, a three-judge court must be called to consider the constitutional issue." <u>Hagen v. Lavine</u>, 415 US 528 at 545, 39 L.ed. 577, 94 SCt, 1372 (1974) ; <u>Kozinski v. Schmidt</u>, 409 F. Supp. 215 (1975) ; Murrow v. Clifford, 502 F.2d 1066 (1974) ; <u>Doe v. Beal</u>, 523 F.2d 611 (1975)*
>
> *[at law.A.c] Federal Courts. Three-Judge District Courts. Single District Judge May Not Reject Statutory Claim for Injunction Pendent to Constitutional Claim Required to Be Heard by Three-Judge District Court. <u>Murrow v. Clifford</u>, 502 F. 2d 1066 (3d Cir. 1974)*

[at law.II]   As one of the people, I wish the court to proceed in a 'court of record', and I object to any nisi prius court or other forum without my full knowledge and written consent.

[at law.B]   'COURT OF RECORD'

[at law.III]   To be a 'court of record' a court has four characteristics, and may have a fifth. They are:

1. The magistrate and tribunal are independent of each other.

2. The court proceeds under common law.

3. The record is conclusive and perpetual.

4. The court has the power to fine or imprison for contempt.

5. May possess a seal.

[at law.B.1]  INDEPENDENT MAGISTRATE

> [at law.B.a] *A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689] [Black's Law Dictionary, 4th Ed., 425, 426];*

> [at law.B.b] *His service is ministerial because all judicial functions in a court of record are reserved to the tribunal, and, by definition of a court of record, that tribunal must be independent of the magistrate. The non-judicial functions are "ministerial" because they are absolute, certain and imperative, involving merely execution of specific duties arising from fixed and designated facts. Long v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899 ;*

> [rule 201- The judicial function of the judge as a magistrate is suspended]

[at law.B.2] PROCEEDS UNDER THE COMMON LAW

> [at law.B.] *If a statute give a remedy in the affirmative, (without a negative expressed or implied,) for a matter which was actionable at the common law, the party may still sue at the common law, as well as upon the statute; for this does not take away the common law remedy. Crittenden v. Wilson, v. 165.*

> [at law.B.c] *Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]*

> [at law.B.d] *"'...our justices, sheriffs, mayors, and other ministers, which under us have the laws of our land to guide, shall allow the said charters pleaded before them in judgement in all their points, that is to wit, the Great Charter as the common law....' Confirmatio Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by Richard L. Perry, American Bar Foundation.; The Magna Carta...*

> [at law.B.e] *"The American colonies brought with them the common, and not the civil law; and each state, at the revolution, adopted either more or less of it" Amy v. Smith, 1 Litt. Ky. R,pp. 337, 338 (1822);*

*[at law.B.f]* *"Jurisdiction of a court to try and decide such cases as were cognizable by the courts of law under the English common law; the jurisdiction of those courts which exercise their judicial powers according to the course of the common law." U. S. v. Power, 27 Fed.Cas. 607.*

*[at law.B.g]* *The language of the Constitution, as has been well said, could not be understood without reference to the common law. Kent Com. 336; Bradley, J., in Moore v. United States, 91 U. S. 270, 91 U. S. 274.*

*[at law.B.h]* *"As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." " The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and is was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a since of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood." 16Am Jur 2d., Sec. 114:*

*[at law.B.i]* *"If the common law can try the cause, and give full redress, that alone takes away the admiralty jurisdiction ." Ramsey v. Allegrie , supra, p. 41 1 .*

*[at law.B.j]* *"The 'liberty' guaranteed by the constitution must be interpreted in the light of the common law, the principles and history of which were familiar and known to the framers of the constitution. This liberty denotes the right of the individual to engage in any of the common occupations of life, to locomote, and generally enjoy those rights long recognized at common law as essential to the orderly pursuit of happiness by free men." Myer v. Nebraska, 262 U .S. 390, 399; United States v. Kim Ark, 169 U.S. 649, 654.*

*[at law.B.k]* *"History is clear that the first ten amendments to the Constitution were adopted to secure certain common law rights of the people... -- Bell v. Hood, 71 F. Supp., 813, 816 (1947) U.S.D.C., So. Dist. CA.*

*[at law.B.l]* *Common law, by constitution, is law of state. Beech Grove Inv. Co. v. Civil Rights Com'n (1968) 157 N.W.2d 213, 380 Mich. 405*

*[at law.B.m]* *"common law actions" are such as will lie, on the particular facts, at common law, without the aid of a statute. - Black's Law Dictionary, 4th Ed., 425, 426 ; Black's Law Dictionary 5th Edition*

*[at law.B.n]* *The right to make common-law dedications is not abridged by the statutory regulations providing for dedications in certain specific ways. Village of Grandville v. Jenison, (1890) 47 N.W. 600, 84 Mich. 54, affirmed 49 N.W. 544, 86*

*[at law.B.o]* *The rules of pleading at Common Law have not been abrogated by the Code of Civil Procedure. The essential principles still remain. Henry mv. Co. v. Semonian, 40 Cob. 269, 90 P. 682 (1907); Hughes, Procedure, Its Theory and Practice 488 (Chicago 1905).*

*[at law.]* *If a statute give a remedy in the affirmative, (without a negative expressed or implied,) for a matter which was actionable at the common law, the party may still sue at the common law, as well as upon the statute; for this does not take away the common law remedy. Crittenden v. Wilson, v. 165.[1.3.B.p]* *"There is no common law judicial immunity." Pulliam v. Allen , 104S.Ct. 1970; cited in Lezama v. Justice Court, A025829.*

*(ix)*

[at law.B.3] CONCLUSIVE PERPETUAL RECORD

> *[at law.B.q] However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of a court of record. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it." Ex parte Watkins, 3 Pet., at 202-203. [cited by Schneckloth v. Bustamonte, 412 U.S. 218, 255 (1973)]*

> *[at law.B.r] Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]*

[at law.B.4]  CONTEMPT OF COURT

> *[at law.B.s] Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231].[Black's Law Dictionary, 4th Ed., 425, 426]*

[at law.B.5]  POSSESSES A SEAL

> *[at law.B.t]Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]*

## [at law.1.3.C] FEDERAL COMMON LAW

*[at law.C.a] In this sense therefore there remains what may be termed, for want of a better label, an area of "federal common law" or perhaps more accurately "law of independent federal judicial decision." outside the constitutional realm, untouched by the Erie decision.\* \* \* "Were we bereft of the common law, our federal system would be impotent." D'Oench, Duhme & Co. v. F. D. I. C., 315 U. S. 447, 470 (concurring opinion). And so in a wide variety of cases the federal courts have assumed to fashion federal common-law rights. E. g., Southern Express Co. v. Byers, 240 U. S. 612; Sola Elec. Co. v. Jefferson Elec. Co., 317 U. S. 173; Clearfield Trust Co. v. United States, 318 U. S. 363, 367; United States v. County of Allegheny, 322 U. S. 174, 183; Holmberg v. Armbrecht, 327 U. S. 392, 395; United States v. Fullard-Leo, 331 U. S. 256, 269-270; Rea v. United States, 350 U. S. 214; Textile Workers v. Lincoln Mills, 353 U. S. 448, 457; Howard v. Lyons, 360 U. S. 593, 597; International Assn. of Machinists v. Central Airlines, 372 U. S. 682, 691, 693, n. 17; O'Brien v. Western Union Tel. Co., 113 F. 2d 539; Kaufman v. Western Union Tel. Co., 224 F. 2d 723, 728; Kardon v. National Gypsum Co., 73 F. Supp. 798; see Hart, The Relations Between State and Federal Law, 54 Col. L. Rev. 489, 530-535 (1954); Bell v. Hood, 327 U. S. 678, 684.Ordinarily, to be sure, such fashioning is done under the aegis of a more specific jurisdictional grant than 28 U. S. C. § 1331 (a). But I agree with the test set forth in United States v. Standard Oil Co., supra, and would recognize the existence of federal common-law rights of action "wherever necessary or appropriate" for dealing with "essentially federal matters." UNITED STATES v. STANDARD OIL CO. OF CALIFORNIA--UNITED STATES v. LATROBE CONSTRUCTION COMPANY*

*[at law.C.b] In applying federal common law, "federal courts are free to apply the traditional common law technique of decision and to draw upon all the sources of common law..." - in American Nat. Bank v. Federal Dep. Ins. Corp., 1983 and 76 similar citations*

**[at law.D] BEFORE THE THE KINGS BENCH**

*(Before the king himself. (Coram ipso rege) 3 Bl. Comm. 41)*

*[at law.D.d] After the Revolution the people of this country, being the sovereigns, succeeded to the rights of the king, the former sovereign, and are entitled to all the rights which formerly belonged to him in his prerogative.* <u>Lansing v Smith</u>, *4 Wend. 9 ;* <u>Lansing v. Smith</u>, *21, 89.; Gould v. Hudson River R. Co., 6 N. Y., 539 ;* <u>Commonwealth v. Baldwin</u>, *26, 33. ;* <u>People v. Herkimer</u>, *4 Cowen (NY) 345, 348 (1825) <\**

*[at law.D.e] A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (*<u>Fortesc.c.8. 2Inst.186</u>)

*[at law.D.f] Under the ancient English system,* <u>criminal prosecutions</u> *were instituted at the suit of private prosecutors, to which the King lent his name in the interest of the public peace and good order of society.* <u>Hale v. Henkel</u>, *201 US 43 - 59, (1906)<\**

*[at law.D.g] Each citizen acts as a private attorney general who takes on the mantel of the sovereign,'guarding for all of us the individual liberties enunciated in the Constitution - in Behind the Shield-Law Enforcement Agencies and the Self-Critical Analysis ...* <u>Wood v. Breier</u>, *54 F.R.D. 7, 10-11 (E.D. Wis. 1972) and 4 similar citations<\**

*[at law.D.h] Class Action Suit;* "Qui tam" is short for the Latin phrase "qui tam pro domino rege quam pro se ipso in hac parte sequitur," which means "who pursues this action on our Lord the King's behalf as well as his own." - in <u>US ex rel. Atkinson v. Pa. Shipbuilding Co.</u>, 2007 and 228 similar citations

*[at law.D.k] "The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* <u>American Banana Co. v. United Fruit Co.</u>, *29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047].*

*[at law.D.l] To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head.* <u>Merrion v. Jicarilla Apache Tribe; Amoco Production Company v. Jicarilla Apache Indian Tribe</u>, *455 U.S. 130, 131, 102 S.Ct. 894, 71 L.Ed.2d 21 (1981)*

## (iv)  DUTY OF THE COURT

> [doc.a] *Those who have experienced the full thrust of the power of government when leveled against them know that the only protection the citizen has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974)*

[doc.I]  We the people who are unfamiliar with law rely on the duty of the court magistrate to protect us against the unfair advantages, stealthy encroachments, and judicial machinations of government employees who use the peoples lack of the knowledge of law against us, as a result, denying the people the right to a fair trial. The duty of the tribunal is to not be impartial, but bias against government infringement upon the rights, freedoms, and liberties protected by the Constitution, created by we the people.

## [doc.A]  DUTY TO THE CONSTITUTION

> [doc.A.a] *But it cannot be assumed that the framers of the Constitution and the people who adopted it did not intent that which is the plain import of the language used. When the language of the Constitution is positive and free from all ambiguity, all courts are not at liberty, by a resort to the refinements of legal learning, to restrict its obvious meaning to avoid hardships of particular cases, we must accept the Constitution as it reads when its language is unambiguous, for it is the mandate of the sovereign powers. [State v. Sutton, 63 Minn. 147, 65 WX N.W., 262, 101, N.W. 74; Cook v. Iverson, 122, N.M. 251]*

> [doc.A.b] *"where federally protected rights have been invaded, it has been the rule from the beginning that courts will be alert to adjust their remedies so as to grant the necessary relief. Bell v. Hood, 327 U.S. at 327 U. S. 684 (footnote omitted); see Bemis Bros. Bag Co. v. United States, 289 U. S. 28, 289 U. S. 36 (1933) (Cardozo, J.); The Western Maid, 257 U. S. 419, 257 U. S. 433 (1922) (Holmes, J.).*

> [doc.A.c] *"The judicial branch has only one duty, to lay the Article of the Constitution which is involved beside the statute (rule or practice) which is challenged and to decide whether the latter squares with the former." U.S. v. Butler. 279 U.S. 116 (1929):*

> [doc.A.d] *In addition, the Constitution "promise [s]... that there is a realm of personal liberty which the government may not enter." - in Alexander v. Whitman, 1997 and 338 similar citations*

> [doc.A.e] *"It is the duty of all officials whether legislative, judicial, executive, administrative, or ministerial to so perform every official act as not to violate constitutional provisions." Montgomery v State 55 Fla. 97-45S0.879*

> [doc.A.f] *Turley denies the legislature the authority to restrict rights created by the people through constitutional amendment, and other cases similarly limit the power of the courts. - in State v. Roscoe, 1996*

*[doc.A.g]* "Since the constitution is intendant for the observance of the judiciary as well as other departments of government and the judges are sworn to support its provisions, the courts are not at liberty to overlook or disregard its commands or counteract evasions thereof, it is their duty in authorized proceedings to give full effect to the existing constitution and to obey all constitutional provisions irrespective of their opinion as to the wisdom or the desirability of such provisions and irrespective of the consequences, thus it is said that the courts should be in our alert to enforce the provisions of the United States Constitution and guard against their infringement by legislative fiat or otherwise in accordance with these basic principles, the rule is fixed that the duty in the proper case to declare a law unconstitutional cannot be declined and must be performed in accordance with the delivered judgment of the tribunal before which the validity of the enactment it is directly drawn into question. If the Constitution prescribes one rule and the statute the another in a different rule, it is the duty of the courts to declare that the Constitution and not the statute governs in cases before them for judgment. <u>16Am Jur 2d., Sec. 155:</u>

*[doc.A.h]* "Any judge who does not comply with his oath to the Constitution for the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason". <u>Cooper v. Aaron</u>, *358 U.S. 1, 78 S. Ct. 1401 (1958)*

*[doc.A.i]* In his now-famous concurring opinion in <u>Griswold v. Connecticut</u> 8, Justice Goldberg stated: "In interpreting the Constitution, 'real effect should be given to all the words it uses,' . . . . The Ninth Amendment to the Constitution may be regarded by some as a recent discovery, . . . but since 1791 it has been a basic part of the Constitution which we are sworn to uphold."

*[doc.A.j]* But whenever the operation and effect of any general regulation is to extinguish or destroy that which by law of the land is the property of any person, so far as it has that effect, it is unconstitutional and void. Thus, a law is considered as being a deprivation of property within the meaning of this constitutional guaranty if it deprives an owner of one of its essential attributes, destroys its value, restricts or interrupts its common, necessary, or profitable use, hampers the owner in the application of it to the purposes of trade, or imposes conditions upon the right to hold or use it and thereby seriously impairs its value. ( Statute ) <u>167 Am. Jur. 2d, Constitutional Law</u>, Section 369.

*[doc.A.k]* It is obviously correct that no one acquires a vested or protected right in violation of the Constitution by long use, even when that span of time covers our entire national existence and indeed predates it." <u>Walt v. Tax Commission of the City of New York</u>, *397 U.S. 664, 678 (1970)*

*[doc.A.l]* It is the highest calling of federal judges to invoke the Constitution to repudiate unlawful majoritarian actions and, when necessary, to strike down statutes that would infringe on fundamental rights, whether such statutes are adopted by legislatures or by popular vote. The constitutional system that vests such power in an independent judiciary does not "test[] the integrity of . . . democracy." It makes democracy vital, and is one of our proudest heritages. <u>W. Va. State Bd. of Educ. v. Barnette</u>, *319 U.S. 624, 638, 87 L. Ed. 1628, 63 S. Ct. 1178*

*[doc.A.m]* "Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property." <u>Bary v. United States</u> · *273 US 128*     (xiv)

*[doc.A.n] "No provision of the Constitution is designed to be without effect," "Anything that is in conflict is null and void of law", "Clearly, for a secondary law to come in conflict with the supreme Law was illogical, for certainly, the supreme Law would prevail over all other laws and certainly our forefathers had intended that the supreme Law would be the bases of all law and for any law to come in conflict would be null and void of law, it would bare no power to enforce, in would bare no obligation to obey, it would purport to settle as if it had never existed, for unconstitutionality would date from the enactment of such a law, not from the date so branded in an open court of law, no courts are bound to uphold it, and no Citizens are bound to obey it. It operates as a near nullity or a fiction of law." If any statement, within any law, which is passed, is unconstitutional, the whole law is unconstitutional by Marbury v. Madison. Marbury v. Madison : 5 US 137 (1803):*

## [doc.B] STARE DECISIS

*[doc.B.a] "The doctrine of stare decisis stands as a check on a court's temptation to overrule recent precedent. Only compelling circumstances should require us to depart from this doctrine." - in Duffy v. Vogel, 2007 and 2 similar citations[1.4.B.] [t]he doctrine of stare decisis requires us to adhere to our prior decisions - in Forman v. Henkin, 2015 and one similar citation*

*[doc.B.b] Neither party asks us to revisit our controlling precedent, and the doctrine of stare decisis requires us to adhere to our prior decisions - in Forman v. Henkin, 2015 and one similar citation*

*[doc.B.c] "But, as stated by the present learned judge for the Eighth circuit, 'when a proposition has once been decided by the supreme court, it can no longer be said that in it there still remains a federal question.' State v. Bradley, 26 Fed. Rep. 289."*

*[doc.B.d] Government officials are bound to comply with the valid decisions of the courts - in Clackamas County, Ore. v. McKay, 1954 and one similar citation*

*[doc.B.e] If this Court shows so little respect for its own precedents, it can hardly expect them to be treated more respectfully by the state actors whom these decisions are supposed to bind. - in Payne v. Tennessee, 1991 and 32 similar citations*

*[doc.B.f] "Stare decisis is the preferred course because it promotes the evenhanded, predictable, and consistent development of legal principles, fosters reliance on judicial decisions, and contributes to the actual and perceived integrity of the judicial process." - in University of Michigan v. TITAN INS. CO., 2010 and 528 similar citations*

*[doc.B.g] Stare decisis "permits society to presume that bedrock principles are founded in the law rather than in the proclivities of individuals, and thereby contributes to the integrity of our constitutional system of government, both in appearance and in fact." - in Johnson v. Johnson, 2010 and 184 similar citations*

*[doc.B.h] The doctrine of stare decisis is "the means by which we ensure that the law will not merely change erratically, but will develop in a principled and intelligible fashion." - in Oregon Natural Desert Association v. United States Forest Service, 2008 and 97 similar citations*

*[doc.B.i] "[A] ny detours from the straight path of stare decisis in our past have occurred for articulable reasons, and only when the Court has felt obliged to bring its opinions into agreement with experience and with facts newly ascertained." - in Smallwood v. ILLINOIS CENTRAL RAILROAD COMPANY, 2004 and 63 similar citations*

(xv)

*[doc.B.j] The doctrine of stare decisis, however appropriate and even necessary at times, has only a limited application in the field of constitutional law. - in <u>St. Joseph Stock Yards Co. v. United States</u>, 1936 and 42 similar citations*

*[doc.B.k] —stating that "we will not depart from the doctrine of stare decisis without some compelling justification - in <u>Chicago Truck Drivers Union Pension v. Steinberg</u>, 1994 and 54 similar citations*

[doc.C]  STEALTHY MACHINATIONS *(Obsta Principiis)*

*[doc.C.a] Justice Bradley, "It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by <u>silent approaches and slight deviations</u> from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis." <u>Boyd v. United</u>, 116 U.S. 616 at 635 (1885) [1.4.] "It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any <u>stealthy encroachments</u> thereon." - in <u>US v. Clarke</u>, 1996 and 292 similar citations*

*[doc.C.b] "A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." <u>Wuest v. Wuest</u>, 127 P2d 934, 937.*

*[doc.C.c] It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgement in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution." <u>Downs v. Bidwell</u>, 182 U.S. 244*

*[doc.C.d] The greatest dangers to liberty lurk in <u>insidious encroachments</u> by men of zeal, well-meaning but without understanding. - in <u>Zweibon v. Mitchell</u>, 1975 and 437 similar citations*

*[doc.C.e] -Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. <u>Geiler v. Commission on Judicial Qualifications</u>, (1973) 10 Cal.3d 270, 286*

*[doc.C.f] "Complete freedom of the highways is so old and well established a blessing that we have forgotten the days of the Robber Barons and toll roads, and yet, under an act like this, arbitrarily administered, the highways may be completely monopolized, if, through lack of interest, the people submit, then they may look to see the most sacred of their liberties taken from them one by one, by more or less rapid encroachment." <u>Robertson vs. Department of Public Works</u>, 180 Wash 133, 147.(1934)*

[doc.FRCP.83]  Federal Rule Civil Procedure: Rule 83. Rules by District Courts; Judge's Directives . . .

[doc.FRCP.201] Federal Rules of Evidence: Rule 201. Judicial Notice of Adjudicative Facts . . .

[doc.28.USC.455]  28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge . . .

## 1.1 INTRODUCTION

[1.1.I]   The thrust of the matter is two fold, first issue involves a federal question regarding the governments stealthy encroachment and exactions of the exercise of the fundamental rights of we the people protected by the Constitutional and clearly established law, namely converting the right of the people to use a private conveyance for private purpose into a privilege and attaching a registration fee to the fundamental right.

> []*The right of the Citizen to travel upon the public highways. . . includes the right, in so doing, to use the ordinary and usual conveyances of the day. . .includes the right to drive . . .an automobile. . .Thompson v.Smith, and 9 similar citations*
>
> [] *A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution. Murdock v. Pennsylvania, and 3 similar citations*

This right is not granted by statute. It is a natural right that dates back to the 'Magna Carta'.

[1.1.II] The second issue involves the deprivations of substantive rights to life, liberty, and property, namely the seizure of a van I live in. On first blush, this seizure of my vehicle appears to be a petty matter, but this case involves federal questions. I allege the State government and its municipalities employees acted in excess of jurisdiction. As I stated to the Defendants (D-officers) "I am not a resident". The D-officers attempts to enforce, under the 'color of State law', the CVC resulting in the violations of my fundamental constitutional rights. The D-officers code shopped and mis-applied a code to justify a non emergency seizure without a warrant of my van that I live in, in an attempt to injury me. The gravamen of my complaint is that I was deprived of my substantive rights. The D-officers deprived me of my home, my essentials of <u>life</u>. Deprived me of my <u>liberty</u> interest by taking my common mode of conveyance. Deprived me of <u>property</u> interest by taking my possessions. These rights are a fundamental rights protected by the Constitution and clearly establish law. The Constitution prohibits the powers of States from denying or disparaging the Constitutional rights of the people. As I stated to the officers, "I am one of the people and I reserve all my rights." 'Common law occupies the field.'

> [1.1.a] *It held that only those rights which are "implicit in the concept of ordered liberty" such that "neither liberty nor justice would exist" if they were sacrificed, or those liberties which are "deeply rooted in this Nation's history and tradition" receive constitutional protection under the substantive component of the due process clause. - in City of Sherman v. Henry, 1996 and 84 similar citations*   (p.1)

## 1.2. BACK GROUND

(1.2.1) I am the sole owner, of a 2002 Freightliner Sprinter van used for private purpose and by private right.

(1.2.2) On the morning of June 29, 2016, Officers Sgt Eric Miller, 10#6112; Officer Dwight Dunagan, 10#6846; Officer Jaclyn Lowry, 10#7390, employees of the San Diego Police Department and the City of San Diego seized and caused to be impounded my van.

(1.2.2) I was parked in the dirt in the 'cul de sac' camping area of mariners point park peninsula, near Mission Beach, California. I was not parked any different from others using the park, including my niece, camping next to me. The peninsula is customarily used for over night camping.

(1.2.3) The officers did not say the van was illegally parked, blocking traffic or a drive way. No mention my van was a nuisance or a hazard to the public.The officers did not ask me to move the van, or remove it from the area. There was no mention of a crime or investigation of a crime. I was not arrested. There was no mention of a complaint.

(1.2.4) The officers did not provide a warrant for the seizure. The officers seized and caused to be impounded my property without notice, without pre-seizure hearing, without an opportunity to defend, without due process. I received no warning, ticket or citation.

(1.2.5) The officers did not ask for a drivers license or Identification.

(1.2.6) The only information I received from the officers was a small note paper with an incident number and officers names. The reason the officers gave for the seizure was because I did not have a registration, and no license plate.

(1.2.7) I told the officers;

(1.2.a) I am not a resident.

(1.2.b) I am retired and I have been traveling in many states of the country for many years.

(1.2.c.) I live in my van.

(1.2.d) I have yet to title the van with any State.

(1.2.8) The van is not used for commerce or the public benefit or interest.  My van is marked in plain view 'NOT FOR HIRE'.          (p2)

(1.2.9) I presented a bill of sale to the officers, which the officers accepted and I had my contact and van information taped to the rear window of the van.

(1.2.10) My van is my shelter, where I have my bed to sleep, where I keep my change of clothes, where I cook and prepare and store my food, where I keep my private papers. Where I have all my essentials of life. My van is my security, my abode.

(1.2.11) The following day after I paid the tow company for the tow and storage fees I read the receipt. It said the reason for the tow was the California Motor Vehicle Code violation 22651 (o)(1)(A).

[CVC.22651] 22651.  A peace officer... who is engaged in directing traffic or enforcing parking laws and regulations, of a city, county, or jurisdiction of a state agency in which a vehicle is located, _may_ remove a vehicle located within the territorial limits in which the officer or employee may act, under the following circumstances:
(o) (1) When a vehicle is found or operated upon a highway, public land, or an offstreet parking facility under the following circumstances:
(A) With a registration expiration date in excess of six months before the date it is found or operated on the highway, public lands, or the offstreet parking facility.

(1.2.12) The officers told me they were seizing my van, not according to the community care taking doctrine, but because I didn't have a registration.

(1.2.13) If I didn't have a registration, how could it be expired in excess of six months? I came to California approximately in the middle of May, 2016.  I had only been in California for approximately 45 days, less than two months at the time of this incident. I informed the officers of this even thou they did not ask.

(1.2.14) I could not find a California Motor Vehicle Code that stated an officer may remove a vehicle for not having a registration. I could not find in the California Motor Vehicle Code where a private automobile used for private purpose is required to be registered.

(1.2.15) It is not now nor has it ever been my intension to default on or avoid paying any debt that I may owe. I am not aware I owed any taxes or fees to the DMV or the city, county or State Agency.          (p3)

## 1.3. THE INCIDENT

[1.3.I]  On the morning of June 29th, 2016 at the time of the incident I was parked in the dirt in the 'cul de sac' camping area of mariners point park peninsula, near Mission Beach, California. I was visiting with my niece Krista Decker (who was parked next to me) and with her friend Kal (22). My niece and her friend were visiting from Texas for a few days and was camping out in a tent at mariners point park.

[1.3.II] I was sitting in the back seat of my van reading and I heard a car pull up behind my van. I noticed two police units together had stopped, blocking my van. I got out of my van to meet the officers. I asked whats going on? The officers reason for stopping is because I did not have a license plate on my van.

[1.3.III] For safety reasons I asked if the officers would like to check for weapons. Officer Dunagan immediately replied he would like to and did.

[1.3.IV] I told the officers the reason I didn't have a plate is because I bought the van in Michigan I have been traveling around the country and I have not titled or registered my van.  I told the officers I am a traveler and not a resident.

[1.3.V]  I said my van by definition of the Supreme Court was not a motor vehicle, but an automobile because it's not used in commerce. Officer(s) Dunagan was adamant I must have a registration.

[1.3.VI] I mentioned that my automobile is my home and that is where I live, and I told to the officers that I travel all over the country. Because of the aggressive attitude of the officer I asked for a supervisor. Within moments Sergeant Miller appeared.

(p4)

[1.3.VII] I repeated I am not a resident, I was not involved in commerce, I am not a citizen subject to the jurisdiction of the United States, I am a nonresident alien without the United States, Washington DC Territories, I am one of the people, I reserve all my rights and waive the benefit, and I do not consent. There was no response to any of these statements.

[1.3.VIII] Officer Dunagan went to the police unit to check for warrants. When officer Dunagan returned he ordered me to get what I needed out of my van because they are seizing and impounding it and I have 15 minutes to get what I need. I asked where is the warrant? I asked where is the jurisdiction? Where is my opportunity to defend? Where is the contract? What crime did I commit? The only response was "Your waisting time". I asked why not give me a ticket and we can settle this in court? No response to anything I asked. No warrant, no proof of jurisdiction, no citation. No crime. I asked officer Dunagan why he was doing this and why he was being so mean.

[1.3.IX] I told the officer they where kicking me out of my home. This was shocking. I started to panic,  I felt ill. My stomach was turning, I started to feel nausea and my legs were shaking and was cramping. I asking over and over where is the warrant, where is the jurisdiction? Where is my due process? I was ignored. I was told by officer Dunagan and officer Miller those who had resisted the officers ended up regretting it. I felt powerless, I knew the officers would use all the force necessary to carry out their objective and if I was to resist them I would regret it. Officer Dunagan seemed to be angry with me. The message they gave was clear. I felt the officers were trying to punish me. If I had not gotten a business card from the tow truck driver I would not have known where or how to get my van back.

(p5)

[1.3.X] The tow truck came and took away my van with all my belongings I use in my day to day essentials of life, my bed and blanket, my food and water, my change of clothes, my private papers, my shelter, my security, my home. The officers took away everything, leaving me there in the dirt, homeless. This was devastating. Everything I had to live on was in my van and it was gone. I was in shock. I was in disbelief this could happen. I felt violated. My legs were shaking and were cramping and had trouble standing. I had to sit down. They were taking my bed. I didn't know where I was going to sleep. I was in shock.

[1.3.XI] This was very degrading treatment. I was very embarrassed and humiliated and felt a complete loss of dignity.

[1.3.XII] I was so shaken up I couldn't get the things I needed out of my van. I needed my van.

[1.3.XIII] I was very stressed not knowing where I would stay that night. I ended up staying on the floor of a trailer. I was cold and I was scared and very angry. I didn't sleep at all. I felt unsafe. It was very painful and a horrible experience. I have 10 compression fractures and 2 herniated disc in my spine, and suffer from spinal stenosis, I suffered a lot pain, cramping, and going numb. I am too old to be sleeping without a bed and blanket.

[1.3.XIV] The following day I was so frantic and desperate to get my home back I couldn't eat anything. No way could I spend another night like that.

(p6)

[1.3.XV] I went to the DMV an hour before they opened. There was already a long line. After waiting 2 hours in line to talk to a teller (roberta) I explained the situation and told Roberta I didn't want to title my van in California because my plan was to leave to another state, but I needed my van back. She was very nice to me. Roberta explained to get the papers to get my van back I didn't need to register the van I just needed to start the titling process and get a moving permit and I could cancel at a later date. This was very perplexing. The officers told me I have to pay for registration on my van before I could get it back. After I left the DMV I went directly I explained the persons at the tow yard the seizure was not legal and I should not have to pay to get my property back. The towing charge was very expensive because the tow company had to use a very big semi tow truck, the one they use to tow the big rigs. I was told the only way to get my van back is to pay for the towing and storage fees. The tow company's conditioned the return of the van upon my payment of towing and storage charges. I was forced to pay the tow company and the DMV.

## 1.4. FAIR NOTICE

*[1.4.a] The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." <u>Davis v. Wechsler</u>, 263 US 22, 24*

*[1.4.b] A state officer executing an unconstitutional law is subject to injunction at the instance of the citizen. <u>Ellingham v. Dye</u>, 99 N.E. 1, 178 Ind. 336, Ann. Cas. 1915C, 200*

(1.4.1) As I informed the D-officers;

(1.4.1.a) "I am not a resident, nor am I a citizen subject to the jurisdiction of the United States."    *[SUBJECT; Constitutional Law - One that owes allegiance to a sovereign and is governed by his laws.][USC Title 28, 3002 (15) "United States" means—(A) a Federal corporation]*("No fiction can make a natural born subject." Milvaine v. Coxe's Lessee, 8 U.S. 598 (1808))

(1.4.1.b) "I am non resident alien without the Washington DC Territories."

(1.4.1.c) "I am one of the people." *[Maxim: The inclusion of one, is the exclusion of all others][Where truth Is, fiction of law does not exist]*

(1.4.1.d) "I reserve all my rights."

(1.4.1.e) "I do not consent."

(1.4.1.f) "I wave the benefit."

(1.4.1.g) "I am not involved in commerce."

(1.4.1.h) "My van is not a motor vehicle, but an automobile."

(1.4.1.i) "I did not have a registration."

(1.4.1.j) "I told the officers I object."

(1.4.2) I asked the officers;

(1.4.2.a) Where is the jurisdiction?

(1.4.2.b) Where is the warrant?

(1.4.2.c.) Where is the contract?

(1.4.2.d) Are we under martial law? The officer responded "no".

(1.4.2.e) "What is the nature and cause?"

(note; (1.4.2.d) was the only response to the questions)

(p8)

## 1.5. MOTIONS TO DISMISS

[1.5.I] The first response the people receive from government regarding a suit is a 'motion to dismiss'. 'Common law occupies the field.'

> [1.5.a] "Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," _Trinsey v. Pagliaro_, D. C. Pa. 1964, 229 F. Supp. 647.

> [1.5.b] Court explicitly rejected the defendants' argument that, because state law proscribed the defendants' conduct, the plaintiff could not recover under section 1983: "It is no answer that the State has a law which if enforced would give relief. The federal remedy is supplementary to the state remedy, and the latter need not be first sought and refused before the federal one is ... - in _Augustine v. Doe_, 1984 and 149 similar citations

> [1.5.c]" "As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law."" The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings  and is was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a since of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood." [_16Am Jur 2d_, Sec. 114:]

## 1.6. IMMUNITY

[1.6.I] The government has no immunity for the following reasons:

A. The people are sovereign, not the government.

B. The defendants violated clearly established rights.

D. Clearfield doctrine. Commercial activity exception.(FSIA)

E. Acts under 'Color of law' v. 'Common law'.

F. Immunity infringes the Constitutional right to redress.

G. The Governments lack of jurisdiction. (ultra vires)

H. The 11th Amendment applies to a republic, not a State government acting as a democracy.

## [1.6.A] SOVEREIGNTY IMMUNITY

[1.6.A.II]    The origins of sovereign immunity is from the common law maxim, *'the king can do no wrong'*. We the people are the sovereigns, not the government. There is no sovereign immunity for the government when we the people are involved in the suit.

[1.6.A.a] *"The Doctrine of Sovereign Immunity is one of the Common-Law immunities and defenses that are available to the Sovereign..." Citizen of Minnesota. Will v. Michigan Dept. of State Police, (1988) 491 U.S. 58, 105 L.Ed. 2d. 45, 109 S . Ct . 2304.*

[1.6.A.b] *"There is no such thing as a power of inherent sovereignty in the government of the United States... In this country, sovereignty resides in the people, and Congress can exercise power, which they have not, by their Constitution, entrusted to it. All else is withheld." Juliard v. Greeman, 110 U.S. 421 (1884) Supreme Court Justice Field,*

[1.6.A.c] *" "Sovereign state" are cabalistic words, not understood by the disciple of liberty, who has been instructed in our constitutional schools. It is an appropriate phrase when applied to an absolute despotism. I firmly believe, that the idea of sovereign power in the government of a republic, is incompatible with the existence and permanent foundation of civil liberty, and the rights of property. The history of man, in all ages, has shown the necessity of the strongest checks upon power, whether it be exercised by one man, a few or many. Our revolution broke up the foundations of sovereignty in government; and our written constitutions have carefully guarded against the baneful influence of such an idea henceforth and forever. I can not, therefore, recognize the appeal to the sovereignty of the state..." Gaines v. Buford, 31 Ky. (1 Dana) 481, 501] Gaines et al. v. Buford (1833)*

[1.6.A.d] *"The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government." Spooner v. McConnell, 22 F. 939 @ 943*

[1.6.A.e] *"The United States, as a whole, emanates from the people ... The people, in their capacity as sovereigns, made and adopted the Constitution ..." US Supreme Court in 4 Wheat 402:*

[1.6.A.f] *"Sovereignty or supreme power is in this country vested in the people, and only in the people." Fong Yue Ting v. United States, 149 US 698<\**

[1.6.A.g] *"That which is not supreme must yield to that which is supreme." In re Rahrer, 140 U. S. ; Missouri, K. & T. R. Co. v. Wulf, 226 U. S. 570, 57 L. ed. ; Brown v. State of Maryland,*

[1.6.A.h] *"It is almost unnecessary to say, that what the legislature cannot do directly, it cannot do indirectly. The stream can mount no higher than its source." Gelpcke v. City of Dubuque, 68 U.S.*

[1.6.A.i] *(Derivativa potestas non potest esse major primitive) The derivative power cannot be greater than the primitive.*

(p10)

*[1.6.A.j] "Let a State be considered as subordinate to the people: But let every thing else be subordinate to the State." <u>Chisholm v Georgia</u>, 2 Dall. 440 at 455<\**

*[1.6.A.k] "This [traditional] explanation [of sovereign immunity] adequately supports the conclusion that no sovereign may be sued in its own courts without its consent, but it affords <u>no support for a claim of immunity in another sovereign's courts.</u> Such a claim necessarily implicates the power and authority of a second sovereign; its source must be found either in an agreement, express or implied, between the two sovereigns, or in the voluntary decision of the second to respect the dignity of the first as a matter of comity." [<u>United States v. Texas</u>, 143 U.S. 621, 646 (1892)]*

*[1.6.A.l] "In this state, as well as in all republics, it is not the legislation, however transcendent its powers, who are supreme, but the people and to suppose that they may violate the fundamental law is, as has been most eloquently expressed, to affirm that the deputy is greater than his principal; that the servant is above his master; that the representatives of the people are superior to the people themselves: that the men acting by virtue of delegated powers may do. not only what then- powers do not authorize, but what they forbid. It is not otherwise to be supposed that the constitution could intend to enable the representative of the people to substitute their will to that of their constituents. It is far more rational to suppose that the courts were designed to be an intermediate body between the people and the legislature, in order, among other things, to keep the latter within the limits assigned to their authority. <u>Atkinson v. Woodmansee</u>, 68 Kan. 71, 74 Pac. 640, 64 L.R.A. 325*

*[1.6.A.m] A State is not the sovereign when a federal claim is pressed against it. <u>Alden v. Maine</u>, 527 US 706 at 812 - Supreme Court 1999<\**

## [1.6.B] VIOLATION OF CLEARLY ESTABLISHED RIGHTS

[6.1.B.I] The defendants violated my clearly established rights of life, liberty, and property not created by the government.  The defendants deprived me of my home, by taking and caused to be carried away my bed, food, clothing, shelter, my essentials of <u>life</u>. The defendants deprived me of my <u>liberty</u> by taking and caused to be carried away my common mode of transportation, denying me my fundamental right to travel in a private conveyance. The defendants deprived me of my <u>property</u> by taking and caused to be carried away my possessions, including my private papers, without jurisdiction, without compelling governmental interest,  without any extraordinary circumstances, or due process. These rights are substantive, private, natural, fundamental rights protected by the 4th, 5th, 8th, 9th and 14th Amendments of the Constitution and clearly establish Supreme Court rulings.

*[1.6.B.a]* "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights. " <u>AFLCIO v. Woodard</u>, 406 F 2d 137 t.

*[1.6.B.b]* "The general rule is that a qualified immunity defense fails once a plaintiff has alleged that defendants have violated the plaintiff's clearly established rights. "<u>Harlow v. Fitzgerald</u>, 457 U.S. 800, 819 (1982).

*[1.6.B.c]* —the court must decide whether there was a constitutional violation first, before it decides whether the law is clearly established. - in <u>Schaefer v. Las Cruces Public School Dist.</u>, 2010 and 27 similar citations

*[1.6.B.d]* "We do not require a case directly on point, but existing precedent must have placed the statutory or constitutional question beyond debate." - in <u>Courtney v. OKLA. EX REL., DEPT. OF PUBLIC SAFETY</u>, 2013 and 588 similar citations

*[1.6.B.e]* "Qualified immunity balances two important interests—the need to hold public officials accountable when they exercise power irresponsibly and the need to shield officials from harassment, distraction, and liability when they perform their duties reasonably," - in <u>Craver v. Hasty</u>, 2013 and 1,089 similar citations

*[1.6.B.f]* "All are presumed to know the law." <u>San Francisco Gas Co. v. Brickwedel</u> (1882), 62 C. 641; <u>Pore v. Southern Pacific Co.</u> (1912), 163 C. 182, 124 P. 817; <u>People v. Flanagan</u> (1924), 65 C.A. 268, 223 P. 1014; <u>Lincoln v. Superior Court</u> (1928), 95 C.A. 35, 271 P. 1 107; <u>San Francisco Realty Co. v. Linnard</u> (1929), 98 C.A. 33, 276 P. 368.

*[1.6.B.g]* "It is one of the fundamental maxims of the common law that ignorance of the law excuses no one." <u>Daniels v. Dean</u> (1905), 2 C.A. 421, 84 P. 332.

*[1.6.B.h]* " The legal maxim that one is presumed to know the law extends to the police. <u>People v Gallo</u> 206 Misc. 935 (1954)

*[1.6.B.i]* "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." <u>In re McCowan</u> (1917), 177 C. 93, 170 P. 1 100.

*[1.6.B.j]* If an official "knew or should have known" that his or her action violated a constitutional norm, immunity is unavailable. - in <u>FREDDY NOBRIGA ENTERPRISES, INC. v. State</u>, 2013 and 33 similar citations

### [1.6.C] CLEARFIELD-COMMERCIAL ACTIVITY EXCEPTION

[1.6.C.I] The State of California and its Municipalities enforcement of the vehicle code was the moving force of the Constitutional deprivations and violations. The debt collection practice the officers used is authorized by State statute, enacted by the State of California, under the color of law, in the pursuit of generating revenue. The police powers enforcement of the code was a debt collection practice. The State of California authorizes the Municipal Corporation, City of San Diego, and the San Diego Police Department as a collection agency. Registration involves merchant law dealing with commercial contract. A consideration paid for a service. The Department of Motor Vehicles refers to these persons as customers.

[1.6.C.II] FSIA 'Commercial activity exception' "based upon" The State of California is generating revenue from the registration fees. The State of California registration is a protection service. A contract and an agreement service in exchange for a consideration, federal reserve notes issued by The Federal Reserve, a private commercial bank. Most of the funds are not used for the repair of the roads. The generated funds are dispersed throughout the different departments of the State Agency including the States General Fund and retirement funds of the Agency's employees. Some of the funds are used in pension portfolios and other investment vehicles, which is a form of commercial enterprise for profit. When the State of California gets involved in commerce it becomes a private corporation under the 'clearfield doctrine'.

[1.6.C.III] The vehicle registration is a commercial contract. The evidence is the fact the State of California authorizes the seizure of vehicles (private property) for non payment of the service without the "due process" pre-deprivation hearing. The code used to tow my van. If its not a commercial contract this practice is unconstitutional, denying due process.

[1.6.CVC.22651] CVC 22651. A peace officer ... _may_ remove a vehicle, under the following circumstances:(o)(1) When a vehicle is found... (A) With a registration expiration date in excess of six months . . .

(p13)

**[1.6.C.IV]** If a state enters into a contract, regardless of its substance, would be engaging in commercial activity and would fall under the FSIA, If vehicle registration is not a contract then this code is unconstitutional.

> *[1.6.C.a] Contracts by their very nature are commercial obligations and entering into such obligations typically require the government to lose its sovereign identity and take on the identity of a private citizen. See <u>Bank of United States v. Planters' Bank</u>, 22 U.S. (9 Wheat.) 904, 907 (1824); see also<u>Alfred DunhillofLondon, Inc.</u>, 425 U.S. at 695-96 (plurality opinion); <u>Callejo v. Bancomer</u>, S.A., 764 F.2d 1101, 1108-09 (5th Cir. 1985).*

[1.6.C.exhibit.] Your DMV fees go to:

- Local government (cities/counties) 40.7%
- CHP 25.7%
- DMV 13.9%
- State highways (Caltrans) 13.0%
- Air Resources Board 1.7%
- Other state agencies 4.3%
- State General Fund 0.7%

https://www.dmv.ca.gov/portal/dmv/detail/pubs/brochures/fast_facts/ffvr34

[1.6.C.exihibit.] The DMV deposits $2.6 billion into the 'Motor Vehicle Account'. The major sources of this revenue are motor vehicle registrations ($2.1 billion) and driver's license fees ($194.5 million). The biggest recipient of this revenue is the California Highway Patrol, which receives $1.7 billion from the Motor Vehicle Account. http://www.lao.ca.gov/handouts/transportation/2011/motor_vehicle_account_overview_012611.pdf

## THE MERCURY NEWS

### California drivers paying for underfunded CHP pensions

[1.6.C.exhibit.] By **ROMY VARGHESE, BLOOMBERG**

PUBLISHED: December 22, 2016 at 7:07 am | UPDATED: March 13, 2017 at 3:39 pm

Californians in April will start paying more to register their cars — not to help maintain roads, but to keep the pension checks rolling for the motorcycle cops who policed them. The retirement fund for the California Highway Patrol is worse off than any other managed by California Public Employees' Retirement System, the largest U.S. pension, as payments by the state and employees fail to keep up with benefits locked in during the dot-com bubble. As a result, the state's contributions jumped 14 percent this year to $415 million and are projected to continue rising. A $10 increase to registration fees will help cover the expense. "It's a pension tax — call it what it is," said State Sen. John Moorlach, a Republican who introduced a bill that would implement measures to cut pension costs. "It's like a tumor that's growing inside the budget." The situation facing the Highway Patrol underscores the consequences to taxpayers whose state and local governments have about $2 trillion less than they need to cover promised retirement benefits. http://www.mercurynews.com/2016/12/22/california-drivers-paying-for-underfunded-chp-pensions/

(p14)

**[1.6.C.V]** The immunity doctrine of respondeat superior does not apply under the clearfield doctrine or common law.

*[1.6.C.b] As a member of a corporation, a government never exercises its sovereignty. It acts merely as a corporator, and exercises no other power in the management of the affairs of the corporation, than are expressly given by the incorporating act. Suits brought by or against it are not understood to be brought by or against the United States. The government, by becoming a corporator, lays down its sovereignty, so far as respects the transaction of the corporation, and exercises no power or privilege which is not derived from the charter.); <u>U.S. v. Georgia-Pacific Co.</u>, 421 F.2d 92, 101 (9th Cir. 1970) (Government may also be bound by the doctrine of equitable estoppel if acting in proprietary [for profit nature ] rather than sovereign capacity); the "Savings to Suitor Clause" is also available for addressing mercantile and admiralty matters aka "civil process" at the common law and within a state court.*

*[1.6.C.c] "Governments descend to the Level of a mere private corporation, and take on the characteristics of a mere private citizen…where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned. … For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government." – <u>Clearfield Trust Co. v. United States</u> 318 U.S. 363-371 (1942)*

*[1.6.C.d] "<u>In Land v. Dollar</u> , 338 US 731 (1947), the court noted, "that when the government entered into a commercial field of activity, it left immunity behind." <u>Brady v. Roosevelt</u> , 317 US 575 (1943); <u>FHA v. Burr</u> , 309 US 242 (1940); <u>Kiefer v. RFC</u> , 306 US 381 (1939) .*

*[1.6.C.e] "When governments enter the world of commerce, they are subject to the same burdens as any private firm or corporation" — <u>U.S. v. Burr</u>, 309 U.S. 242 See: 22 U.S.C.A.286e, <u>Bank of U.S. vs. Planters Bank of Georgia</u>, 6L, Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et seq., C.R.S. 11-60-103*

*[1.6.C.f] —we created federal common law to govern transactions in the commercial paper of the United States; and we did so in view of the desirability of a uniform rule in that area. - in <u>Wheeldin v. Wheeler</u>, 1963 and 43 similar citations*

## [1.6.D]  IMMUNITY V. THE RIGHT TO REDRESS

**[6.1.D.I]** We the people have a constitutional right to petition our government for redress, immunity infringes upon that right.

*[1.6.D.a] . . . to petition the Government for a redress of grievances. <u>The 1st Amendment</u>*

*[1.6.D.b] "Government immunity violates the common law maxim that everyone shall have a remedy for an injury done to his person or property." <u>Firemens Ins. Co. of Newawk</u>,*

*[1.6.D.c] "The innocent individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury." <u>Owen v. City of Independence</u>*

[1.6.D.d] *"The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury." - in* <u>Baker v. Carr</u>, *1962 and 1,199 similar citations[standing-rule-procedural] It must be substantially probable "that the substantive agency action that disregarded a procedural requirement created a demonstrable risk, or caused a demonstrable increase in an existing risk, of injury to the particularized interests of the plaintiff...." - in* <u>Sierra Club v. FERC</u>, *2016 and 65 similar citations*

[1.6.D.e] *Ubi jus ibi remedium ; that there is no wrong without a remedy. "to imagine a right without a remedy, for want of right and want of remedy are reciprocal."* <u>Ashby v. White</u>, *(2 Lord Eaym., 953 ; 1 Smith's L.C., 185)*

[1.6.D.f] *—it held that "the rule of governmental immunity from tort liability... must be discarded as mistaken and unjust." - in* <u>Kotronakis v. City & County of San Francisco</u>, *1961 and 53 similar citations*

[1.6.D.g] *The rule of governmental immunity for tort is an anachronism, without rational basis, and has existed only by the force of inertia.\*\*\* Only the vestigial remains of such governmental immunity have survived; its requiem has long been foreshadowed.\*\*\* In holding that the doctrine of governmental immunity for torts for which its agents are liable has no place in our law we ... - in* <u>Williams v. City of Detroit</u>, *1961 and 36 similar citations*

[1.6.D.h] *Recognizing the inequities inherent in the concept of sovereign immunity the Supreme Court of California abolished governmental tort immunity in 1961. - in* <u>Krause v. State</u>, *1971 and 31 similar citations*

[1.6.D.i] *—"so far as governmental responsibility for torts is concerned, the rule is liability—the exception is immunity." - in* <u>Sanem v. Home Ins. Co.</u>, *1984 and 36 similar citations*

[1.6.D.j] *Our court declared that few tenets of American jurisprudence had been so unanimously berated as the governmental immunity doctrine. - in* <u>Willow Creek Ranch v. Town of Shelby</u>, *2000 and 17 similar citations*

[1.6.D.k] *"Immunity fosters neglect and breeds irresponsibility while liability promotes care and caution, which caution and care is owed by the government to its people."* <u>Rabon v. Rowen Memorial Hospital, Inc.</u> *269 N.S. 1, 13, 152 SE 1 d 485, 493.*

[1.6.D.l] *"The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of government is to afford that protection. In Great Britain the king himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court."* <u>Marbury v. Madison, 1 Cranch 137, 162</u> *at 163 (1803)*

## [1.6.E] ACTS IN EXCESS OF JURISDICTION

[1.6.E.I] The defendants did not have jurisdiction over me, my person, or my property. The State of California, the City of San Diego, the San Diego Police Department and officers, have yet to provided any fact or evidence of jurisdiction authority. I did not provide the officers with any government identification to give jurisdiction of my person. To the contrary, As I stated to the officers, "I am not a resident."  (a resident being a 'creature of statute' in statutory construction as a person, any person, or natural person to give jurisdiction to police power under color of law; see section 6.1). I did not pledge, register, license, or give any authority over my van to any State government or Municipal Corporation. Quo Warranto?

*[1.6.E.a] Conduct authorized by statute, but without common law tradition, would be taken under color of state law (cf. Warren v. Cummings, 303 FSupp. 803 (D. Colo. 1969)), whereas a statute which is a codification of the common law would involve no such state action. See Kirksey v. Theilig, 351 FSupp. 727 (D. Colo. 1972); Greene v. First Nat. Exchange Bank, 348 FSupp. 672 (W. D. Va. 1972); Messenger v. Sandy Motors, Inc., 121 N. J. Super. 1 (295 A2d 402) (1972).*

*[1.6.E.b] "Sovereign immunity does not apply where (as here) government is a lawbreaker or jurisdiction is the issue." Arthur v. Fry, 300 F.Supp. 622 (1960).*

*[1.6.E.c] "Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646 (1872)*

*[1.6.E.d] Quasi in rem jurisdiction is subject to the constitution requirements of minimum contacts. Shaffer v. Heitner 433 U.S. 186 97*

*[1.6.E.e] "it is a general rule that an officer, executive, administrative, quasi- judicial, ministerial, or otherwise, who acts outside the scope of his jurisdiction, and without authorization of law may thereby render himself amenable to personal liability in a civil suit." Cooper v. CP Conner , 69 App DC 100, 99 F (2d)*

## [1.6.F] THE 11TH AMENDMENT APPLIES TO A REPUBLIC.

[1.6.F.I] The 11th amendment does not protect the State when it functions as a democracy. The Constitution guarantees a republican form of government in every State, not a democracy. The State of California was acting as a democratic government enforcing color of law statutes on a political franchise, which I am not a member. The 11th Amendment was enacted before the change in government by the 14th amendment, The 11th Amendment did not bar suits against the States by the people of the United States.

*[1.6.F.a] The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State. 11th Amendment*

*[1.6.F.b] Article IV Section 4; The United States shall guarantee to every state in this union a republican form of government.*

*[1.6.F.c] [t]he Eleventh Amendment did not bar suits against the States under federal question jurisdiction and did not in any case reach suits against a State by its own citizens." Senate Document 99-16, The Constitution of the United States of America--Analysis and Interpretation (U.S.G.P.O., 1987), Pages 1429-1430.*

*[1.6.F.e] Republican government. One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. Black, Const. Law (3d Ed.) 309 ; In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L. Ed. 219 ; Minor v. Happersett, 21 Wall. 175, 22 L. Ed. 627.<\*Minor v. Happersett, 88 U.S*

*[1.6.F.f] Democracy. That form of government in which the sovereign power resides in and is exercised by the whole body of free citizens directly or indirectly through a system of representation, as distinguished from a monarchy, aristocracy, or oligarchy. Black's Law Dictionary, Fifth Edition, pp. 388-389.*

# 1.7 VIOLATIONS OF THE UNITED STATES CODES

[1.7.I] The Defendants violated Federal Law;

[1.7.42.USC.1983.] TITLE 42 > CHAPTER 21 > SUBCHAPTER I > § 1983. Civil action for deprivation of rights
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights. . .

[1.7.42.USC.14141] Title 42, U.S.C., Section 14141, makes it unlawful for state or local law enforcement agencies to allow officers to engage in a pattern or practice of conduct that deprives persons of rights
protected by the Constitution or laws of the United States. . .

[1.7.15.USC.1122] TITLE 15 > CHAPTER 22 > SUBCHAPTER III > § 1122 - Liability of United States and States, and instrumentalities and officials thereof (a) Waiver of sovereign immunity by the United States. . .

[1.7.42.USC.12202] TITLE 42 > CHAPTER 126 > SUBCHAPTER IV > § 12202. State immunity. . .

[1.7.28.USC.1343] TITLE 28 > PART IV> CHAPTER 85 > § 1343. To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States. . .

[1.7.42.USC.12103] TITLE 42 > Title V § 12103 PROHIBITION AGAINST RETALIATION AND COERCION SEC.12203. [Section 503] (a) Retaliation. - No person shall discriminate against any individual because such individual has opposed any act or practice made unlawful by this chapter or because such individual made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this chapter. . .

[1.7.28.USC.595] TITLE 28 > PART II > CHAPTER 40 > § 595 15 day notice of impeachment . . .

[1.7.18.USC.241] TITLE 18 > PART I > CHAPTER 13 > § 241  Conspiracy against rights . . .

[1.7.18.USC.242] TITLE 18 > PART I > CHAPTER 13 > § 242. Deprivation of rights under color of law. . .

[1.7.18.USC.245] TITLE 18 > PART I > CHAPTER 13 > § 245 -- CRIMES AND CRIMINAL PROCEDURE PART I--CRIMES CHAPTER 13 -- CIVIL RIGHTS Sec.245.Federally protected activities

[1.7.18.USC.2236] TITLE 18 > PART I > CHAPTER 109 > § 2236 -- CRIMES AND CRIMINAL PROCEDURE--SEARCHES AND SEIZURES Sec.2236. Searches without warrant

[1.7.18.USC.1962] TITLE 18 U.S.C. § 1962 R.I.C.O.

(p19)

# [1.8.] ALL ARE UNDER THE LAW

**[1.8.]** We the people are expected to obey the laws, Those who commit crime must answer for it. Why would government employees be immune?

*[1.8.a]* "No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it." - in <u>AL-KIDD v. Ashcroft</u>, 2010 and 162 similar citations

*[1.8.b]* "Our whole system of law is predicated on the general fundamental principle of equality of application of the law. 'All men are equal before the law,' "This is a government of laws and not of men,' 'No man is above the law,' are all maxims showing the spirit in which legislatures, executives, and courts are expected to make, execute and apply laws. But the framers and adopters of the (Fourteenth) Amendment were not content to depend... upon the spirit of equality which might not be insisted on by local public opinion. They therefore embodied that spirit in a specific guaranty."<u>Truax v. Corrigan</u>, 257 U.S. 312, 332

*[1.8.c]* Supreme Court Justice Brandeis spoke, in the case of <u>Olmstead v. United States</u> when he said: "Decency, security and liberty alike demand that government officials shall be subjected to the same rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the laws scrupulously. Our government is the potent omnipresent teacher. For good or ill, it teaches the whole people by it's example. Crime is contagious. If the government becomes a law breaker, it breeds contempt for the law; it invites every man to become a law unto himself; it invites anarchy. To declare that in the administration of criminal laws the end justifies the means to declare that the government may commit crimes in order to secure the conviction of a private criminal----would bring terrible retribution. Against that pernicious doctrine this Court should resolutely set its face. ...And so should every law enforcement student, practitioner, supervisor, and administrator"

*[1.8.d]* <u>Pierce v. United States</u> ("The Floyd Acceptances"), 7 Wall. (74 U.S.) 666, 677 ("We have no officers in this government from the President down to the most subordinate agent, who does not hold office under the law, with prescribed duties and limited authority"); <u>Cunningham v. Macon</u>, 109 U.S. 446, 452, 456, 3 S.Ct. 292,

*[1.8.e]* <u>Crime</u> is contagious. If the Government becomes a lawbreaker, it breeds contempt for law; it invites every man to become a law unto himself; it invites anarchy." <u>Olmstad v. United States</u>, (1928) 277 U.S. 438

*[1.8.g]* "The power to "legislate generally upon" life, liberty, and property, as opposed to the "power to provide modes of redress" against offensive state action, was "repugnant" to the Constitution. Id., at 15. See also <u>United States v. Reese</u>, 92 U.S. 214, 218 (1876); <u>United States v. Harris</u>, 106 U.S. 629, 639 (1883); <u>James v. Bowman</u>, 190 U.S. 127, 139 (1903).

## 1.9. CRIMINAL ENFORCEMENT

[1.9] When government employees commit crimes against the people. We the people can enforce criminal charges against those who injure us.

[1.9.a] *Each citizen acts as a private attorney general who takes on the mantel of the sovereign,'guarding for all of us the individual liberties enunciated in the Constitution - in Behind the Shield-Law Enforcement Agencies and the Self-Critical Analysis ... <u>Wood v. Breier</u>, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972) and 4 similar citations<\**

[1.9.b] *But it is the manner of enforcement which gives § 1983 its unique importance, for enforcement is placed in the hands of the people. Each citizen "acts as a private attorney general who `takes on the mantel of the sovereign,'" guarding for all of us the individual liberties enunciated in the Constitution. Section 1983 represents a balancing feature in our governmental structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special import that suits brought under this statute be resolved by a determination of the truth rather than by a determination that the truth shall remain hidden. <u>Wood v. Breier</u>, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972) ; <u>Bowe v. Colgate-Palmolive Co.</u>, 416 F. 2d 711, 715 (7th Cir. 1969), a case involving <u>Title VII of the Civil Rights Act</u> of 1964, 42 U.S.C. § 2000c et seq. <u>Black v. Sheraton Corp. of America</u>, 47 F.R.D. 263, 267 (D.D.C. 1969).<\**

[1.9.c] *We had before us in which provides a criminal punishment for anyone who "under color of any law, statute, ordinance, regulation, or custom" subjects any inhabitant of a State to the deprivation of "any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States." <u>United States v. Classic, supra</u>, § 20 of the Criminal Code, 18 U. S. C. § 242, Section 242 first came into the law as § 2 of the Civil Rights Act, Act of April 9, 1866, 14 Stat. 27.*

[1.9.d] *The right to bring criminal charges against those who injure you in the exercise of your constitutional rights and to be masters of the process. Common Law of England, Historical Documents and The "American Bar Association Journal, Vol. XXIV, No. 6 , June 1938, page(s) 421 & 423-424. Making sense of the English Law Enforcement in the 18th Century; Courts & Lawyers of N.J., Page 392; 1676 Concessions & Agreements of N.J., Art. XXI; 1776 Constitution of N.J., Art. XXII; 1844 Constitution of N.J., Art.s I, Cl. 19 & X, Sec. 1; 1947 Constitution of N.J., Art.s I, Cl. 21 and XI, Sec. 1.<\**

[1.9.e] *Class Action Suit; "Qui tam" is short for the Latin phrase "qui tam pro domino rege quam pro se ipso in hac parte sequitur," which means "who pursues this action on our Lord the King's behalf as well as his own." - in <u>US ex rel. Atkinson v. Pa. Shipbuilding Co.</u>, 2007 and 228 similar citations*

[1.9.f] *[Respondeat superior]. If a servant, by his negligence, does any damage to a stranger, the master shall be answerable for his neglect. But the damage must be done while he is actually employed in the master's service; otherwise, the servant shall answer for his own misbehavior. 1 Bl. Com. 431. <u>M'Manus v. Crickett</u>, 1 East, 106.*

## 2.1. ALLEGATION-NO CAUSE TO STOP - AFFRAY

**[2.1.A.1] CIVIL/CRIMINAL - The Defendants** Violated clearly established rights of the 4th and 14th Amendment rights in violation Federal Law. No probable cause to stop. Suspicionless stop.

**[2.1.A.2] AT LAW - Trespass** with force and arms. Affray. No cause for contact.

> *[2.1.a] We must determine "whether the officer's action was justified at its inception, and whether it was reasonably related in scope to the circumstances which justified the interference in the first place." - in State v. Casas, 2006 and 1,370 similar citations*

**[2.1.I] AFFRAY, The D-officers** appearance presented an unsettling show of force and authority. Anyone and everyone who has experienced a police stop know the horrible feeling of fright that rushes over you when the police stop even if you have not violated any law.

**[2.1.II] The officers** stated, the reason for the stop was I did not have license plate. Thirty eight years ago the _**Prouse**_ court foreclosed random stops for document checks. At the inception, the D-officers violated clearly established law.

> *[2.1.b.-on point]-"[a] random stop of a motorist in the absence of specific articulable facts which justify the stop by indicating a reasonable suspicion that a violation of the law has occurred is constitutionally impermissible and violative of the Fourth and Fourteenth Amendments to the United States Constitution.' . . . —"[b]ecause there is nothing to show that a significant percentage of automobiles from other States do not also require license plates indicating current registration, there is no basis for concluding that stopping even out-of-state cars for document checks substantially promotes the State's interest." Delaware v. Prouse 440 US 648<\**
> *[2.1.sonia] One wonders how a citizen seeking to be law-abiding and to structure his or her behavior to avoid these invasive, frightening, and humiliating encounters could do so, Justice Sonia Sotomayor, Heien v. North Carolina*

**[2.1.III]**   The officer did not state any specific facts indicating any suspicion that a violation of the law had occurred. The officers had no cause to stop, and the stop and detention was wholly capricious and arbitrary interference.

*[2.1.c] Without probable cause that a crime has occurred or exigent circumstances that require immediate action without a warrant granting police the right to seize a person or their home, the arrest was not lawful. <u>Story v. Garcia</u> oct.1 2012.[4.2.c] It is well established that a municipality may not exercise its authority in an arbitrary and capricious fashion. <u>American Tel. & Tel. Co. v. Village of Arlington Heights</u>*

*[2.1.d] In demonstrating this sufficiently compelling state interest in these future cases, however, we emphasize that the State may not merely rely upon its general interest in maintaining highway safety to justify suspicionless seizures of its citizens, no matter how "minimal" one may be able to characterize the intrusion. I know of no principle of law that suggests suspicionless stops authorized by statutes are subject to less intensive constitutional scrutiny than other suspicionless stops.   In fact, the United States Supreme Court decision in <u>Brown</u>, which struck down a Texas statute that was applied to authorize suspicionless detentions, would seem to suggest that there is no constitutional difference between suspicionless stops authorized by statute and those initiated without a statute... stops can only be justified by some quantum of individualized suspicion."  See, <u>Brown</u>, 443 U.S. at 53, 99 S.Ct. at 2640. STATE of <u>Tennessee v. Larry Allen HICKS.</u> No.  E1999-00957-SC-R11-CD  September 11, 2001*

*[2.1.e] "[T]he Fourth Amendment requires that a seizure must be based on specific, objective facts indicating that society's legitimate interests require the seizure of the particular individual, or that the seizure must be carried out pursuant to a plan embodying explicit, neutral limitations on conduct of the individual officers - in <u>People v. Spencer</u>, 1995 and 204 similar citations*

*[2.2.f] "In the absence of any basis for suspecting [an individual] of misconduct, the balance between the public interest and the [individual's] right to personal security and privacy tilts in favor of freedom from police interference." - in <u>Berg v. US</u>, 2007 and 125 similar citations*

*[2.2.g] In general, municipal corporations possess no power to encroach on individual rights unless such authority is plainly conferred by the City charter or other law, and municipal ordinances ordinarily should not contravene those principles of common right which are embodied in the common law. <u>Ferran v. City of Palo Alto</u>, 50 Cal. App. 2d 374, 122 P.2d 965 (1942); <u>McKelley v. City of Murfreesboro</u>, 162 Tenn. 304*

(p23)

## 2.2.  ALLEGATION-UNLAWFUL/UNREASONABLE SEIZURE OF PERSON

[2.2.A.1] CIVIL/CRIMINAL - The Defendants Violated clearly established rights of the 4th and 14th Amendment rights in violation of Federal Law. Unlawful/Unreasonable seizure of person. Suspicionless detention.

[2.2.A.2] AT LAW - Trespass, Faults arrest(no detention under common law). Duress of restraint of liberty.

[2.2.I] When the D-officers stopped they positioned their police cars  behind my van blocking me in. I was trapped. I could not leave. The officers surrounded me, demanding compliance. The acts of the D-officers trespassed on my personal security. Being surrounded by the three D-officers made me feel I was not free to leave.

[2.2.a] "The Fourth Amendment `protects people from unreasonable government intrusions into their legitimate expectations of privacy.'" - in *US v. Drummond*, 2000 and 197 similar citations

[2.2.b] The primary purpose of the Fourth Amendment is "'to prevent arbitrary and oppressive interference by enforcement officials with the privacy and personal security of individuals.'" - in *US v. Ford*, 2008 and 234 similar citations

[2.2.c] Stopping an automobile and detaining its occupants constitutes a "seizure" within the meaning of the Fourth Amendment, "even though the purpose of the stop is limited and the resulting detention quite brief." - in *US v. Gooch*, 2012 and 483 similar citations

[2.2.d] Circumstances that indicate a seizure include, "the threatening presence of several officers, the display of a weapon by an officer, some physical touching of the person of the citizen, or the use of language or tone of voice indicating that compliance with the officer's request might be compelled - in *Smith v. Kenny*, 2009 and 1,020 similar citations

[2.2.e] our cases acknowledge that even ordinary traffic stops entail "a possibly unsettling show of authority"; that they at best "interfere with freedom of movement, are inconvenient, and consume time" and at worst "may create substantial anxiety," *Prouse, 440 U. S., at 657*.

[2.2.f] A show "of official authority such that a reasonable person would have believed he was not free to leave" indicates that an arrest has occurred. -in *Deans v. Hetzel*, 1998 and 107 similar citations

[2.7.g] Traffic infractions are not a crime. To this end, the 4th Amendment requires that a seizure must be based on specific objective facts indicting that society's legitimate interest require the seizure of the particular individual. *People v. Battle*, 198 Cal. App. 4th 50 - Cal: Court of Appeal, 3rd Appellate Dist. 2011

## 2.3. ALLEGATION-INTERFERENCE/LET ALONE/PRIVACY

[2.3.A.1]   CIVIL/CRIMINAL - The Defendants Violated clearly established law/rights under the 4th, 9th and 14th Amendment in violation of Federal Law.

[2.3.A.2] AT LAW - Trespass - Breach of the peace, Intrusion Upon Seclusion.  Police interference.

[2.3.I] The D-officers intruded and encroached upon my peace, interfered with my enjoyment of my property.Impeded liberty.

*[2.3.a] "Personal liberty, which is guaranteed to every citizen under our constitution and laws, consists of the right of locomotion, to go where one pleases, and when, and to do that which may lead to one's business or pleasure, only so far restrained as the rights of others may make it necessary for the welfare of all other citizens. One may travel along the public high ways or in public places; and while conducting themselves in a decent and orderly manner, disturbing no other, and interfering with the rights of no other citizens there, they will be protected under the law, not only in their persons, but in their safe conduct. The constitution and the laws are framed for the public good, and the protection of all citizens, from the highest to the lowest; and no one may be restrained of his liberty unless he has transgressed some law. Any law which would place the keeping and safe conduct of another in the hands of even a conservator of the peace, unless for some breach of the peace committed in his presence, or upon suspicion of felony, would be most oppressive and unjust, and destroy all the rights which our constitution guarantees. These are rights which existed long before our constitution, and we have taken just pride in their maintenance, making them a part of the fundamental law of the land." In the case of Pinkerton v. Verberg, 78 Mich. 573, 18 Am. St. Rep. 473, 44 N. W. 579, 7 L. R. A. 507,*

[2.3.II]   From the inception, the officers unreasonable/unlawful interference violated "clearly established" law and violated the Fourth and Fourteenth Amendment of the Constitution due to the suspicionless stop and detention.

*[2.3.b]; "I do not understand the government to contend that it is any less bound by the obligation than a private individual would be..."  "It is not the function of our government to keep the citizen from falling into error; it is the function of the citizen to keep the government from falling into error." Perry v. United States, 204 U.S. 330, 358*

(p25)

[2.3.c] *"The right of the citizen to drive on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a fundamental constitutional right which must be protected by the courts." People v. Horton 14 Cal. App. 3rd 667 (1971)*

[2.3.d] *"[T]he right to travel freely from State to State … is a right broadly assertable against private interference as well as governmental action. Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." Shapiro v Thompson, 394 U.S. 618 (1969)*

[2.3.III] The officers violated my clearly established right to be let alone by engaging in a non-consensual, unjustified intrusion, as I stated to the D-officers I do not consent.

[2.3.e] *They conferred, as against the Government, the right to be let alone—the most comprehensive of rights and the right most valued by civilized men. To protect that right, every unjustifiable intrusion by the Government upon the privacy of the individual, whatever the means employed, must be deemed a violation of the Fourth Amendment. And the use, as evidence in a criminal proceeding, of facts ascertained by such intrusion must be deemed a violation of the Fifth. "The makers of our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and of his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions and their sensations. They conferred, as against the Government, the right to be let alone - the most comprehensive of rights and the right most valued by civilized men." [Olmstead v. United States, 277 U.S. 438, 478 (1928) (Brandeis, J., dissenting); see also Washington v. Harper, 494 U.S. 210 (1990)] AM. FED. OF GOVT. EMPLOYEES v. Dept. of Housing & Urban Development, 1997 and 431 similar citations*

[2.3.f] *There is no constitutional right to be protected by the state against being murdered by criminals or madmen. It is monstrous if the state fails to protect its residents against such predators but it does not violate the due process clause of the Fourteenth Amendment or, we suppose, any other provision of the Constitution. The Constitution is a charter of negative liberties: it tells the state to let people alone; it does not require the federal government or the state to provide services, even so elementary a service as maintaining law and order." Bowers v. DeVito, U.S. Court of Appeals, Seventh Circuit, 686F.2d 616 (1882)*

(p26)

[2.3.IV] The D-officers violated my right of privacy and security by intruding upon my seclusion. The D-officers deprived me of peace by stopping and detained me.

*[2.3.g] "The overriding function of the Fourth Amendment is to protect personal privacy and dignity against unwarranted intrusion by the State." - in <u>In re Welfare of MLM</u>, 2012 and 495 similar citations*

*[2.3.h] We have had many controversies over these penumbral rights of "privacy and repose." See, e.g., Breard v. Alexandria, 341 U.S. 622, 626, 644; Public Utilities Comm'n v. Pollak, 343 U.S. 451; Monroe v. Pape, 365 U.S. 167; Lanza v. New York, 370 U.S. 139; Frank v. Maryland, 359 U.S. 360; Skinner v. Oklahoma, 316 U.S. 535, 541. These cases bear witness that the right of privacy which presses for recognition here is a legitimate one.83*

*[2.3.i] —or in placing on police officers a duty not to deprive those with whom they come in contact of their constitutional rights of privacy, integrity of person, and so forth - in <u>Florida First National Bank v. City of Jacksonville</u>, 1975*

*[2.3.j] Intrusion upon seclusion requires a trespass or intrusion upon physical solitude as by invading one's home. - in <u>A 2001 Employment Law Odyssey: The Invasion of Privacy Tort Takes Flight</u> in ... and 2 similar citations*

*[2.3.k] The Court stated that "[t]he essential purpose of the proscriptions in the Fourth Amendment is to impose a standard of `reasonableness' upon the exercise of discretion by government officials, including law enforcement agents, in order `to safeguard the privacy and security of individuals against arbitrary invasions.'" - in <u>Diamondstone v. Macaluso</u>, 1998 and 331 similar citations*

*[2.3.l] The primary purpose of the Fourth Amendment is "'to prevent arbitrary and oppressive interference by enforcement officials with the privacy and personal security of individuals.'" - in <u>US v. Ford</u>, 2008 and 234 similar citations*

*[2.3.m] "Personal liberty -- or the right to enjoyment of life and liberty -- is one of the fundamental or natural rights, which has been protected by its inclusion as a guarantee in the various constitutions, which is not derived from nor dependent on the U.S. Constitution. ... It is one of the most sacred and valuable rights [remember the words of Justice Tolman, supra.] as sacred as the right to private property ... and is regarded as inalienable." <u>16 C.J.S. Const. Law</u>, Sect.202, Pg. 98*

*[2.3.n] The right to be let alone is indeed the beginning of all freedom. Dissenting, <u>Public utilities Commission v. Pollak</u>, 343 U.S. 451, 467 (1952).<\**

*[2.3.o] The right to be let alone is inviolate; interference with that right is to be tolerated only if it is necessary to protect the rights and the welfare of others. - in <u>Yakima v. Johnson</u>, 1976 and 3 similar citations*

(p27)

## 2.4. ACT IN EXCESS OF JURISDICTION - ULTRA VIRES

[2.4.A.1]    CIVIL/CRIMINAL The Defendants Violated clearly established rights of the 4th, 5th, 9th and 14th Amendment rights in violation of Federal Law.

[2.4.A.2] AT LAW -    Trespass under the color of law/office. Ultra vires. Usurpation.

[2.4.I] The State and their Municipal Agencies enforcement of the California Motor Vehicle Codes mandatory registration regulation, demanding the people to register a private conveyance, is in excess of jurisdiction and is contrary to law, and repugnant to rights substantive property interests protected by the Constitution. I am not a citizen or member of any political franchise nor do I wish to be. Any attempt to force we the people into any political franchise against our will would be an act of usurpation. The D-officers acted in excess of jurisdiction. As I stated to the officers, I am not a resident. The State of California, the City of San Diego, the San Diego Police Department and officers, have not provided any fact or evidence of jurisdiction. I did not provide the officers with any government identification to give jurisdiction of my person. I do not have sufficient contacts within the State to purposely avail myself to the jurisdiction of the State. I did not pledge, register, license, or give any authority over my private conveyance to any State government or Agency. Under what authority or jurisdiction did the D-officers act? What facts or evidence do the Defendants have the code or the Constitution apply to me? The State Government and its jurisdictional territory exist in a corporate abstract, how was I, being one of the people, inside a fiction created by statute? Quo warranto?

[2.4.a] "The United States Government as such is fictitious and thus includes the States Government." Blacks Com. 133, Bouvier`s law dictionary, page 1215 (1914).

[2.4.b] Fictitious. Founded on a fiction; having the character of a fiction; pretended; counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily invented and set up, to accomplish an ulterior object. BLACK'S LAW DICTIONARY, 6th Ed. (13th reprint, 1998), p. 624.

[2.4.c] A corporation is an artificial being, invisible, intangible, and existing only in contemplation of law. Trustees of Dartmouth College v. Woodward 17 U.S. 518 (1819) () 100 U.S. 1

[2.4.d]  At common law, a "corporation" was an "artificial perso[n] endowed with the legal capacity of perpetual succession" consisting either of a single individual (termed a "corporation sole") or of a collection of several individuals (a "corporation aggregate"). 3 H. Stephen, Commentaries on the Laws of England 166, 168 (1st Am. ed. 1845) . The sovereign was considered a corporation. See id., at 170; see also 1 W. Blackstone, Commentaries *467. Under the definitions supplied by contemporary law dictionaries, Territories would have been classified as "corporations" (and hence as "persons") at the time that 1983 was enacted and the Dictionary Act recodified. See W. Anderson, A Dictionary of Law 261 (1893) ("All corporations were originally modeled upon a state or nation"); 1 J. Bouvier, A Law Dictionary Adapted to the Constitution and Laws of the United States of America 318-319 (11th ed. 1866) ("In this extensive sense the United States may be termed a corporation"); Van Brocklin v. Tennessee, 117 U.S. 151, 154 (1886) ("'The United States is a . . . great corporation . . . ordained and established by the American people'") (quoting United [495 U.S. 182, 202] States v. Maurice, 26 F. Cas. 1211, 1216 (No. 15,747) (CC Va. 1823) (Marshall, C. J.)); Cotton v. United States, 11 How. 229, 231 (1851) (United States is "a corporation"). See generally Trustees of Dartmouth College v. Woodward, 4 Wheat. 518, 561-562 (1819) (explaining history of term "corporation"). [Ngiraingas v. Sanchez, 495 U.S. 182 (1990) ]

[2.4.e]  The doctrine of ultra vires is a most powerful weapon to keep private corporations within their legitimate spheres and to punish them for violations of their corporate charters, and it probably is not invoked too often . . . Zinc Carbonate Co. v. First National Bank, 103 Wis 125, 79 NW 229." American Express Co. v. Citizens State Bank, 194 NW 430. (beyond one's legal power or authority)[2.4.f] "... it is a clear proposition, not only of the law of England, but of every other country in the world where the law has the semblance of science, that personal property has no locality... but that it is subject to the law which governs the person of the owner." Silvl. Worswick (1791) 1 H. Bl.665, 690. (mobilia personam sequuntur; Chattles follow the person)

[2.4.f] A State cannot exercise jurisdiction over a nonresident defendant if that party has only sporadic and inadvertent contacts with the State. Hanson v. Denckla

[2.4.g] The high Courts have further decreed, that Want of Jurisdiction makes "...all acts of judges, magistrates, U.S. Marshals, sheriffs, local police, all void and not just voidable." Nestor v. Hershey , 425 F2d 504.

[2.4.h] The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings. Hagans v Lavine 415 US

[2.4.i] Quasi in rem jurisdiction is subject to the constitution requirements of minimum contacts. Shaffer v. Heitner 433 U.S. 186 97

[2.4.j] There is no discretion to ignore the lack of jurisdiction. Joyce v. U.S. 474 F2d

[2.4.k] Jurisdiction can be challenged at anytime and jurisdiction, once challenged, cannot be assumed and must be decided. Basso v. Utah Power Light Co. 495 f 2d ; Maine v Thiboutot 100 S.Ct. 250

(p29)

## 2.5.ALLEGATION-UNLAWFUL/UNREASONABLE SEIZURE OF PROPERTY

[2.5.A.1] CIVIL/CRIMINAL - The Defendants Violated clearly established rights of the 4th and 14th Amendment rights in violation of Federal Law. Unlawful, Unreasonable seizure of property.

[2.5.A.2] AT LAW - Trespass to chattels.

[2.7.I]  The officers did not say the van was illegally parked, blocking traffic or a drive way. No mention my van was a nuisance or a hazard to the public. The officers did not ask me to move the van, or remove it from the area. There was no mention of a crime or investigation of a crime.  I was not arrested. There was no mention of a complaint. I was not issued any citation or notice to appear. The D-officers seizure did not possess any objective legal reasonableness. The D-government had no compelling governmental interest or any extraordinary situation requiring prompt action in the seizure of my property. The seizure of my property was wholly capricious and arbitrary.

> [2.5.a] *The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized. - in Osei v. Balicki, 2014 and 150 similar citations*
>
> [2.5.b] *The impoundment of an automobile is a seizure within the meaning of the Fourth Amendment. A seizure results if "there is some meaningful interference with an individual's possessory interests in that property." Soldal v. Cook County, 506 U.S. 56, 61, 113 S.Ct. 538, 121 L.Ed.2d 450 (1992).*
>
> [2.5.c] "A seizure conducted without a warrant is per se unreasonable under the Fourth Amendment-subject only to a few specifically established and well delineated exceptions. The burden is on the Government to persuade the district court that a seizure comes under one of a few specifically established exceptions to the warrant requirement." - in Weldon v. Conlee, 2015 and 20 similar citations*
>
> [2.5.d] *4th "An officer cannot reasonably order an impoundment in situations where the location of the vehicle does not create any need for the police to protect the vehicle or to avoid a hazard to other drivers." - in State v. ONEILL, 2012 and 25 similar citations*

## 2.6. ALLEGATION-DENIAL OF PROCEDURAL DUE PROCESS

[2.6.A.1] CIVIL/CRIMINAL - The Defendants Violated clearly establish rights of the 5th, and 14th Amendment in violation of Federal Law. Violation of procedural due process

[2.6.A.2] AT LAW - Trespass on the chose.

[2.6.I] The officers did not provide a warrant for the seizure. The officers seized and caused to be impounded my property without notice, without pre-seizure hearing, without an opportunity to defend, without due process, and without a warrant. I received no warning, ticket or citation. The only information I received from the officers was a small note paper with an incident number and officers names. I was deprived due process and my right to be heard in my own defense before the deprivation. The government had no compelling interest or emergency for forego a pre-seizure hearing.

*[2.6.a] The Due Process Clause of the Fifth Amendment guarantees that no person shall . . . be deprived of life, liberty, or property, without due process of law. Precedent has established the general rule that individuals must receive notice and an opportunity to be heard before the Government deprives them of property. 510 U.S. 43 UNITED STATES, PETITIONER v. JAMES DANIEL GOOD REAL PROPERTY ET AL.*

*[2.6.b] —failure to provide notice and opportunity for hearing violates due process clause of fourteenth amendment - in Unconstitutional Seizure of Vehicles: Iowa Towing Statutes Collide with the ... and 2 similar citations*

*[2.6.c] "When government action deprives a person of life, liberty, or property without fair procedures, it violates procedural due process." United States v. Deters, 143 F. 3d 577, 582 (10th Cir. 1998).*

*[2.6.d] Law in its regular course of administration through courts of justice is due process.[Leeper vs. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225].*

*[2.6.e] "Economic necessity cannot justify a disregard of Constitutional guarantee." Riley vs. Carter, 79 ALR 1018; 16 Am.Jur. (2nd), Const. Law, Sect. 81*

*[2.6.f] It is well settled that mere administrative convenience is no justification for deprivation of property without due process. - in Wong v. City & County of Honolulu, 2004 and 3 similar citations*

*[2.6.g] It is undisputed that the uninterrupted use of one's vehicle is a substantial property interest, and that before the "local government may so interrupt its use, the owner is entitled to due process." - in Grant v. City of Chicago, 1984 and one similar citation*

*[2.6.h] Furthermore, the opportunity for a hearing must be given before the deprivation takes effect, unless exceptional circumstances justify postponement of the hearing until after the event. - in Sutton v. City of Milwaukee, 1981 and one similar citation*

(p31)

## 2.7. ALLEGATION-DEPRIVATION OF LIBERTY/PROPERTY INTEREST

**[2.7.A.1]    CIVIL/CRIMINAL** - The Defendants Violated clearly established rights of the 4th, 5th, and 9th amendment in violation of Federal Law. Deprivation of liberty and property interest.

**[2.7.A.2]  AT LAW** - Trespass on the chose.

.

**[2.7.I]** The D-officers seizure of my van was a deprivation. We the people have a  fundamental right to travel in a private conveyance for private purpose. The D-officers deprived me of that right by depriving me of my full use of my private mode of conveyance. As a result, depriving me of my liberty interest as well as my property interest.

[2.7.a] *"The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –\* \* \*–The rights aforesaid, being fundamental, are constitutional rights, and while the exercise thereof may be reasonably regulated by legislative act in pursuance of the police power of the state, and although those powers are broad, they do not rise above those privileges which are imbedded in the constitutional structure. The police power cannot justify the enactment of any law which amounts to an arbitrary and unwarranted interference with, or unreasonable restriction on, those rights of the citizen which are fundamental. -in State v. Armstead, 103 Miss. 790, 799, 60 So. 778, Ann. Cas. 1915B, 495. Thompson v.Smith, 154 SE 579, 11 -11 Am. Jur. Constitutional Law, Sec. 329, p. 1135<\* and 9 similar citations*

[2.7.b] *It is undisputed that the uninterrupted use of one's vehicle is a substantial property interest, and that before the "local government may so interrupt its use, the owner is entitled to due process." - in Grant v. City of Chicago, 1984 and one similar citation*

[2.7.c] *"Loss of the use and enjoyment of a car deprives the owner of a property interest that may be taken from him only in accordance with the Due Process Clause." - in Schneider v. County of San Diego, 1994 and 12 similar citations*

## 2.8. ALLEGATION- FORCED TO ASSOCIATE/CONTRACT

[2.8.A.1] CIVIL/CRIMINAL - The Defendants violated clearly established rights of the 1st Amendment in violation Federal Law. Violation of the right to associate/contract.

[2.8.A.2] AT LAW - Trespass on the case. Forced to contract by threat, duress, coercion.

[2.8.I] After the 'taking' of my property, I was forced against my will to contract and associate with the State governments Department of Motor Vehicles and the tow company, forced to provide my personal information and pay money, which unless I did they would continue to deprive me of my property which is my home and all my essentials of life.

> *[2.8.a] Freedom of association therefore plainly presupposes a freedom not to associate. See Abood v. Detroit Board of Education, supra, at 234-235*
>
> *[2.8.b] The freedom of association not only encompasses the right to associate with others, but also the right to choose how one associates with others. - in ASS'N OF PEOPLE WITH DISABILITIES v. Herrera, 2010 and 33 similar citations*
>
> *[2.8.c] "...We are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no right to refuse to submit its books and papers for examination on the suit of the State. The individual may stand upon his Constitutional Rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to investigation, so far as it may tend to incriminate him. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life, liberty, and property. His Rights are such as the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his Rights are the refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under warrant of law. He owes nothing to the public so long as he does not trespass upon their rights."*
>
> *-"Upon the other hand, the corporation is a creature of the state. It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the state and the limitations of its charter. Its rights to act as a corporation are only preserved to it so long as it obeys the laws of its creation. There is a reserved right in the legislature to investigate its contracts and find out whether it has exceeded its powers. It would be a strange anomaly to hold that the State, having chartered a corporation to make use of certain franchises, could not in exercise of its sovereignty inquire how those franchises had been employed, and whether they had been abused, and demand the production of corporate books and papers for that purpose." Hale vs. Hinkel, 201 US 43, 74-75*

## 3.1 POLICE POWER V. THE CONSTITUTION

*[3.1.a] The police power cannot justify the enactment of any law which amounts to an arbitrary and unwarranted interference with, or unreasonable restriction on, those rights of the citizen which are fundamental.* <u>State v. Armstead</u>, *103 Miss. 790, 799, 60 So. 778, Ann. Cas. 1915B, 495.*

*[3.1.b]"With regard particularly to the U.S. Constitution, it is elementary that a right secured or protected by that document cannot be overthrown or impaired by any state police authority."* <u>Donnolly vs. Union Sewer Pipe Co.</u>, *184 US 540;* <u>Lafarier vs. Grand Trunk R.R. Co.</u>, *24 A. 848;* <u>O'Neil vs. Providence Amusement Co.</u>, *108 A. 887.*

*[3.1.c]"No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution."* <u>16 Am.Jur. (2nd), Const. Law</u>, *Sect. 70*

*[3.1.d] "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."* <u>Miranda v Arizona rights secured by the Constitution</u>, *384 U.S. 436, (1966)*

*[3.1.e] It is of course true that a law that impinges upon a fundamental right explicitly or implicitly secured by the Constitution is presumptively unconstitutional.* <u>Bolden v City of Mobile, Al.</u>, *100 S.Ct. 1490, 1504...*

*[3.1.f] There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights - in* <u>COURT OF APPEALS FOR THE NINTH CIRCUIT</u> *and 5 similar citations*

*[3.1.g]"It is well settled that the Constitutional Rights protected from invasion by the police power, include Rights safeguarded both by express and implied prohibitions in the Constitutions."* <u>Tiche vs. Osborne</u>, *131 A. 60*

*[3.1.h]"Constitutional Rights cannot be denied simply because of hostility to their assertions and exercise; vindication of conceded Constitutional Rights cannot be made dependent upon any theory that it is less expensive to deny them than to afford them."* <u>Watson vs. Memphis</u>, *375 US 526*

*[3.1.i]"It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution . . . `Constitutional rights would be of little value if they could be . . . indirectly denied'. . . ."* <u>Harman v. Forssenius</u>, *380 U. S. 528, 540 (1965).[11]*

*[3.1.j]"The police power of the state must be exercised in subordination to the provisions of the U.S. Constitution."* <u>Bacahanan v. Wanley</u>, *245 US 6 0;* <u>Panhandle Eastern Pipeline Co. v. State Highway Commission</u>, *2 94 US*

*[3.1.k] "An act which violates the Constitution has no power and can, of course, neither build up or tear down. It can neither create new rights nor destroy existing ones. It is an empty legislative declaration without force or vitality."* <u>Carr v. State</u>,

*[3.1.l] There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights - in* <u>COURT OF APPEALS FOR THE NINTH CIRCUIT</u> *and 5 similar citations*

*[3.1.m] Exercising your constitutional right cannot be converted into a crime or have sanctions levered against it: The state cannot diminish rights of the people - in* <u>COURT OF APPEALS FOR THE NINTH CIRCUIT</u> *and one similar citation*

*[3.1.n]"Government may not prohibit or control the conduct of a person for reasons that infringe upon constitutionally guaranteed freedoms."* <u>Smith v. U.S.</u>, *502 F.2d 512 CA Tex (1974)*                    (p34)

## REGISTRATION LEGAL ARGUMENTS  Sections 3.2-3.8

## 3.2. DEMAND FOR REGISTRATION IS UNCONSTITUTIONAL.

[3.2.I]  The  first  point  is  to  establish  the  right  to  travel  in  a  private conveyance.  We  the  people  have  a  fundamental  right  to  use  a  private conveyance  for  private  purpose  under  the  common  law,  protected  by  the Constitution,  the  supreme  law  of  the  land,  under  which "occupies  the  field".

[3.2.a] *"The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –***–The rights aforesaid, being fundamental, are constitutional rights, and while the exercise thereof may be reasonably regulated by legislative act in pursuance of the police power of the state, and although those powers are broad, they do not rise above those privileges which are imbedded in the constitutional structure. The police power cannot justify the enactment of any law which amounts to an arbitrary and unwarranted interference with, or unreasonable restriction on, those rights of the citizen which are fundamental. -in State v. Armstead, 103 Miss. 790, 799, 60 So. 778, Ann. Cas. 1915B, 495. Thompson v.Smith, 154 SE 579, 11 -11 Am. Jur. Constitutional Law, Sec. 329, p. 1135<\* and 9 similar citations*

[3.2.b] *"[t]his constitutional right . . . is not a mere conditional liberty subject to regulation and control under conventional due process or equal protection standards." (Shapiro v. Thompson) Furthermore, the decision reaffirmed the right to travel, as "a right broadly assertable against private interference as well as governmental action." Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." Id. at 630-31. Paul v. Virginia 75 US 168, 19 L. Ed. 357, 19 S. Ct. 361 This Court long ago recognized that the nature of our Federal Union and our constitutional concepts of personal liberty unite to require that all citizens be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrict this movement. - in People v. Rosa, 2009 and 308 similar ; [394 U.S. 618, 630] That proposition was early stated by Chief Justice Taney in the Passenger Cases, 7 How. 283, 492 (1849)*

[3.2.c] *... here presented I deem it imperative not to lose sight of or transgress the established principles that " `The use of highways for purposes of travel and transportation is not a mere privilege, but a common and fundamental right, of which the public and individuals cannot rightfully be deprived... - in Hough v. McCarthy, 1960 and 5 similar citations*

(p35)

## 3.3    PREREQUISITES AND FEES UNCONSTITUTIONAL

[3.3.I]  It is clearly established, traveling in an automobile is a fundamental right. A State enacting legislation requiring registration as a prerequisite prior to exercising a right or charging a fee to exercise a right in any case has been held unconstitutional.

[3.3.a] *"A statute which, without regard to its possibility or impossibility in any case, requires as a prerequisite to the exercise of the right to vote the previous registration of the elector is unconstitutional." The learned counsel of the respondents, in respect to the provisions of this law, used the following language in his printed argument:" No elector need lose his right to vote. No elector can do so except by his own default or negligence in these particulars." If this were a correct statement of the effect of this law, then it might not be obnoxious to objection in the particular, which, in our opinion, renders it unconstitutional and void. Dells v. Kennedy, 40, 44, 49, 6 N.W. 246-247, Wis. 555, S.Ct.Wisconsin, Central Law Journal 11, p45 ; and 4 similar citations<\**

[3.3.b] A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution....Since the privilege in question is guaranteed by the Federal Constitution, and exists independently of state authority, the inquiry as to whether the State has given something for which it can ask a return is irrelevant. ...It could hardly be denied that a tax laid specifically on the exercise of those freedoms would be unconstitutional. "the power to tax the exercise of a privilege is the power to control or suppress its enjoyment." Murdock v. Pennsylvania, P. 319 U. S. 113. No. 480 [1943] id-105, 11<\*; See also Jones v. Opelika, 316 U.S. 584 (1943); Follett v. McCormick, 321 U.S. 573(1944); and Smith v. Texas, 233 U.S. 630 (1914).*

[3.3.c] *a person cannot be compelled "to purchase, through a license fee or a license tax, the privilege freely granted by the constitution." Blue Island v. Kozul, 379 Ill. 511, 519, 41 N.E.2d 515.*

[3.3.d] *"It is held that a tax upon common carriers by motor vehicles is based upon a reasonable classification, and does not involve any unconstitutional discrimination, although it does not apply to private vehicles, or those used by the owner in his own business, and not for hire." Desser v. Wichita , (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v. Railroad Comrs. , 75 A.L.R. 22.*

[3.4.j] *"Persons faced with such an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right... may ignore the law and engage with impunity in exercise of such right." Shuttlesworth v. Birmingham 394 U.S. 147 (1969) and 6 similar citations*

[3.3.II]   The officers demanded, I must have a registration. The officers are in error. It was the D-officers demands for registration that is contrary to clearly establish law, not the exercise of my Constitutional right to use a private conveyance.

## 3.4 REGISTRATION IS A UNCONSTITUTIONAL LICENSE AND FEE

[3.4.I] Because the use of a private automobile used for private purposes is a fundamental right the government has no authority to license its use. A license means permission. We do not need permission to exercise a right. We do not need a license plate. My van was seized for not have a license plate or a permit or permitted to use my van.

> [3.4.a] *The popular understanding of the word "license" undoubtedly is a permission to do something which, without the license, would not be allowable. The object of the license is to confer a right that does not exist without the license"* <u>*Commonwealth v. Central Hotel Co.,*</u> *90 S. W. 565, 121 Ky. 846, 12 Ann. Cas. 172 (quoting and adoptiong definition in Standard Oil Co. V. Commonwealth, 82 S. W. 021, 119 Ky. 75).<\**
>
> [3.4.b] *"those who have the right to do something cannot be licensed for what they already have right to do as such license would be meaningless." bouvier's law dictionary, 1914, p. 2961.*
>
> [3.4.c] *"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc.." <u>People v. Nothaus</u>, 147 Colo. 210. (ejusden generis)*
>
> [3.4.d] *The power to regulate does not necessarily include the power to license. In passing on the question of whether in a particular case the power to regulate includes the power to license, it is well to bear in mind the distinction between regulation and license. Regulations apply equally to all. A license, however, gives to the licensee a special privilege not accorded to others and which he himself otherwise would not enjoy. Once a power to license exists, certain acts becomes illegal for all who have not been licensed. Village of Brooklyn Center v. Rippen, 255 Minn. 334, 336-37; 96 N.W. 2d 585(boat license)<\**

[3.4.II] The object of the vehicle registration (license) is not to regulate traffic safety of the State highways, but is a license fee to generate revenue from the exercise of a right. If not, then why is the State collecting licensing fees from the people exercising a fundamental right?

> [3.4.e] *"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." <u>MURDOCK, supra</u>, at 113.*

[3.4.III]   Using an automobile is a right, no evidence of permission by a license or license plate is required, and is exempt.

**[3.4.IV] The court in _City of Chicago v. Collins_ is 'on point'.**

*[3.5.f] The use of the streets for private vehicles is as much a matter of common right as their use for walking on foot, and that the charter power to regulate the use of streets cannot be made the foundation for a restraint upon the exercise of common rights except for specific purposes of order or safety. The ordinary use of the wheel was held to justify no restraint upon this principle, and upon this theory the decision seems sound; for it would not be maintained that a license might be required for walking on the streets. But except for the purposes of safety the mere power to regulate the use of the streets will not authorize a restriction by the imposition of a license fee upon the use of the bicycle, or of other private vehicles. Chicago v. Collin, 175 Ill. 445; 51 N.E. 907, (1898) Brooklyn v. Nodine, 26 Hun 512; Ex parte Gregory, 20 Tex. App.210; Joyce v. East St. Louis, 77 Ill. 156.<\**

*[3.4.g] A license is a privilege granted by the State,\* \* \*To constitute a privilege, the grant must confer authority to do something which, without the grant, would be illegal; for if what is to be done under the license is open to every one without it, the grant would be merely idle and nugatory, conferring no privilege whatever. A license, therefore implying a privilege, cannot possibly exist with reference to something which is a right, free and open to all, as is the right of the citizen to ride and drive over the streets of the city without charge and without toll. "If we allow the City of Chicago to require the licensing of horseless carriages, how long be the City of Chicago would want to require license to ride a horse or to walk upon the streets?" City of Chicago v. Collins et al, 51 N.E. 907, 910.<\**

*[3.4.h] held invalid an ordinance of Chicago which imposed a license fee of $10 on each vehicle using the streets of the city. The city had no authority to prohibit, and therefore no authority to license, "an ordinary method of locomotion, or even an extraordinary method, if it is not of itself calculated to prevent a reasonably safe use of the streets by others" City of Chicago v. Collins, 175 Ill. 445, 51 N.E. 907, 49 L.R.A. 408, 67 Am. St. Rep. 224,<\**

*[3.4.i] A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution….Since the privilege in question is guaranteed by the Federal Constitution, and exists independently of state authority, the inquiry as to whether the State has given something for which it can ask a return is irrelevant. …It could hardly be denied that a tax laid specifically on the exercise of those freedoms would be unconstitutional. "the power to tax the exercise of a privilege is the power to control or suppress its enjoyment." Murdock v. Pennsylvania, P. 319 U. S. 113. No. 480 [1943] id-105, 11<\*; and 3 similar citations*

*[3.4.j] "Persons faced with such an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right... may ignore the law and engage with impunity in exercise of such right." Shuttlesworth v. Birmingham 394 U.S. 147 (1969) and 6 similar citations*

## 3.5.  REGISTRATION HAS NO COMPELLING GOVERNMENTAL INTEREST

[3.5.I]    Having a number plate mounted to a vehicle and a possessing a registration paper in a glove box does nothing to substantially enhance highway safety. These items do nothing to eliminate any dangers or abuses of the use of an automobile. The manner in which the automobile is driven is the threat to the safety of the public and is subject to regulation. All Automobiles are subject to traffic law to promote the safety of the highways. Registration is not necessary to promote safety.

[3.5.a] *It has been determined that any classification which serves to penalize the exercise of a constitutional right, unless shown to be necessary to promote a compelling governmental interest, is unconstitutional. - in Fraternal Order of Police, Youngstown Lodge No. 28 v. Hunter, 1973 and 299 similar citations*

[3.5.b] *In a long series of cases this Court has held that where fundamental personal liberties are involved, they may not be abridged by the States simply on a showing that a regulatory statute has some rational relationship to the effectuation of a proper state purpose. "Where there is a significant encroachment upon personal liberty, the State may prevail only upon showing a subordinating interest which is compelling," Bates v. Little Rock, 361 U. S. 516, 524. The law must be shown "necessary, and not merely rationally related, to the accomplishment of a permissible state policy." McLaughlin v. Florida, 379 U. S. 184, 196. See Schneider v. Irvington, 308 U. S. 147, 161.*

[3.5.c] *In Sherbert, the Supreme Court defined a "compelling interest," stating: "It is basic that no showing merely of a rational relationship to some colorable state interest would suffice; in this highly sensitive constitutional area, `(o)nly the gravest abuses, endangering paramount interest, give occasion for permissible limitation. " - in US v. Girod, 2015 and 278 similar citations*

[3.5.d] *"If, therefore, a statute purporting to have been enacted to protect the public health, the public morals, or the public safety, has no real or substantial relation to those objects, or is a palpable invasion of rights secured by the fundamental law, it is the duty of the courts to so adjudge, and thereby give effect to the Constitution." - in Pabst Brewing Co. v. Crenshaw, 1905 and 205 similar citations*

[3.5.e] *The automobile is not inherently dangerous. Moore v. Roddie, 106 Wn. 518; Cohen v. Meador, 89 SE 867; Blair v. Broadmore, 93 SE 632.*

[3.5.f] *"There is nothing even remotely criminal in possessing an automobile. It is only the alleged use to which this particular automobile was put that subjects [its owner] to its possible loss." - in State v. 1971 GREEN GMC VAN, 1977 and 61 similar citations*

## 3.6. THE RIGHT TO PRIVACY IN TRAVEL AND THE POLICE LICENSE PLATE SCANNERS

[3.6.I] We the people have the right to travel and we have the right to privacy when we travel. The police violate that right by scanning license plates.

> [3.6.a] The right to travel entails the right to privacy in its fundamental elements of individual choice regarding when, where, and how to move. _Kent v. Dulles_, 357 U.S. 116, 125-26 (1958); _Shapiro v. Thompson_, 394 U.S. 618, 629 (1969). Kent and Shapiro established that the right to travel must be free from government interference, thus associating the right to privacy with the exercise of the right to travel. _Kent_, 357 U.S. at 125-26; Shapiro, 394 U.S. at 629.

EXHIBIT:
AUTOMATED LICENSE PLATE READERS

**[3.6.exhibit.a] Ottawa police introduce automatic licence plate scanners, as privacy concerns raised**

Technology that will allow Ottawa police to scan up to 5,000 licence plates per hour has already netted results in the city, while privacy advocates are voicing their concerns over how the data will be collected and safeguarded... Published on: September 1, 2016 | Last Updated: September 1, 2016 5:55 PM EDT(_http://ottawacitizen.com/news/local-news/ottawa-police-introduce-automatic-licence-plate-scanners_)

---

**[3.6.exhibit.b] How License-Plate Readers Have Helped Police and Lenders Target the Poor**

Law enforcement can access privately-collected location information about cars—and some low-income neighborhoods have faced extra scrutiny...   KAVEH WADDELL APR 22, 2016 (_https://www.theatlantic.com/technology/archive/2016/04/how-license-plate-readers-have-helped-police-and-lenders-target-the-poor/479436/_)

---

**[3.6.exhibit.c] Electronic frontier foundation defending your rights in the digital world**

California Automated License Plate Reader Policies

Automated License Plate Readers (ALPR) are high-speed camera systems that photograph license plates, convert the numbers and letters into machine-readable text, tag them with the time and location, and upload that data into a database for retrieval. *** However, ALPR is a mass surveillance technology in that it collects information on every driver, the overwhelming majority of whom are innocent. The technology poses a threat to locational privacy; in aggregate the data can reveal detailed driving patterns or identify the drivers who frequent particular locations, such as protests, gun shows, and health care facilties... https://www.eff.org/pages/california-automated-license-plate-reader-policies

---

**[3.6.exhibit.d] NBC-7 San Diego**

Sheriff's Department Has Scanned More than 8 Million License Plates Since March 2014

Documents show new details about how local law enforcement agencies are using license plate readers and where the data is being stored. *** Agencies in San Diego County have been using License Plate Readers (LPRs) to track a vehicle's location and movements on public roads and in parking lots since 2009, newly released documents show. *** Opponents argue LPRs are invading personal privacy by tracking individual commuters using GPS and then archiving those results for years in a database accessible to law enforcement. In San Diego, LPR cameras are either mounted on a vehicle or set up alongside roadways. They scan license plates collecting identifiable information which is uploaded into a searchable database. Source: http://www.nbcsandiego.com/news/local/Sheriffs-Department-Has-Scanned-More-than-8-Million-License-Plates-Since-March-2014-373312061.html#ixzz4bQvzOKFV     (p40)

*[3.6.b] We are rapidly entering the age of no privacy, where everyone is open to surveillance at all times; where there are no secrets from government.\*341 These examples and many others demonstrate an alarming trend whereby the privacy and dignity of our citizens is being whittled away by sometimes imperceptible steps. Taken individually, each step may be of little consequence. But when viewed as a whole, there begins to emerge a society quite unlike any we have seen -- a society in which government may intrude into the secret regions of man's life at will. Dissenting, <u>Osborn v. United States</u>, 385 U.S. 323, 343 (1966).*

*[3.6.c] "[A] n individual's reasonable expectation of privacy is not subject to arbitrary invasions solely at the unfettered discretion of officers in the field - in <u>People v. Daly</u>, 2008 and 175 similar citations*

*[3.6.d] W] e find it intolerable that one constitutional right should have to be surrendered in order to assert another - in <u>Howard v. Walker</u>, 2005 and 197 similar citations*

*[3.6.e] The Right of automobiles and the Right of privacy."exercise of the constitutional right to travel may not be conditioned upon the relinquishment of another constitutional right absent a compelling state interest." <u>United States v. Davis</u>, 482 F.2d 893, 913 (9th Cir. 1973).*

*[3.6.f] In Sherbert, the Supreme Court defined a "compelling interest," stating: "It is basic that no showing merely of a rational relationship to some colorable state interest would suffice; in this highly sensitive constitutional area, `(o) nly the gravest abuses, endangering paramount interest, give occasion for permissible limitation. " - in <u>US v. Girod</u>, 2015 and 278 similar citations (see;* registration has no compelling governmental interest)

## [3.6.II] Registration of a private conveyance must be either voluntary or unconstitutional.

*[3.6.g] "Disobedience or evasion of a Constitutional Mandate cannot be tolerated, even though such disobedience may, at least temporarily, promote in some respects the best interests of the public." <u>Slote vs. Examination</u>, 112 ALR 660*

## 3.7  REGULATION CANNOT HAVE A PERMISSIVE END

[3.7.I]  Because the use of a private conveyance is a right the State government cannot regulate with the effect of a permissive end. The State of California can refuse to issue a registration and could deny a fundamental right. Refusing a registration is a permissive end. My van was seized for not having a registration, cannot have more of a permissive end than a seizure.

> *[3.7.a] However, even when the State has the power to regulate an activity, the power "must be so exercised as not, in attaining a permissible end, unduly to infringe [a] protected freedom." - in <u>Montana Auto. Ass'n v. Greely</u>, 1981 and 164 similar citations*

[CCR 151] California Code of Regulation
13 CCR § 151.00 Refusal of Registration . . .

(p42)

# 4.1. JURISDICTION OF PERSON

[4.1.I] The D-officer demanded I have registration for my van. Then the D-officers seized my van for not having a registration, called a tow truck and my van was impounded. The code for not having registration is CVC4000. So I examined the code and this is what I found.

[4.1.CVC.4000] CALIFORNIA VEHICLE CODE(CVC) - Vehicles Subject to Registration 4000(a)(1) No person shall drive... any motor vehicle... unless it is registered and the appropriate fees have been paid....

[4.1.II] On examination of the CVC 4000 it states 'no person'.The definition of person is in CVC470.

[4.1.CVC.470]  California Code, Vehicle Code - VEH § 470 "Person" includes a natural person, firm, copartnership, association, limited liability company, or corporation.

[4.1.III]  The California Vehicle Code applies to "persons". What is a person, legally? The term person is used in most if not all statutes, rule regulations, and codes, and even in the Constitution typically to give jurisdiction to the government. It is difficult to understand, but it is absolutely necessary to grasp, at whatever cost, a true understanding to the word 'person' in all the definitions and phases in its proper use. All law enforcement officers are trained to refer to everyone as a persons not people. If we the people are subject to codes and statute as persons we should know if we are such persons and what are the liabilities.

*[4.1.a] Before we place the stigma of a criminal conviction upon any such citizen the legislative mandate must be clear and unambiguous. Accordingly that which Chief Justice Marshall has called 'the tenderness of the law for the rights of individuals' [FN1] entitles each person, regardless of economic or social status, to an unequivocal warning from the legislature as to whether he is within the class of persons subject to vicarious liability. Congress cannot be deemed to have intended to punish anyone who is not 'plainly and unmistakably' within the confines of the statute. United States v. Lacher, 134 U.S. 624, 628, 10 S.Ct. 625, 626, 33 L.Ed. 1080; United States v. Gradwell, 243 U.S. 476,485, 37 S.Ct. 407, 61 L.Ed. 857. FN1 United States v. Wiltberger, 5 Wheat. 76, 95, 5 L.Ed. 37.*

## 4.1.A. LAW OF PERSON

[4.1.A.a] PERSON (per'sn,) n. [L. persona ; said to be compounded of per, through or by, and sonus, sound; a Latin word signifying primarily a mask used by actors on the stage.]. American Dictionary of the English Language Noah Webster 1828

[4.1.A.b] The word "persona," in its primitive sense, was applied to the masks worn by the actors in the dramatic performances of Rome and Greece, which masks were made to represent the character which the actor performed; and in the same sense _it was subsequently employed in jurisprudence to signify the role or status which a man fills in the social organization._ Thus the same man may at different persons or roles, as, in his youth he represents the person of a minor, and after his maturity that of a major, each having different qualities, rights, and obligations. _Brent v. City of New Orleans_, 6 South, 793, 41 La. Ann. 1098.

[4.1.A.c] This word 'person' and its scope and bearing in the law, involving, as it does, _legal fictions_ and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the _status or condition_ with which he is invested ... not an individual or physical person, but the status, condition or character borne by physical persons ... The law of persons is the law of status or condition., _American Law and Procedure Vol. 13_, page 137, (1919)

[4.1.A.d] Fictitious. Founded on a fiction; having the character of a fiction; pretended; counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily invented and set up, to accomplish an ulterior object. BLACK'S LAW DICTIONARY, 6th Ed. (13th reprint, 1998), p. 624.

[4.1.A.e] A _fiction_ is defined to be a false averment on the part of the plaintiff, which the defendant is not allowed to traverse; the object being to give the court jurisdiction. _Snider v. Newell_, 44 S. E. 354, 357, 132 N.C. 614 (citing Maine, And. Law, 25).<*

[4.1.A.f] Omnis persona est homo, sed non vieissim. "Every person is a human being, but not every human being a person." – Black's Law Dictionary 7th Edition page 1672).

[4.1.A.maxim] Maxim of Law: ""Man" (homo) is a term of nature. ; "person" (persona), a term of civil law" (Homo vocabulum est naturae; persona juris civilis. – Black's Law Dictionary 7th Edition)

[4.1.A.g] Natural Person: Any human being who as such is a _legal entity_ ..... (_Amon v. Moreschi_, 296 N.Y. 395, 73 N.E.2d 716." Max Radin, Radin's Law Dictionary (1955), p. 216).

[4.1.A.h] A _person_ is such, not because he is human, but because rights and duties are ascribed to him. The person is the legal subject or substance of which the rights and duties are attributes. An individual human being considered as having such attributes is what lawyers call a "natural person." [Pollock, First Book of Jurispr. 110. Gray, Nature and Sources of Law, ch. II. Black's Law Dictionary, 4th Edition, p 1300]

[4.1.A.i] "the word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities _other than human beings._, see e.g. 1, U.S.C. § para 1." _Church of Scientology v. US Department of Justice_, 612 F.2d 417 @425 (1979) _Scientology v. Dept. of Justice_, Cal9 612 F2d 417. 59 ALR Fed 528<*

(p44)

## [4.1.B] JURISDICTION OF PERSON

**[4.1.B.I]** The term person in §470 are fictions created by government by statute. The we the people, the 'American citizen', is immune from the jurisdictional legalism of the term person unless we where the mask as ?.

> *[4.1.B.a] ...lacking due process[of law], in that they are 'void for ambiguity' in their failure to specify the statutes' applicability to 'natural persons,' otherwise depriving the same of fair notice, as their construction by definition of terms aptly identifies the applicability of such statutes to "artificial or fictional corporate entities or 'persons', creatures of statute, or those by contract employed as agents or representatives, departmental subdivisions, offices, officers, and property of the government, but not the 'Natural Person' or American citizen Immune from such jurisdiction of legalism. (Rodriques v. Ray Donavan, U.S. Department of Labor, 769 F.2d 1344, 1348 (1985));*

**[4.1.B.II]** The only place I have found in law that gives the government jurisdiction over persons is in the 14th Amendment. These 'creatures of statute' are persons created by congress through the fourteenth amendment to give jurisdiction under the 'color of law' to the police power and administrative courts.

> *[4.1.B.b] 14th Amendment: All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. Fourteenth Amendment*

**[4.1.B.III]** Notice the opening 'All persons'. Persons are not people. The term person is a status and condition, a fiction created by government. A 14th Amendment citizen and resident are masked as persons/fictions. We the people created the Constitution. We the people are not persons subject to the jurisdiction of the Constitution.

> *[4.1.B.c] It is resolved by Article VI which defines exactly Who is subject to the Jurisdiction of the Constitution, and exactly Who shall be Contractually Bound by Oath or Affirmation to support Such Constitution in Consideration for Offices Of Public Trust and those Benefits of Public Service and Public Employment. "... The Senators and Representative before mentioned, and the members of the several State Legislatures, and all executives and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; ..." Article VI; -Gilchrist v. Oil Land Co., 21 W.Va.115, 45 Am.Rep555."*

[4.1.B.IV] The Senator, Representative, Legislator, Executive and Judicial Officer, these titles are masks worn by people, it is their person acting in a specific status and condition created by statute and the Constitution. All government employees are citizens of the United States as persons, residents, and citizens subject to the jurisdiction of the United States.

## [4.1.C] UNITED STATES INC.

[4.1.C.I]  The term citizen of the 'United States' and its meanings. We are going to focus on the federal definition of U.S. in 28USC§3002.

[4.1.C.28.USC.3002] 28 USC § 3002 - Definitions
(15) "United States" means—
    (A) a Federal corporation;
(I had a massive debate with a lawyer that did not know the United States is a corporation)

> *[4.1.C.a] A corporation is an artificial being, invisible, intangible, and existing only in contemplation of law.* <u>Trustees of Dartmouth College v. Woodward</u> *17 U.S. 518 (1819) 100 U.S. 1*

> *[4.1.C.b] "The United States Government as such is fictitious and thus includes the States Government." Blacks Com. 133, Bouvier`s law dictionary, page 1215 (1914).*

> *[4.1.C.c] Fictitious. Founded on a fiction; having the character of a fiction; pretended; counterfeit. Feigned, imaginary, not real, false, not genuine, nonexistent. Arbitrarily invented and set up, to accomplish an ulterior object. BLACK'S LAW DICTIONARY, 6th Ed. (13th reprint, 1998), p. 624.*

[4.1.C.II] We the people created the fiction, 'United States', with and by the Constitution. The corporate federal government called 'United States' is seated in Washington DC which is no part of United States.

[4.1.C.UCC.9-307] Uniform Commercial Code (U.C.C.) § 9-307. (h)The United States is located in the District of Columbia.

[4.1.C.USC.72] *TITLE 4 > CHAPTER 3 > § 72 - Public offices; at seat of Government-All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law*

> *[4.1C.d] i]nasmuch as the District [of columbia] was no part of the United States [described in the Constitution] [*<u>Downes v. Bidwell</u>*, 182 U.S. 244 (1901)][emphasis added]*

> *[4.1.C.e]- "A citizen of the United States is a citizen of the federal government ..."* <u>Kitchens v. Steele</u>*, 112 F.Supp 383*

*[4.1.C.f] "A national government is a government of the people of a single state or nation, united as a community by what is termed the "social compact," and possessing complete and perfect supremacy over persons and things, so far as they can be made the lawful objects of civil government. A federal government is distinguished from a national government by its being the government of a community of independent and sovereign states, united by compact." Piqua Branch Bank v. Knoup, 6 Ohio.St. 393." [Black's Law Dictionary, Revised Fourth Edition, 1968, p. 1176]*

## [4.1.C.III] A perfect supremacy over persons and things, lawful objects?

## [4.1.D.] CORPORATE CITIZEN

*[4.1.D.a] "the term 'citizen' in the United States, is analogous to the term `subject' in common law; the change of phrase has resulted from the change in government." State v. Manuel, 20 NC 122:*

## [4.1.D.I] Common law comes from England, as in the Queen and her subjects. This is why the government purports sovereign immunity. Because under common law the government created the person so the government is the sovereign. However we the people created the government.

*[4.1.D.b] MAXIM; Persona est rationalis natures individua substantia. From the reason and free-will of the sovereign the law proceeds; to the reason and free-will of the subject it is directed.*

*[4.1.D.c] "Therefore, the U.S. citizens [citizens of the District of Columbia] residing in one of the states of the union, are classified as property and franchises of the federal government as an "individual entity." Wheeling Steel Corp. v. Fox, 298 U.S. 193, 80 L.Ed. 1143, 56 S.Ct. 773.(read that again)*

*[4.1.D.d] "The first clause of the fourteenth amendment made Negroes citizens of the United States, and citizens of the State in which they reside, and thereby created two classes of citizens, one of the United States and the other of the state." [Cory et al, V. Carter, 48 Ind. 327 1874].*

*[4.1.D.e] —of 1873.9 The five justices in the majority agreed that the pervading purpose of the Thirteenth and Fourteenth Amendments was the "freedom of the slave race" and the protection "of the newly-made freeman and citizens from the oppressions of those who had formerly exercised unlimited dominion over him...." - in The Supreme Court and the Electoral Process and 91 similar citations*

(p47)

*[4.1.D.f] "It is claimed that the plaintiff is a <u>citizen of the United States</u> and of this State. Undoubtedly she is. It is argued that she became such by force of the first section of the Fourteenth Amendment, already recited. This, however, is a mistake. It could as well be claimed that she became free by the effect of the Thirteenth Amendment, by which slavery was abolished; for she was no less a citizen than she was free before the adoption of either of these amendments. No white person born within the limits of the United States, and subject to their jurisdiction, or born without those limits, and subsequently naturalized under their laws, owes the status of citizenship to the recent amendments to the Federal Constitution. "The history and aim of the Fourteenth Amendment is well known, and the purpose had in view in its adoption well understood. <u>That purpose was to confer the status of citizenship upon a numerous class of persons domiciled within the limits of the United States, who could not be brought within the operation of the naturalization laws because native born, and whose birth, though native, had at the same time left them without the status of citizenship.</u> These persons were not white persons, but were, in the main, persons of African descent, who had been held in slavery in this country, or, if having themselves never been held in slavery, were the native-born descendents of slaves. Prior to the adoption of the Fourteenth Amendment it was settled that neither slaves, nor those who had been such, nor the descendants of these, though native and free born, were capable of becoming citizens of the United States. (<u>Dread Scott v. Sanford</u>, 19 How. 393). The Thirteenth Amendment, though conferring the boon of freedom upon native-born persons of African blood, had yet left them under an insuperable bar as to citizenship; and it was mainly to remedy this condition that the Fourteenth Amendment was adopted."* <u>N VALKENBURG V. BROWN</u>, 43 CAL. 43 (1872)-FOURTEENTH AMENDMENT CITIZENSHIP

[4.1.D.II] A citizen of the United States is a creature of statute, a special class of persons created by congress.'Citizens of the United States' (the federal corporation) are not the same as 'State citizens' or we the people. The rights of 'citizens of the United States' are granted by the government. In contradistinction, We the people have natural, unenumerated fundamental rights not granted by any government.

*[4.1.D.g] "The 1st section of the 14th article, to which our attention is more specifically invited, opens with a definition of citizenship—not only citizenship of the United States, but citizenship of the states. No such definition was previously found in the Constitution, nor had any attempt been made to define it by act of Congress. It had been the occasion of much discussion in the courts, by the executive departments and in the public journals. It had been said by eminent judges that no man was a citizen of the United States except as he was a citizen of one of the states composing the Union. Those therefore, who had been born and resided always in the District of Columbia or in the territories, though within the United States, were not citizens." <u>Slaughter-House Cases</u>, 83 U.S. (16 Wall.) 36, 21 L.Ed. 394 (1873)*

(p48)

[4.1.D.h] *"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is <u>a special class of citizen created by Congress."</u>* <u>U.S. v. Anthony</u> *24 Fed. 829 (1873)*

[4.1.D.i] *All free persons born within the State are born citizens of the State. . . .* <u>State v. Manuel</u> *(1838), 4 Dev. & Bat. 20, 24-26.*

[4.1.D.j] *"Except as modified by statute, the place of birth governs citizenship status."* <u>Rogers v. Bellei</u>*, 401 U. S. 815; 28 L.Ed.2d 499; 91 S.Ct. 1060 (1971);*

[4.1.D.k] *"It is quite clear, then, that there is a citizenship of the United States, and a citizenship of a state, which are distinct from each other and which depend upon different characteristics or circumstances in the individual" ...but his rights of citizenship under one of these governments will be different from those he has under the other".* [<u>Slaughter- House Cases</u>*, 16 Wall. 74.]*

[4.1.D.l] *"A person may be a citizen for some purposes, and not a citizen for other purposes."* <u>Field v. Adreon</u>*, 7 MD 209.  Judge John Bouvier's Law Dictionary, Vol. I (1868), Page 273, CITIZEN*

[4.1.D.m] *-A person may be a citizen of the United States and yet be not identified or identifiable as a citizen of any particular state.* <u>Du Vernay v. Ledbetter</u> *[61 So.2d 573, [emphasis added]*

[4.1.D.n] *Domicile and citizen are synonymous in federal courts, [<u>Earley v. Hershey Transit Co.</u>, D.C. Pa., 55 F.Supp. 981, 982]; inhabitant, resident and citizen are synonymous, [<u>Standard Stoker Co. v. Lower</u>, D.C.Md., 46 F.2d 678, 683. Black's Law Dictionary, 4th Ed., p 311]*

[4.1.D.o] *A person who is a citizen of the United States is necessarily a citizen of the particular state in which he resides. But a person may be a citizen of a particular state and not a citizen of the United States. To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -`.`- the right to declare who are its citizens. [<u>State v. Fowler</u>, 41 La. Ann. 380] [6 S. 602 (1889), emphasis added]*

[4.1.D.p] *... citizens of the United States ... were also not thought of; but in any event a citizen of the United States, who is not a citizen of any state, is not within the language of the [federal] Constitution. [<u>Pannill v. Roanoke</u>, 252 F. 910, 914] [emphasis added]*

[4.1.D.q] *-" ... he was not a citizen of the United States, he was a citizen and voter of the State, ... " "One may be a citizen of a State and yet not a citizen of the United States."* <u>McDonel v. The State</u>*, 90 Ind. 320 (1883);*

[4.1.D.r] *A person may be a citizen of the United States and yet  be  not identified or identifiable as  a citizen of any particular state.  [<u>Du Vernay v. Ledbetter</u>] [61 So.2d 573, emphasis added]*

[4.1.D.s] *The terms "citizen" and "citizenship" are distinguishable from "resident" or "inhabitant." [<u>Jeffcott v. Donovan</u>, C.C.A.Ariz., 135 F.2d 213, 214; and from "domicile," <u>Wheeler v. Burgess</u>, 263 Ky. 693, 93 S.W.2d 351, 354; <u>First Carolinas Joint Stock Land Bank of Columbia v. New York Title & Mortgage Co.</u>, D.C.S.C., 59 F.2d 35j0, 351]. The words "citizen" and citizenship," however, usually include the idea of domicile, Delaware, [<u>L.&W.R.Co. v. Petrowsky</u>, C.C.A.N.Y., 250 F. 554, 557]; citizen inhabitant and resident often synonymous, [<u>Jonesboro Trust Co. v. Nutt</u>, 118 Ark. 368, 176 S.W. 322, 324; <u>Edgewater Realty Co. v. Tennessee Coal, Iron & Railroad Co.</u>, D.C.Md., 49 F.Supp. 807, 809]; and citizenship and domicile are often synonymous. [<u>Messick v. Southern Pa. Bus Co.</u>, D.C.Pa., 59 F.Supp. 799, 800. Black's Law Dictionary, 4th Ed., p 310]*

*[4.1.D.t] "It is apparent that a constitutional prohibition cannot be transgressed indirectly by the creation of a statutory presumption any more than it can be violated by direct enactment. The power to create presumptions is not a means of escape from constitutional restrictions." [Bailey v. Alabama, 219 U.S. 219 (1911)]*

*[4.1.u] A conclusive presumption may be defeated where its application would impair a party's constitutionally-protected liberty or property interests. In such cases, conclusive presumptions have been held to violate a party's due process and equal protection rights. [Vlandis v. Kline (1973) 412 U.S. 441, 449, 93 S.Ct 2230, 2235; Cleveland Bed. of Ed. v. LaFleur (1974) 414 US 632, 639-640, 94 S.Ct. 1208, 1215-*

*[4.1.D.v] The term "United States" may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. It may designate the territory over which the sovereignty of the United States extends,\*672 or it may be the collective name of the states which are united by and under the Constitution. Hooven & Allison Co. v. Evatt, 324 US 652 - Supreme Court 1945<\**

*[4.1.D.w] "I submit that great principles of government rest upon solid foundations of truth and justice, and are not to be set at naught and evaded by the mere confusion of words." WHITE, J., dissenting. Adams Express Co. v. Ohio, 165 U. S. 240.<\**

*[4.1.D.x] -A citizen of any one of the States of the Union, is held to be, and called a citizen of the United States, although technically and abstractly there is no such thing. To conceive a citizen of the United States who is not a citizen of some one of the States, is totally foreign to the idea, and inconsistent with the proper construction and common understanding of the expression as used in the Constitution, which must be deduced from its various other provisions." Ex parte- Frank Knowles, California Reports, Vol. 5, Page 302 (1855)*

[4.1.D.III]  Clear as mud.

## [4.1.E.]  A VAGUE AND AMBIGUOUS NATION

[4.1.E.I] The terms "United States", "citizen", "person", and "resident" have more than one meaning and are ambiguous. Any statute, regulation, rule, or code using these terms, without more clear definition, are vague and ambiguous, and null and void on their face.

*[4.1.E.a] In the first place, it is a general rule in the interpretation of all statutes...upon subjects or citizens, not to extend their provisions, by implication, beyond the clear import of the language used, or enlarge their operation so as to embrace matters not specifically pointed out, although standing upon a close analogy. In every case, therefore of doubt, such statutes are construed most strongly against the government, and in favor of the subjects or citizens, because burdens are not to be imposed nor presumed to be imposed, beyond what the statutes expressly and clearly import. United States v. Wigglesworth, 2 Story, 369, 373. ; also see: Gould v. Gould, 245 US 151 (1917)...)*

*[4.1.E.b] The clear statement rule, which is a canon of statutory construction, not a rule of constitutional law, applies where courts "confront a statute susceptible of two plausible interpretations, one of which... alter [s] the existing balance of federal and state powers." - in Gila River Indian Community v. US, 2012 and 45 similar citations*                                                                    (p50)

[4.1.E.c] *"If [state] officials construe a vague statute unconstitutionally, the citizen may take them at their word, and act on the assumption that the statute is void." - Shuttlesworth v. Birmingham 394 U.S. 147 (1969).*

## [4.1.F.] VAGUE RIGHTS

[4.1.F.I] What about the 9th Amendment. Seems the entire nation has forgotten the 9th Amendment. Thats because 9th Amendment rights are not applied to the 'citizen of the United States'.

[4.1.F.a] *9th Amendement- The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.*

[4.1.F.b] *"To hold that a right so basic and fundamental and so deep-rooted in our society... may be infringed because that right is not guaranteed in so many words by the first eight amendments to the Constitution is to ignore the Ninth Amendment and to give it no effect whatsoever. A judicial construction that this fundamental right is not protected by the Constitution because it is not mentioned in explicit terms by one of the first eight amendments or elsewhere in the Constitution would violate the Ninth Amendment. Griswold v. Connecticut, 381 US 479*

[4.1.F.c]*—the Privileges or Immunities Clause of the Fourteenth Amendment protects only those rights of citizenship that owe their existence to the federal government, its national character, its Constitution, or its laws, but it is not a source of protection for unenumerated rights - in State v. Burnett, 2001 and 122 similar citations*

[4.1.F.d] *" ... rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship." Madden v. Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940);*

[4.1.F.e]-*"Citizenship of the United States does not entitle citizens to privileges and immunities of Citizens of the State since privileges of one are not the same as the other" — Tashiro v. Jordan, 255 P. 545 California Supreme Court.*

[4.1.F.f] *"The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other." Colgate v. Harvey, 296 U.S. 404; 56 S.Ct. 252 (1935)*

[4.1.F.g] *"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957*

[4.1.F.II] This statutory person is evidenced by government provided identification. Upon presenting ID, the officers have jurisdiction over your person under the 14th Amendment. This is why they are trained to ask for ID at first contact. Now you are subject to all statutes, codes, etc. . .    (p51)

## [4.1.G.] PEOPLE ARE NOT PERSONS

[4.1.G.I]    As I told the D-officers officers, "I am one of the people and I reserve all my rights." All my unenumerated rights. I told the D-officers "I am not a citizen subject to the jurisdiction of the United States." As identifying as one of the people to the officers, that excludes being identified as a statutory person(creatures of statute) with limited rights. We the people are in contradistinction to statutory persons. The legal term "Person" falls under the "Doctrines of Statutory construction" and Interpretation used by both the federal congress and state legislatures in drafting legislation, as well as the federal and state judiciary departments to interpret legislation passed into law by the federal congress and state legislatures. The term person generally does not include we the people.

[4.1.G.II] The legal effect stating to the D-officers, "I am one of the people."

### Ejusdem Generis

[4.1.G.maxim] (Designatio unius est exclusio alterius, et expressum facit cessare tacitum. The appointment or designation of one is the exclusion of another; and that expressed makes that which is implied cease. Co. Litt. 210.)

[4.1.G.a] When certain persons or things are specified, in a law, contract, or will, an intention to exclude all others from its operation may be inferred. <u>Little v. Town of Conway</u>, 171 S.C. 27, 170 S.E. 447, 448. Under this maxim, if statute specifies one exception to a  general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded, <u>People v. One 1941 Ford 8 Stake Truck, Engine No. 99T370053, License No. P.8410,</u> Cal., 159 P.2d 641, 642. Black's Law, 4th

[4.1.G.b] Mention of one thing implies exclusion of another. When certain persons or things are specified in a law, contract, or will, an intention to exclude all others from its operation may be inferred. Under this maxim, if statute specifies one exception to a general rule or assumes to specify the effects of a certain provision, other exceptions or effects are excluded." <u>[Black's Law Dictionary, Sixth Edition,</u>

[4.1.G.c] Ejusdem Generis: Of the same kind, class, or nature. In the construction of laws, wills, and other instruments, the "ejusdem generis rule" is, that where general words follow an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held <u>as applying only to persons or things of the same general kind</u> or class as those specifically mentioned. Black, Interp. of Laws, 141; <u>Goldsmith v. U. S., C.C.A.N.Y.</u>, 42 F.2d 133, 137; <u>Aleksich v. Industrial Accident Fund,</u> 116 Mont. 69, 151 P.2d 1016, 1021.

*[4.1.G.d] The rule, however, does not necessarily require that the general provision be limited in its scope to the identical things specifically named. Nor does it apply when the context manifests a contrary intention. The maxim "ejusdem generis," is only an illustration of the broader maxim, "noscitur a sod's." State v. Western Union Telegraph Co., 196 Ala. 570, 72 So. 99, 100. Black's Law, 4th Ed.*

*[4.1.G.h] Noscitur a Sociis: It is known from its associates. 1 Vent. 225. The meaning of a word is or may be known from the accompanying words. 3 Term R. 87; Broom, Max. 588. Morecock v. Hood, 202 N.C. 321, 162 S.E. 730, 731; Louis Pizitz Dry Goods Co. v. Fidelity & Deposit Co. of Maryland, 223 Ala. 385, 136 So. 800, 801. The doctrine means that general and specific words are associated with and take color from each other, restricting general words to sense analogous to less general. Dunham v. State, 140 Fla. 754, 192 So. 324, 325, 326. Black's Law, 4th Ed.*

*[4.1.G.maxim] (Fictio legis inique operatur alicui damnum vel injuriam; Where truth Is, fiction of law does not exist)*

*[4.1.G.maxim] Disparata non debent jungi. Unequal things ought not to be joined. Jenk. Cent. 24. ,*

*[4.1G.h] "The words 'people of the United States' and 'citizens' are synonymous terms, and mean the same thing. They both describe the political body who, according to our republican institutions, form the sovereignty, and who hold the power and conduct the government through their representatives. They are what we familiarly call the 'sovereign people,' and every citizen is one of this people, and a constituent member of this sovereignty. * * *   "We have the language of the Declaration of Independence and of the Articles of Confederation, in addition to the plain words of the Constitution itself:; we have the legislation of the different states, before, about the time, and since the Constitution was adopted; we have the legislation of Congress, from the time of its adoption to a recent period; and we have the constant and uniform action of the Executive Department, all concurring together, and leading to the same result. And if anything in relation to the construction of the Constitution can be regarded as settled, it is that which we now give to the word 'citizen' and the word 'people.'" [Dred Scott v. Sandford, 19 How. 393 (1856)]*

*[4.1.G.i] "There is a great deal of confusion in the use of the word 'sovereignty" by law writers. Sovereignty or supreme power is in this country vested in the people, and only in the people." FIELD, J., dissenting. <\*Fong Yue Ting v. U. S., 149 U. S. 757*

*[4.1G.j] We talk a great deal of the sovereignty of the United States and of the sovereignty of the several States. I hold that the only sovereignty in this country is in the people. From them, humanly speaking, proceed all the powers possessed by those who govern them. I know and acknowledge no other sovereign than the people. Smith v. Turner, 48 U.S. 283[1849]<\**

*[4.1.G.k] Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power.- Yick Wo v. Hopkins, 118 US 356 - Supreme Court 1886*

*[4.1.G.l] "A Sovereign cannot be named in any statute as merely a 'person' or 'any person'". Wills v. Michigan State Police, 105 L.Ed. 45 (1989)*

*[4.1.G.m] "Since in common usage the term `person'does not include the sovereign, statutes employing that term are ordinarily construed to exclude it. "— - in US v. Weldon, 2010 and 79 similar citations*

*[4.1.G.n] A related, settled rule is "that statutes which in general terms divest pre-existing rights or privileges will not be applied to the sovereign without express words to that effect - in <u>Coan v. State of California</u>, 1974 and 87 similar citations*

*[4.1.G.o] The idea that the word "person" ordinarily excludes the Sovereign can also be traced to the "familiar principle that the King is not bound by any act of Parliament unless he be named therein by special and particular words." <u>Dollar Savings Bank v. United STATES</u>, 19 Wall. 227, 239 (1874).*

*[4.1.G.p] "<u>The people have succeeded to the rights of the King</u>, The former sovereign of the State. <u>The people or sovereign are not bound by general word in statutes</u>, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign, ... It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound." <u>People v Herkimer</u>, 15 Am. Dec. 379, ; <u>People v. Herkimer</u>, 4 Cowen (NY) 345, 348 (1825) ; Citations-11 Co., 74 ; Bac. Abr., Prerogative, E. pl. 5; 18 Johns., 229 ; See <u>People v. Herkimer</u>, ante, 143, note.(1822) ; <u>People v. Gilbert</u>, 18 Johns., 229<\**

*[4.1.G.q] The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament; subject only to those restrictions which have been imposed by the Constitution of this State or of the U.S. <u>Lansing v. Smith</u>, 21 D. 89., 4 Wendel 9 (1829) (New York) "D." = Decennial Digest <u>Lansing v. Smith</u>, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7. NOTE: Am.Dec.=American Decision, Wend. = Wendell (N.Y.)*

*[4.1.G.r] To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head." <u>[Merrion et al., DBA Merrion & Bayless, et al. v. Jicarilla Apache Tribe et al.</u> (1982) 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144_148]*

*[4.1.G.s] The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [<u>American Banana Co. v. United Fruit Co.</u>, 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047]*

[4.1.G.III] What facts or evidence do the officers, the police departments, the municipalities, the State or any government have that I am this person in §470 of the California Vehicle Code. Where are the facts or evidence the code or even the constitution apply to me? Under what evidence of authority (Quo Warranto) does the government have jurisdiction over me my person or my property?

*[4.1.G.t] "The words 'people of the United States' and 'citizens' ... mean the same thing... according to our republican institutions, form the sovereignty, [<u>Dred Scott v. Sandford</u>, 19 How. 393 (1856)] (so...sovereign citizen?)*                    (p54)

## 4.2.  MOTOR VEHICLE V. AUTOMOBILE

[4.2.I] Now we come to the next part of the code. Any motor vehicle.

[4.2.CVC.4000] CALIFORNIA VEHICLE CODE(CVC) - Vehicles Subject to Registration
4000(a)(1) No person shall drive... <u>any motor vehicle</u>... unless it is registered and the appropriate
fees have been paid....

[4.2.II] The code must be specific, exact, and clear, not general, vague, or ambiguous, and cannot have more than one meaning or interpretation. Under the section of the California Vehicle Code 4000(a)(1) tolling the vehicles required to be registered, automobiles are not listed in the construction. The Code clearly states "any motor vehicle".

> *[4.2.a] DMV, law enforcement, and courts follow the full and exact language of the law contained in the California Vehicle Code. <u>California Driver Handbook</u>, (2016 edition), pg. 1 "Disclaimer."*
>
> *[4.2.b] "An action by Department of Motor Vehicles, whether directly or through a court sitting administratively as the hearing officer, <u>must be clearly defined in the statute before it has subject matter jurisdiction</u>, without such jurisdiction of the licensee, <u>all acts</u> of the agency, by its employees, agents, hearing officers, are null and void." <u>Doolan v. Carr</u>, 125 US 618; City v Pearson, 181 Cal. 640.*

[4.2.III]  It is imperative for the sake of the constitutional liberties and the rights of a free people, all law enforcement officers understand the legal differences between a 'motor vehicle' and an 'automobile'. The D-officers did not know there is a difference. Had the officers been properly trained and supervised the incident could have been avoided and my rights would not have been violated.  'On point' The *<u>Brown</u>* court recognized the legal difference, ruling "motor vehicles and automobiles are not synonymous." Here we have a prefect example of the court not allowing a vague or ambiguous statute.

> *[4.2.c] An information charging operation of "automobile" at greater rate of speed than 15 miles an hour within limits of municipality, did not, with certainty required in criminal pleadings, show a violation of Gen. Code 12604, making it an offense to operate a "motor vehicle" at a greater rate of speed than 15 miles an hour in certain portions of municipality, the word "automobile" not being synonymous with the term "motor vehicle" as used in such section, and as defined in Section 6290 of Gen. Code. <u>Brown v. State</u>, 20 Ohio Dec. 348, 10 Ohio N.P., N.S., 238<\**

*[4.2.d] The term "motor vehicle" is much broader than the word "automobile" and includes various vehicles which cannot be classified as automobiles. - in Slaughter v. Abilene State School, 1977 and 2 similar citations<\**

[4.2.IV] The distinction is a motor vehicle is 'for hire' and used for commercial purposes. In contradistinction, an automobile is a private conveyance used primarily for personal, family or household purposes and is 'not for hire'.

[4.2.18USC31(6)] Title 18 USC §31 Definitions (6) Motor vehicle.—The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo.

[4.2.18USC31(10)] 18 U.S. Code § 31 - Definitions (10) "Used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other considerations, or directly or indirectly in connection with any business, or other undertaking intended for profit.

[4.2.CVC.465] California Vehicle Code Section 465.- An "automobile" is a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. (DMV website,not in the CVC)

*[4.2.e] The for-hire/not-for-hire dichotomy of early driver licensing was in some ways required by the constitutional jurisprudence that existed before the auto era. The precedent of distinguishing vehicles and drivers by their nature as either commercial or noncommercial preceded the automobile, and was based upon the theory that "public" travel could be regulated even if private travel could not. See City of Burlington v. Unterkircher, 68 N.W. 795 (Iowa 1896).*

[4.2.V] Further classifications of Vehicles are found under the Uniform Commercial Code § 9-109 as ether (1) 'consumer goods' use for personal use, or (2) 'equipment' used for commercial or business purposes.

[4.2.UCC.9-109] Uniform Commercial Code § 9-109. Classification of Goods:
(1) "consumer goods" if they are used or bought for use primarily for personal, family or household purposes;
(2) "equipment" if they are used or bought for use primarily in business (including farming or a profession) or by a debtor who is a non-profit organization or a governmental subdivision or agency or if the goods are not included in the definitions of inventory, farm products or consumer goods;

*[4.2.f] "The use to which an item is put, rather than its physical characteristics, determine whether it should be classified as consumer goods" under UCC 9-109(1) or equipment, 'under UCC 9-109(2)." Grimes v Massey Ferguson Inc.,355 So. 2d 338 - Ala: Supreme Court, 1978 -*                                                          (p56)

*[4.2.g] "The use of an automobile by its owner for purposes of traveling to and from his work is a personal, as opposed to a business use as that term is defined in the California Commercial Code 9-109 (1), and the automobile will be classified as 'consumer goods' rather than equipment. The phraseology of §9-102-(2) defining goods used or bought for use primarily in business seems to contemplate a distinction between the collateral automobile 'in business' and the mere use of the collateral automobile for some commercial, economic or income producing purpose by one not engaged in 'business'"- In re Barnes, 11 USS rep. Serv. 697*

*[4.2.h] "A vehicle not used for commercial activity is a "consumer goods", ...it is <u>not a type of vehicle required to be registered</u> and "use tax" paid of which the tab is evidence of receipt of the tax." <u>Bank of Boston vs Jones</u>, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14.*

*[4.2.i]"[I]t is a jury question whether ... an automobile ... is a motor vehicle[.]" <u>United States v Johnson</u>, 718 F.2d 1317, 1324 (5th Cir. 1983).*

*[4.2.j]"A carriage is peculiarly a family or household article. It contributes in a large degree to the health, convenience, comfort, and welfare of the householder or of the family." <u>Arthur v Morgan</u> , 113 U.S. 495, 500, 5 S . Ct . 241, 243 S.D. NY 1884).<\**

*[4.2.k] held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of." <u>Arthur v. Morgan</u>, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825 <u>Hillhouse v United States</u>, 152 F. 163, 164 (2nd Cir. 1907).*

**[4.2.VI] The ability to drive a motor vehicle is not a fundamental right, but a licensed privilege granted by the State to permit the use of the public roads for private gain and can be regulated even to the point of complete prohibition.**

*[4.2.l] The ability to drive a motor vehicle on a public highway is not a fundamental "right." See <u>Goats v. State</u>, 211 Tenn. 249, 364 S.W.2d 889, 891*

*[4.2.m] If one undertakes to make more than the ordinary use of the public highways for his own private gain, as by the operation of a stagecoach, an omnibus, a truck or motorbus, the state may not only regulate, but may even prohibit, the use of the vehicles on the highways. <u>Law of Automobiles</u> Vol 6, p.37 ; <u>Chicago motor coach v City of Chicago</u> 337 Ill. 200, (1929)*

*[4.2.n]... for while a citizen has the right to travel upon the public highways and to transport his property thereon, the Right does not extend, in whole or in part, as a place of business for <u>private gain</u>. For the latter purpose, no person has a vested right to use the highways of the state, but is a mere privilege or license which the Legislature may grant or withhold at its discretion ..." <u>STATE v JOHNSON</u>, 75 Mont. 240, 243 P 1073; <u>HADFIELD v LUNDIN, supra</u>; <u>CUMMINS v JONES</u>, 79 Ore 276, 155 P 171; <u>PACKARD v BANTON</u>, 44 S. Ct. 257, 264 US 140, 68 L. ED 598;*

[4.2.VII] As one can see under clearly establish law why it is said, "driving a motor vehicle is a privilege and not a right. In contradistinction, We the people have a fundamental right to travel in a private conveyance for private purpose. No State government has the authority to prohibit the use of the highway from the traveling public.

[4.2.s] *Even the legislature has no power to deny to a citizen the right to travel upon the highway and transport his property in the ordinary course of his business or pleasure, though this right may be regulated in accordance with the public interest and convenience. Where one undertakes, however, to make a greater use of the public highways for his own private gain, as by the operation of a stage coach, an omnibus, a truck or a motor bus, the State may not only regulate the use of the vehicles on the highway but may prohibit it. A municipality can do so only under a power expressly granted by the State. see, Ex parte Dickey, 76 W. Va. 576. CHICAGO COACH CO. v. CITY OF CHICAGO • 337 Ill. 200, 204 (Ill. 1929)*

[4.2.t] *"The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business." –* * * -The rights aforesaid, being fundamental, are constitutional rights, and while the exercise thereof may be reasonably regulated by legislative act in pursuance of the police power of the state, and although those powers are broad, they do not rise above those privileges which are imbedded in the constitutional structure. The police power cannot justify the enactment of any law which amounts to an arbitrary and unwarranted interference with, or unreasonable restriction on, those rights of the citizen which are fundamental. -in State v. Armstead, 103 Miss. 790, 799, 60 So. 778, Ann. Cas. 1915B, 495. Thompson v.Smith, 154 SE 579, 11 <*11 Am. Jur. Constitutional Law, Sec. 329, p. 1135<* and 9 similar citations*

[4.2.u] *" `The use of highways for purposes of travel and transportation is not a mere privilege, but a common and fundamental right, of which the public and individuals cannot rightfully be deprived... - in Hough v. McCarthy, 1960 and 5 similar citations*

[4.2.v] *Held— "The right to make use of an automobile as a vehicle of travel along the highways of the state, is no longer an open question…. The owners thereof have the same rights in the roads and streets as the drivers of horses or those riding a bicycle or traveling by some other vehicle, but they are to use this right with due regard for the rights of others having occasion to travel on the highways." House v. Cramer, 134 Iowa, 374, (1907)*

(p59)

[4.2.w] "[t]his constitutional right . . . is not a mere conditional liberty subject to regulation and control under conventional due process or equal protection standards." (Shapiro v. Thompson) Furthermore, the decision reaffirmed the right to travel, as "a right broadly assertable against private interference as well as governmental action." Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." Id. at 630-31. Paul v. Virginia 75 US 168, 19 L. Ed. 357, 19 S. Ct. 361 This Court long ago recognized that the nature of our Federal Union and our constitutional concepts of personal liberty unite to require that all citizens be free to travel throughout the length and breadth of our land uninhibited by statutes, rules, or regulations which unreasonably burden or restrict this movement. - in People v. Rosa, 2009 and 308 similar ; [394 U.S. 618, 630] That proposition was early stated by Chief Justice Taney in the Passenger Cases, 7 How. 283, 492 (1849)

[4.2.x] "It is obvious that those who operate motor vehicles for the transportation of persons or property for hire enjoy a different and more extensive use of the public highways. * * * Such extraordinary use constitutes a natural distinction and a full justification for their separate classification and for relieving from the burden of the license tax those who merely employ the public highways for the transportation of their own property or employees."

--Bacon Service Corporation v. Huss, 129 Cal. 21, 248 P. 235, 238." (State v. Karel, 180 So. 3 at 8.)

[4.2.VIII]    We the people, have a fundamental right when traveling in a private conveyance for private purpose. This right is not granted by any government, but is a unenumerated right protected by the 9th, but not the Fourteenth Amendment of the Constitution. The power of the State is prohibited by the 10th Amendment to deny or disparage the 9th Amendment rights retained by we the people. So why are so many people paying for registration? Residents do not have 9th Amendment rights. Residents are persons created by the 14th Amendment, and  do not have unenumerated rights.

[4.2.why] "A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states." Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)"         (read that again)

(p60)

## 4.3.   THE LAW OF RIGHTS

[4.3.I] Most people know they have rights, but do not know the governments limitations on these rights.

[4.3.a] "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them." Miranda v Arizona rights secured by the Constitution, 384 U.S. 436, (1966)

[4.3.b] "The claim and exercise of a constitutional Right cannot be converted into a crime." Miller vs. U.S., 230 F. 486, 489

[4.3.c] "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity." Shuttlesworth v Birmingham, 373 US 262, (1969)

[4.3.d] There can be no sanction or penalty imposed upon one because of his exercise of Constitution rights. Sherar vs. Cullen 481 F 2D 946, (1973). .

[4.3.e] "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law". Simmons v. United States, 390 U.S. 377 (1968)

[4.3.f] "It has long been established that a State may not impose a penalty upon those who exercise a right guaranteed by the Constitution . . . `Constitutional rights would be of little value if they could be . . . indirectly denied'. . . ." Harman v. Forssenius, 380 U. S. 528, 540 (1965).[11]

[4.3.g] "Constitutional Rights cannot be denied simply because of hostility to their assertions and exercise; vindication of conceded Constitutional Rights cannot be made dependent upon any theory that it is less expensive to deny them than to afford them." Watson vs. Memphis, 375 US 526

[4.3.h] "The claim and exercise of a Constitution right cannot be converted into a crime"... "a denial of them would be a denial of due process of law". Simmons v. United States, 390 U.S. 377 (1968)

[4.3.i] "The claim and exercise of a constitutional Right cannot be converted into a crime." Miller vs. U.S., 230 F. 486, 489

[4.3.j] "Constitutional 'rights' would be of little value if they could be indirectly denied." Gomillion v. Lightfoot, 364 U.S. 155 (1966), cited also in Smith v. Allwright, 321 U.S. 649.644

[4.3.k] rights; The state cannot diminish rights of the people." Hurtado v. People of the State of California, 110 U.S. 516.

[4.3.l] "No public policy of a state can be allowed to override the positive guarantees of the U.S. Constitution." 16 Am.Jur. (2nd), Const. Law, Sect. 70

## 4.4. ALLEGATION-LEGISLATIVE INTENT/FRAUD BY SILENCE

**[4.4.A.1] CIVIL/CRIMINAL - The Defendants Violated Constitution rights and clearly established Federal Law in violation of the United States Codes.**

**[4.4.A.2] AT LAW - Trespass on the case. Fraud. Acting in concert, the act of deception.**

**[4.4.I] Why are so many Americans, traveling in an automobile, paying for registration if its unconstitutional? Most of us are not involved in commerce when we use our vehicles in our daily activity, going to work etc... The State cannot convert a right into a privilege and then attach a fee to it (citation ommited). The short answer and the allegation is the State is generating billions of dollar in revenue from the exercising of the peoples fundamental right to travel in a private conveyance due to the legislators enacting the code with the omission of material information making the construction of the California Vehicle Code (CVC) to be vague, ambiguous which set in motion a massive fraud contrary to law.**

*[4.4.a] Where failure to disclose a material fact is calculated to induce a false belief, the distinction between concealment and affirmative misrepresentation is tenuous. Both are fraudulent. 11 An active concealment has the same force and effect as a representation which is positive in form. 12 The one acts negatively, the other positively; both are calculated, in different ways, to produce the same result. 13 The former, as well as the latter, is a violation of the principles of good faith. It proceeds from the same motives and is attended with the same consequences; 14 and the deception and injury may be as great in the one case as in the other. [37 American Jurisprudence 2d, Fraud and Deceit, §144 (1999)]*

*[4.4.b] "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments. 8 Fraud, as it is sometimes said, vitiates every act, which statement embodies a thoroughly sound doctrine when it is properly applied to the subject matter in controversy and to the parties thereto and in a proper forum. As a general rule, fraud will vitiate a contract notwithstanding that it contains a provision to the effect that no representations have been made as an inducement to enter into it, or that either party shall be bound by any representation not contained therein, or a similar provision attempting to nullify extraneous representations. Such provisions do not, in most jurisdictions, preclude a charge of fraud based on oral representations." [37 American Jurisprudence 2d, Fraud and Deceit, §144 (1999)]*

(p62)

## [4.4.II] THE EVIDENCE OF FRAUD

> *[4.4.c] "An action by Department of Motor Vehicles, whether directly or through a court sitting administratively as the hearing officer, <u>must be clearly defined in the statute before it has subject matter jurisdiction</u>, without such jurisdiction of the licensee, <u>all acts</u> of the agency, by its employees, agents, hearing officers, are null and void." <u>Doolan v. Carr</u>, 125 US 618; City v Pearson, 181 Cal. 640.*

## [4.4.CVC.4000] CALIFORNIA VEHICLE CODE - Vehicles Subject to Registration 4000. (a) (1) No person shall drive... any <u>motor vehicle</u>... unless it is registered and the appropriate fees have been paid...

## [4.4.III] The term 'motor vehicle' is a commercial term, so is 'driver', 'passenger', 'transportation', and 'resident'.

> *[4.4.d] "When a statute includes an explicit definition, we must follow that definition, even if it varies from that term's ordinary meaning. <u>Meese v. Keene</u>, 481 U.S. 465, 484-485 (1987)*

[4.4.18.USC.31] Title 18 USC 31: "Motor vehicle" means every description or other contrivance propelled or drawn by mechanical power and <u>used for commercial purposes</u> on the highways in the <u>transportation of passengers</u>, or passengers and property.

[4.4.18.USC.31] "*Used for commercial purposes*" means the carriage of persons or property for any fare, fee, rate, charge or other considerations, or directly or indirectly in connection with any business, or other undertaking intended for profit.

> *[4.4.e] DRIVER; <u>One employed</u> in conducting a coach, carriage, wagon, or other vehicle,with horses, mules, or other animals, or a bicycle, tricycle, or motor car, though not a street railroad car. See <u>Davis v. Petrinovich</u>, 112 Ala. 654, 21 South. 344, 36 L. R. A.615; Gen. St. Conn. 1902,*
>
> *[4.4.f] EMPLOYED; This signifies both the act of doing a thing and the being under contractor orders to do it. <u>U. S. v. Morris</u>, 14 Pet. 475, 10 L. Ed. 543; <u>U. S. v. The Catharine</u>, 2Paine, 721, Fed. Cas. No. 14.755.*
>
> *[4.4.g] PASSENGER; The term passenger ordinarily imports some contractual relation between the parties. <u>Long v Archer et al</u> 221 Ind.186, 46 NE 2d 818; citing; <u>Gale v Wilber</u> 163 Va. 211, 175 SE 739; <u>Bushouse v Brom</u> 297 Mich 616, 298 NW 303*

[4.4.49.USC.5102] 49 U.S. Code § 5102 - Definitions**(13)** "transports" or "<u>transportation</u>" means the movement of property and loading, unloading, or storage incidental to the movement.

[4.4.49.USC.31301] 49 U.S. Code § 31301 - Definitions**(2)** "commerce" means trade, traffic, and <u>transportation.</u>

(p63)

[4.4.IV] The State and local governments have convinced the American people every vehicle is a motor vehicle, and even some law enforcement officers. The definition  of motor vehicle in the CVC is vague and no real definition, unlike the federal definition 18USC31 which is clear.

[4.4.CVC.415] Motor Vehicle 415. (a) A "motor vehicle" is a vehicle that is self- propelled. . .

[4.4.V] Yes, every 'motor vehicle' propels itself. The code does not say all self propelled vehicle are motor vehicles, or anything similar. To further add ambiguity and confusion, CVC260(a) tolls the term commercial vehicle, as a type required to be registered, stating a commercial vehicles is a motor vehicle. But the when in CVC260(b) the term passenger vehicle 'not for hire' is not a commercial vehicle.

[4.4.CVC.260]  VEHICLE CODE SECTION 260.
(a) A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.
(b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles.

[4.4.VI] Does that mean a passenger vehicle 'not for hire' is not a type required to be registered? I allege this word game is meant to draw confusion to fleece the unsuspecting people.

[4.4.VII] Here is another problem, when searching for the definition of automobile in the CVC book, we find the CVC465 definition, not in the code book, but on the DMV website:

[4.4.CVC.465] California Vehicle Code Section 465.- An 'automobile' is a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. https://www.dmv.ca.gov/portal/dmv/de...ee_calc/vehdef

[4.4.VIII] The code CVC465 from the DMV website plainly states an automobile is a passenger vehicle 'not for hire'. So an automobile is a passenger vehicle 'not for hire'. We also get this message: *The California Vehicle Code is no longer available on the DMV website. Please refer to California Legislative Information to view the California Vehicle Code.* **(https://www.dmv.ca.gov/portal/dmv/detail/pubs/calvehcode)**

[4.4.IX] In the CVC book CVC465, does not mention the definition of an 'automobile'. (see below)

[4.4.CVC.465] 465.  A "passenger vehicle" is any motor vehicle, other than a motortruck, truck tractor, or a bus, as defined in Section 233, and used or maintained for the transportation of persons.  The term "passenger vehicle" shall include a housecar.

[4.4.X] In the CVC 465 book does not state a 'passenger vehicle' is a 'motor vehicle' but is "'any motor vehicle' used for the transportation of persons." The passenger vehicle first must be a 'motor vehicle' and 'transportation of persons', which is commerce. Passengers are persons.

> [4.4.h] *"The term 'Commerce' comprehends more than the mere exchange of goods; it embraces commercial intercourse in all its branches, including transportation of passengers and property by common carriers, whether carried on by water or land. In re Second employers' Liability cases, 223 U.S. 1, 46 (Bouvier's Law Dictionary, Page 532.)*

[4.4.XI] So lets break this down to eliminate any confusion.
18USC31-A motor vehicle is used for commercial purposes.
CVC260- Commercial vehicles are a motor vehicle and are require to be registered.
CVC260-An passenger vehicle not used for the transportation of persons for hire are not commercial vehicles.
CVC465-A passenger vehicle is any motor vehicle used for transportation of persons.
CVC465-A automobile' is a passenger vehicle that does not transport persons for hire.(DMV website)
[4.4.VII] Clear as mud.
Is a 'passenger vehicle' 'not for hire' a motor vehicle or an automobile? This is vague and more ambiguity. Trying to understand codes and statutes is hard enough without all the confusion in the words. We are expected to abide by these words, and when we don't, the State government makes a windfall from our error. After all this we were shocked to find this buried in the code.                                              (p65)

[4.4.CVC.15210] CALIFORNIA VEHICLE CODE ARTICLE 2. Definitions 15210 (p.) (8)In the absence of a federal definition, existing definitions under this code apply.[WHAT]

[4.4.XIII] So if there is a federal definition, the CVC definitions do not apply. Why not just use the federal definitions in the CVC from the start? The State government omitting the federal definitions invites confusion, I allege The State government knew, or should have known, the enactment of such ambiguous codes would cause confusion.

[4.4.XIV] I allege the codes and statutes, because of ambiguity are null and void on their face.

[4.4.i] *"I submit that great principles of government rest upon solid foundations of truth and justice, and are not to be set at naught and evaded by the mere confusion of words." WHITE, J., dissenting. Adams Express Co. v. Ohio, 165 U. S. 240.<\**

[4.4.j] *The clear statement rule, which is a canon of statutory construction, not a rule of constitutional law, applies where courts "confront a statute susceptible of two plausible interpretations, one of which... alter [s] the existing balance of federal and state powers." - in Gila River Indian Community v. US, 2012 and 45 similar citations*

[4.4.k] *An examination of these authorities shows that the term "motor vehicle" has more than one common meaning ... depending upon which definition is adopted. Since our Courts of Appeals are divided on the appropriate interpretation of the term ... we conclude that the term has more than one reasonable interpretation. Since the term has more than one reasonable interpretation, it is ambiguous. WESTERN INS. COMPANIESv. Andrus, 694 SW 2d 657*

[4.4.l] *An offence cannot be created or inferred by vague implications. Atlanta v. White, 33 Ga 229*

[4.4.m] *"If [state] officials construe a vague statute unconstitutionally, the citizen may take them at their word, and act on the assumption that the statute is void." -*

[4.4.XV] If it is the position of the State that all vehicles are motor vehicle and all vehicles must be registered I allege the code is unconstitutional. If it is the States position automobiles are exempt from registration, I allege the Code was deliberately or negligently made vague and ambiguous for the fraudulent purpose and effect to generate massive revenue from we the people exercising our fundamental rights.

[4.4.n] *" `Fair notice'requires only that a violation be described with a `"reasonable degree of certainty"'[citation] so that `ordinary people can understand what conduct is prohibited.'[Citation.] The notice provided must be such that [the] prosecution does not `trap the innocent'without `fair warning.'[Citation - in In re Perdue, 2013 and 23 similar citations*

**[4.4.XVI]** The State government has tolled many vehicle that are exempt from registration.

[4.4.CVC.4006] 4006. A vehicle which is driven or moved upon a highway only for the purpose of crossing the highway... is exempt from registration.

[4.4.CVC.40010 ] 4010. Special construction equipment and special mobile equipment are exempt from registration.

[4.4.CVC.4012] 4012. Any vehicle... used exclusively in the maintenance or operation of cemetery grounds, is exempt from registration.

[4.4.CVC.4013] 4013. Any forklift truck... is exempt from registration. *(Enacted by Stats. 1959,*

[4.4.CVC.4014] 4014. Any portable or collapsible dolly carried in a tow truck... is exempt from registration. *(Amended by Stats. 1988, Ch. 924, Sec. 3.)*

[4.4.CVC.4015] 4015. Any privately owned vehicle designed or capable of being used for firefighting... is exempt from registration.

[4.4.CVC.4018] 4018. Any logging vehicle is exempt from registration. *(Added by Stats. 1975, Ch. 517.)*

[4.4.CVC.4019] 4019. A golf cart operated pursuant to Section 21115 is exempt from registration. *(Added by Stats. 1968, Ch. 1303.)*

[4.4.CVC.4020] 4020. A motorized bicycle operated upon a highway is exempt from registration.

[4.4.CVC.4021] 4021. Any vehicle that is designed or altered for, and used exclusively for, the refueling of aircraft at a public airport is exempt from registration. . .

[4.4.CVC.4022] 4022. A vehicle repossessed... is exempt from registration.

[4.4.CVC.4023] 4023. A low-speed vehicle operated pursuant to Section 21115 or 21115.1 is exempt from registration.

**[4.4.XVII]** Twelve registration exemptions. Where is the CVC code stating an automobile is exempt from registration? No exemption for automobiles, why is the exemption for automobiles omitted from this section? I allege it is cleverly obscured, and can only be understood by inference. I allege the State government has committed fraud by exaction and extortion. Extortion because the law enforcement officers will demand payment of registration fee by threat, duress, coercion, ticketing, court, fine and penalties, and even seizure of your automobile, even if you are living in it.

[4.4.] Exaction. The wrongful act of an officer or other person in compelling payment of a fee or reward for his services, under color of his official authority, where no payment is due. See also Extortion.

[4.4.] Extortion. The obtaining of property from another induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right. 18 U.S.C.A.†ß 871 et seq.; ß 1951.

[4.4.XVIII] The test will be if the State Government corrects the ambiguities.

[4.4.o] *An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact which deceives and is intended to deceive another so that he shall act upon it to his legal injury. It consists of some deceitful practice or willful device, resorted to with intent to deprive another of his right, or in some manner to do him injury (Emphasis added) Black's Law Dictionary Fifth Edition, page 594.*

[4.4.p] *"Fraud in its elementary common law sense of deceit - and this is one of the meanings that fraud bears in the statute, see United States v. Dial, 757 F.2d 163, 168 (7th Cir. 1985) - includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him, and if he deliberately conceals material information from them he is guilty of fraud. McNally v. U.S., 483 U.S. 350, 371-372 (1987), Quoting U.S. v. Holzer, 816 F.2d. 304, 307:*

[4.4.q] *A half-truth is a statement that, although technically accurate, is nonetheless misleading in some way, to tell half of the truth is to make a half-false representation (Langevoort, supra, 29, at 88-89)(Goldfarb, supra, 78, at 24). "[A] statement that contains only favorable matters and omits all reference to unfavorable matters is as much a false representation as if all the facts stated were untrue."(87Restatement (Second) of Torts §529 (1976)*

[4.4.r] *Lawyers may be subjected to sanctions for misrepresenting the meaning of quoted language through selective omission. See Precision Specialty Metals, Inc. v. United States, 315 F. 3d 1346 (Fed. Cir. 2003) (affirming formal reprimand for government attorney whose omission broadened the original meaning of a quoted passage).*

[4.4.s] *Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth. Morrison v. Coddington, 662 P. 2d. 155, 135 Ariz. 480(1983).*

[4.4.t] *Then take into account the case of McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307*

[4.4.XIX] Fraud in its elementary common law sense of deceit includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, and if he deliberately conceals material information from them he is guilty of fraud.

(p68)

[4.4.u] It is interesting to note the repeated references to fraud in the above quotes. Therefore the meaning of fraud should be noted: Fraud. An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact... which deceives and is intended to deceive another so that he shall act upon it to his legal injury. ... It consists of some deceitful practice or willful device, resorted to with intent to deprive another of his right, or in some manner to do him injury... (Emphasis added) –Black's Law Dictionary Fifth Edition, page 594. Then take into account the case of McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307 Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public,... and if he deliberately conceals material information from them he is guilty of fraud. Norman v. Zieber, 3 Or at 202-03:

[4.4.v] Where the party intentionally or by design misrepresents a material fact or produces a false impression' in order to mislead 1 - in Commentaries on Equity Jurisprudence: As Administered in England and America

[4.4.w] Silence can only be equated with fraud when there is a legal and moral duty to speak or when an inquiry left unanswered would be intentionally misleading. We cannot condone this shocking conduct... If that is the case we hope our message is clear. This sort of deception will not be tolerated and if this is routine it should be corrected immediately. U.S. v. Prudden, 424 F.2d. 1021; U.S. v. Tweel, 550 F. 2d. 297, 299, 300 (1977)

[4.4.x] McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307 Fraud in its elementary common law sense of deceit... includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public,... and if he deliberately conceals material information from them he is guilty of fraud.
424 F.2d 1021UNITED STATES v.Horton R. PRUDDEN,No. 28140. . United States Court of Appeals, Fifth Circuit.April 1970, ; Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading.

[4.4.y] "Silence can be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities." U.S. v. Tweel , 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932 .

[4.4.XX] If the State was interested in protecting the rights of the people the State would have constructed the code to reflect protecting these rights. The State is violating the fair play doctrine. Silence is fraud. These stealthy machination are made ambiguous by clever wording and is meant to confuse and mislead in shell game of words. It is a latent promotion of misinformation. The State government is taking advantage of the uniformed to generate billions of dollars in revenue. The personal economic loss from collection of revenue from the rights of we the people is in complete violation of the Constitution and clearly established law. What the State Governments cannot do directly, the State Governments cannot do indirectly. The State Government has a duty to disclose. The State Governments breach this duty and is an actionable nondisclosure under the Law of Deceit. The employees of our governments knew or should have known enacting latent defective statutes is fraud, and violates the fair play doctrine The failure to disclose material information is a breach of the fiduciary relationship. The State Governments owe the people a duty to disclose when the information is intrinsic in nature and facts material to constitutional rights. Because this latent defect produce massive revenue in the favor of the D-State Government it cannot be assumed to be an oversite. The Defendants have a duty to update or correct the code to reflect the peoples rights.  The State set in motion by omission motivated by exploiting the exercise of a fundamental rights to generate revenue for the benefit for the Agency of State, municipality, agents and employees.

*[4.4.z.] It is a venerable if trite observation that seizure of property by the State under pretext of taxation when there is no jurisdiction or power to tax is simple confiscation and a denial of due process of law - in West Linn Corp. Park, LLC v. City of West Linn, 2010 and 41 similar citations*

*[4.4.z.vague] The issue of vagueness raises the procedural due process requirements of fair notice to citizens and clear standards to prevent arbitrary enforcement of laws. State v. Maciolek, 101 Wn.2d 259, 676 P.2d 996 (1984). Hontz v. State 105 Wn.2d 302, 714 P.2d 1176*

*[4.4.z.tort]  Tort liability for breach of the implied covenant of good faith and fair dealing is appropriate where "'the party in the superior or entrusted position' has engaged in 'grievous and perfidious misconduct.'" State, University and Community College System v. Sutton, 120 Nev. 972, 989, 103 P.3d 8, 19 (2004).*

(p70)

## 4.5.  ALLEGATION - MALICIOUS ABUSE OF PROCESS

[4.5.A.1] CIVIL/CRIMINAL- The D-officers violated Federal Law.

[4.5.A.2] AT LAW-Trespass, Trespass on the case. Intensional tort.

> [4.5.a] —A person commits an offense if, with intent to harass, annoy, alarm, abuse,
> torment, or embarrass another, he... on more than one occasion engages in
> conduct... that is reasonably likely to harass, annoy, alarm, abuse, torment, or
> embarrass that person. - in Scott v. State, 2010 and 10 similar citations
>
> [4.5.b] "A section 1983 claim for malicious abuse of process lies where 'prosecution is
> initiated legitimately and thereafter is used for a purpose other than that intended
> by the law.'" Rose v. Bartle, 871 F.2d 331, 350 n.17 (3d Cir. 1989) (quoting Jennings
> v. Shuman, 567 F.2d 1213, 1217 (3d Cir. 1977)). The Pennsylvania Supreme Court
> has described abuse of process as follows: Abuse of process can be "by definition" a
> denial of procedural due process because "[a] deprivation of liberty or a
> determination of guilt or innocence may not be made on the basis of willingness to
> accede to extortionate demands." Jennings, 567 F.2d at 1220. Because plaintiffs
> have a constitutional right to not be deprived of their liberty interests without
> procedural due process, see id., this court's first inquiry is whether. . .McGee v.
> Feege, 517 Pa. 247, 253 (1987) (quoting Publix Drug Co. v. Breyer Ice Cream Co., 347
> Pa. 346 (1943)) (internal citations and quotations omitted)

[4.5.I] The D-officers reason for the seizure is no registration. This is
inconsistent with the officers incident report and the tow company's invoice.
The code infraction listed on the tow receipt and the incident report was:

> [4.5.CVC.22651] CVC 22651.  A peace officer ...  **may** remove a vehicle, under the following
> circumstances:(o)(1) When a vehicle is found... (A) With a registration expiration date in excess
> of six months. . .

> [4.5.c] A statement is made with "actual malice" if it is made "with knowledge that it
> [is] false or with reckless disregard of whether it [is] false or not." - in Mata v.
> Anderson, 2010 and 2,147 similar citations

[4.5.II] I have never registered my van with any government.

I did not have a registration for it to be expired for six months. There is a
difference between not possessing the object and having the object in
default. The seizure was capricious and arbitrary, and contrary to clearly
established law. The intent was to send me through the legal grinding mill.

*[4.5.d] DMV, law enforcement, and courts follow the full and exact language of the law contained in the California Vehicle Code. California Driver Handbook, (2016 edition), pg. 1 "Disclaimer."*

*[4.5.e] It is well established that a municipality may not exercise its authority in an arbitrary and capricious fashion. - in American Tel. & Tel. Co. v. Village of Arlington Heights, 1991 and one similar citation*

[4.5.III] The code clearly states 'may remove'. The D-officers did not have to seize my home. The D-officers had complete discretion.

*[4.5.f] California courts have interpreted various provisions of the Vehicle Code using the word "may" to confer discretionary authority on law enforcement - in California Highway Patrol v. Superior Court, 2008 and 5 similar citations*

*[4.5.g] "In view of this rule a statutory provision that the supervising officials "may" exempt such persons when the transportation is not on a commercial basis means that they "must" exempt them." --State v. Johnson, 243 P. 1073; 60 C.J.S. section 94, page 581.*

[4.5.IV] There was no exceptional circumstances, or compelling governmental interest to justify a seizure.

*[4.5.h] This court has consistently held to the view that liberty of the person and the right to the control of one's own property are very sacred rights which should not be taken away or withheld except for very urgent reasons. In re Guardianship of Collition, 164 N.W. 2d 480, 483; 41Wis. 2d 487 (1969).*

*[4.5.i] ... or general public interest," there was no "special need for very prompt action," and the responsible governmental official had not concluded that the seizure was, "pursuant to a narrowly-drawn statute, necessary and justified in this particular instance." See Fuentes v. Shevin, 407 ... Cited by 7310*

[4.5.V] The code infraction for no registration is CVC4000. There is no seizure component to this code. Citation only.

[4.5.CVC.4000] CALIFORNIA VEHICLE CODE - Vehicles Subject to Registration 4000. (a) (1) No person shall drive... any motor vehicle... unless it is registered and the appropriate fees have been paid...

[4.5.VI] I informed the D-officers "I live in my van". The D-officers chose to seize my home by switching the code to justify the seizure, as a result to intentionally injure me, and cause me severe emotional distress, I allege because of a subjective hostile animus.

*[4.5.j] The elements of a cause of action for a prima facie tort are:(1) intentional infliction of harm,(2) causing special damages, (3) without excuse or justification, (4) by an act or series of acts that would otherwise be lawful. - in Strapex Corp. v. METAVERPA NV, 1985 and 124 similar citations*

## THE LAW OF MALICE

*[4.5.k] "Abuse of process has three essential elements:(1) regularly issued process, either civil or criminal,(2) an intent to do harm without excuse or justification, and (3) use of the process in a perverted manner to obtain a collateral objective." - in Riskin v. Karp, 2010 and 184 similar citations*

*[4.5.l] The opinion indicates that actual malice is presumed where one acts in ignorance of the law; thus it would appear that even good-faith reliance on the advice of counsel is of no avail. Wood v. Strickland, 420 U.S. Ante, at 321 (1975)*

*[4.5.k] "[T] he threshold question is whether the behavior of the governmental officer is so egregious, so outrageous, that it may fairly be said to shock the contemporary conscience." - in Sheets v. Butera, 2004 and 249 similar citations*

*[4.5.n] A malicious abuse of legal process occurs where the party employs it for some unlawful object, not the purpose which it is intended by the law to effect; in other words, a perversion of it. Lauzon v. Charroux, 18 R.I. 467, 28 A. 975. Vybiral v. Schildhauer, 265 N.W. 241, 244, 130 Neb. 433; Silverman v. Ufa Eastern Division Distribution, 236 N.Y.S. 18, 20, 135 Misc. 814.*

*[4.5.o] A statement is made with "actual malice" if it is made "with knowledge that it [is] false or with reckless disregard of whether it [is] false or not." - in Mata v. Anderson, 2010 and 2,147 similar citations*

*[4.5.p] A sheriff who "acts without process," or "under a process void on its face, in doing such act, he is not to be considered an officer but a personal trespasser." Roberts v. Dean, 187 So. 571, 575 (Fla. 1939)"Arrest" Section 16 page 30;*

*[4.5.q] the Supreme Court recognized a "possible exception [to this general rule where] a law [was] so grossly and flagrantly unconstitutional that any person of reasonable prudence would be bound to see its flaws." --Michigan v. DeFillippo, 443 U.S. 31, 38, 99 S.Ct. 2627, 61 L.Ed.2d 343 (1979),.*

*[4.5.r] Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917), 177 C. 93, 170 P. 1100.*

*[4.5.s] [h]ere an individual official would be expected to know that certain conduct would violate statutory or constitutional rights he should be made to hesitate. Harlow v. Fiztgerald, 102 S. Ct. at 2739 Scott v. Dixon 720 F.2d 1542 (11th cir. 1983)*

*[4.5.t] (To impose an upward role adjustment, the defendant must have supervised at least one person). United States v. Gort-Didonato, 109 F.3d 318 (6th Cir. 1997)*

*[4.5.u] (Victims must have been targeted in order to be considered vulnerable). United States v. Hogan, 121 F.3d 370 (8th Cir. 1997)*

## 4.6. ALLEGATION-Gravamen of the abuse, gross violations of substantive rights, Substantive due process.

[4.6.A.1] CIVIL/CRIMINAL - The D-officers violated 4th, 5th, 8th and 9th Amendment rights. Cruel and unusual punishment. Deprivation of substantive due process rights in violation of Federal Law.

[4.6.A.2] AT LAW - Action of felony trespass. Deprivation of contentment. Felony usurpation. Deprivation of the fundamental right to the essentials of life. Violation of the castle doctrine.

[4.6.I]  I told the D-officers many times "I live in my van". To take away a human basic need is a gross violation of a substantive right. Never, ever should any government entity ever have the authority take away the peoples basic human needs like food, clothing, shelter, and security, because of words in a code book. This a gross violation of substantive fundamental rights protected by the Constitution in violation of the 8th, 9th, and 14th Amendments. The D-officers selectively, punitively, and maliciously had caused sever deprivations of constitutionally protection of essentials of life amounting to cruel and unusual punishment. Under no circumstance does the rights of any government outweigh the peoples rights of home, shelter, or any and all other provisions of life. The "purpose" element of this claim presupposes a knowledge of or a deliberate indifference to the rights at issue.

*[4.6.maxim] Domus sua cuique est tutissimum refugium. Every man's house is his castle. 5 Rep. 92. Brooms Maxim 321*

*[4.6.maxim] Domus tutissimum cuique refugium atque receptaculum. The habitation of each one is an inviolable asylum for him. Dig. 2, 4, 18.*

*[4.6.maxim] The where one is living is considered "his most secure shelter and retreat" [D.2.4.18]*

*[4.6.maxim] As a matter of rule, "no one should be taken (by force) from his home" [D. 50.17.103]*

*[4.6.a] —... the Fourth Amendment was intended to secure the citizen in person and property against unlawful invasion of the sanctity of his home by officers of the law acting under legislative or judicial sanction. This protection is equally extended to the action of the Government and officers of the law acting under it. Adams v. New York, 192 U.S. 585; (Boyd Case, supra.) To sanction such proceedings would be to affirm by judicial decision a manifest neglect if not an open defiance of the prohibitions of the Constitution, intended for the protection of the people against such unauthorized action. Weeks v. United States, 232 US 383 -*                (p75)

*[4.6.b] "The word `automobile' is not a talisman in whose presence the Fourth Amendment fades away and disappears." - in <u>Fry v. State</u>, 1972 and 269 similar citations*

*[4.6.c] The poorest man may in his cottage bid defiance to all the forces of the Crown. It may be frail; its roof may shake; the wind may blow through it; the storm may enter; the rain may enter; but the King of England cannot enter—all his force dares not cross the threshold of the ruined tenement - in <u>Solis v. City of Columbus</u>, 2004 and 105 similar citations*

*[4.6.d] " `When the State by the affirmative exercise of its power so restrains an individual's liberty that it renders him unable to care for himself, and at the same time fails to provide for his basic human needs—eg, food, clothing, shelter, medical care, and reasonable safety—it transgresses the substantive limits on state action set by the... Due Process Clause.'" - in <u>A v. Nutter</u>, 2010 and 393 similar citations*

*[4.6.e] The substantive component of the Due Process Clause bars "certain government actions regardless of the fairness of the procedures used to implement them." - in <u>Collins v. County of Kern</u>, 2005 and 780 similar citations*

*[4.6.f] To state a claim of substantive due process, Plaintiff must allege and show that Defendants deprived him with a "fundamental" right or liberty interest that is accorded special constitutional protection. - in <u>Yohn v. Coleman</u>, 2009 and 34 similar citations*

*[4.6.h] Even if there is no "seizure" for Fourth Amendment purposes, a constitutional claim of conscience-shocking force can be made out against an officer under substantive due process principles. - in <u>Rodriguez-Rodriguez v. Ortiz-Velez</u>, 2004 and 63 similar citations*

*[4.6.i] The Court stated that "conduct intended to injure in some way unjustifiable by any government interest is the sort of official action most likely to rise to the conscience-shocking level." - in <u>O'MALLEY v. LUKOWICH</u>, 2008 and 416 similar citations*

*[4.6.j] "[O] nly the most egregious official conduct can be said to be `arbitrary in the constitutional sense.'" - in <u>Biggers v. Lowe</u>, 2007 and 362 similar citations*

*[4.6.k] "[T] he threshold question is whether the behavior of the governmental officer is so egregious, so outrageous, that it may fairly be said to shock the contemporary conscience." - in <u>Sheets v. Butera</u>, 2004 and 249 similar citations*

*[4.6.l] We have, after all, lived our whole national history with an understanding of "the ancient adage that a man's house is his castle [to the point that t] he poorest man may in his cottage bid defiance to all the forces of the Crown," - in <u>Georgia v. Randolph</u>, 2006 and 64 similar citations*

*[4.6.n] Every householder, the good and the bad, the guilty and the innocent, is entitled to the protection designed to secure the common interest against unlawful invasion of the house.... - in <u>State v. Lee</u>, 1991 and 80 similar citations*

*[4.6.m] —as protection against all governmental invasions "of the sanctity of a man's home and the privacies of life." - in <u>State v. Douglas</u>, 1985 and 290 similar citations*

*[4.6.o] —right to maintain control over [one's] home, and to be free from governmental interference, is a private interest of historic and continuing importance. - in <u>State v. FERNANDO A.</u>, 2009 and 84 similar citations*

(p76)

4.7  UNCONSTITUTIONAL CODE

[4.7.] The CVC22651(o)(1)(A), is unconstitutional because it violates the 4th, 5th, and 14th Amendments in violation of Federal Law, and contrary to clearly establish law.

[4.7.I]  The code denies we the people our due process rights by authorizing a seizure and impound of property before the deprivation of a substantive property rights protected by the Constitution. It denies the right to be heard in our own defense. Unless for some emergency situation, notice and hearing must be before the deprivation. Administrative convenience or economic necessity cannot justify a deprivation of due process.

[4.7.CVC.22651] 22651.  A peace officer … *may* remove a vehicle, under the following circumstances: (o) (1) When a vehicle is found… (A) With a registration expiration date in excess of six months…

[4.7.a] *When a plaintiff alleges a violation of his or her constitutional rights based on the enforcement of a statute, the Court must consider the constitutionality of the statute. Grossman v. City of Portland, 33 F.3d 1200, 1203-04 (9th Cir.1994), cited in Carey v. Nev. Gaming Control Bd., 279 F.3d 873, 879 (9th Cir.2002).[2.8.] To be that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. Hoke vs. Henderson,15, N.C.15, 25 AM Dec 677.(common law occupies the field)*

[4.6.] *The Due Process Clause of the Fifth Amendment guarantees that no person shall . . . be deprived of life, liberty, or property, without due process of law. Precedent has established the general rule that individuals must receive notice and an opportunity to be heard before the Government deprives them of property. 510 U.S. 43 UNITED STATES, PETITIONER v. JAMES DANIEL GOOD REAL PROPERTY ET AL.[4.6.] Due course of law, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN*

[4.7.b] *It may be admitted that a statute which should authorize any debt or damages to be adjudged against a person upon a purely ex parte proceeding, without a pretence of notice or any provision for defending, would be a violation of the Constitution, and be void; Pennoyer v. Neff, 95 US 714 - Supreme Court 1878<\**

[4.7.c] *In many of these cases, the courts held that the statutes or ordinances failed to provide for adequate or timely notice or hearing and were, therefore, unconstitutional under the fifth or fourteenth amendments to the United States Constitution - in Unconstitutional Seizure of Vehicles: Iowa Towing Statutes Collide with the … and 2 similar citations*

*[4.7.d] But whenever the operation and effect of any general regulation is to extinguish or destroy that which by law of the land is the property of any person, so far as it has that effect, it is unconstitutional and void. Thus, a law is considered as being a deprivation of property within the meaning of this constitutional guaranty if it deprives an owner of one of its essential attributes, destroys its value, restricts or interrupts its common, necessary, or profitable use, hampers the owner in the application of it to the purposes of trade, or imposes conditions upon the right to hold or use it and thereby seriously impairs its value. ( Statute ) 167 Am. Jur. 2d, Constitutional Law, Section 369.*

*[4.7.d] —ordinance violates due process clause of fourteenth amendment because it fails to provide hearing before deprivation - in Unconstitutional Seizure of Vehicles: Iowa Towing Statutes Collide with the ... and one similar citation*

*[4.7.e] If the right to notice and a hearing is to serve its full purpose, then, it is clear that it must be granted at a time when the deprivation can still be prevented. At a later hearing, an individual's possessions can be returned to him if they were unfairly or mistakenly taken in the first place. Damages may even be awarded to him for the wrongful deprivation. But no later hearing and no damage award can undo the fact that the arbitrary taking that was subject to the right of procedural due process has already occurred. "This Court has not . . . embraced the general proposition that a wrong may be done if it can be undone." Stanley v. Illinois, 405 U. S. 645, 405 U. S. 647.*

*[4.7.f] This Court, like the Supreme Court, has recently "repudiated the notion that notice of a fait accompli would satisfy the demands of the Due Process Clause." - in United States v. Silberman, 1979 and one similar citation*

*[4.7.g] However, we have consistently reaffirmed our understanding that in all cases outside the exceptions to the warrant requirement the Fourth Amendment requires the interposition of a neutral and detached magistrate between the police and the "persons, houses, papers, and effects" of citizens. - in Thompson v. Louisiana, 1984 and 32 similar citations*

*[4.7.h] We have emphasized time and again that the touchstone of due process is protection of the individual against arbitrary action of government, whether the fault lies in a denial of fundamental procedural fairness, or in the exercise of power without any reasonable justification in the service of a legitimate governmental objective. - in Gonzales v. City of Castle Rock, 2004 and 163 similar citations*

*[4.7.i] The district court ruled the laws unconstitutional because the city and state did not provide notice and hearing before seizing vehicles in nonemergency situations such as overdue metered parking or restricted parking - in Unconstitutional Seizure of Vehicles: Iowa Towing Statutes Collide with the ... and one similar citation*

*[4.7.j] "Economic necessity cannot justify a disregard of Constitutional guarantee." Riley vs. Carter, 79 ALR 1018; 16 Am.Jur. (2nd), Const. Law, Sect. 81*

*[4.7.k] It is well settled that mere administrative convenience is no justification for deprivation of property without due process - in Wong v. City & County of Honolulu, 2004 and 2 similar citations*

## 5.1. DUTY/PERJURY/LIABILITY/TRAINING/

[5.1.] Allegation - The Defendants breached their fiduciary duty and perjured their oath of office in violation of the Constitution, Federal Law, and clearly established law.

## [5.1.A] THE DUTY OF THE OFFICERS

[5.1.A.I] The D-officers have a duty to uphold their oath of office and obey the laws and the prohibitions of the Constitution, and to protect life, liberty, and property of the people. The D-officers breached their duty by violating the my constitutional rights. Nothing in this instance were my right to life, liberty or property protected. The duty of the officers is to protect and to serve the people. Not to protect and to serve the Agency.

The D-officers are have a duty to act in good faith and with due regard for the interests of the people they come in contact with. Any reasonable law enforcement officers are presumed to have constructive knowledge of the peoples natural fundamental rights which can never be violated. All persons generally have a duty to act with reasonable care toward those they come into contact with, how much more law enforcement officers. The D-officers violated their oath and breached their duty when they fail to act reasonably. Law enforcement officers are presumed to know the law. The D-officers breach their duty by violating clearly established law, and violating fundamental rights. The D-officer breach their duty by acting where it is their duty not to act, and by unlawfully or unreasonably performing an official act in one way when it was their duty to perform it in an other. The acts of the D-officers shock the conscience and broke the confidence. The result in a substantial injury and violations of rights, and perjury.

*[5.1.A.a] 5 U.S. Code § 3331 - Oath of office; An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law. 5 U.S. Code § 3331 - Oath of office* (p79)

[5.1.A.b] *"It is the only supreme power in our system of government, and every man who, by accepting office participates in its functions, is only the more strongly bound to submit to that supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."U.S. v. Lee, 106 U.S. 196, 220 1 S. Ct. 240, 261, 27 L. Ed 171 (1882)*

[5.1.A.c] *"It is true, that the person who accepts an office may be supposed to enter into a compact [contract] to be answerable to the government, which he serves, for any violation of his duty; and, having taken the oath of office, he would unquestionably be liable, in such case, to a prosecution for perjury in the Federal Courts. But because one man, by his own act, renders himself amenable to a particular jurisdiction, shall another man, who has not incurred a similar obligation, be implicated? If, in other words, it is sufficient to vest a jurisdiction in this court, that a Federal Officer is concerned; if it is a sufficient proof of a case arising under a law of the United States to affect other persons, that such officer is bound, by law, to discharge his duty with fidelity; a source of jurisdiction is opened, which must inevitably overflow and destroy all the barriers between the judicial authorities of the State and the general government. Anything which can prevent a Federal Officer from the punctual, as well as from an impartial, performance of his duty; an assault and battery; or the recovery of a debt, as well as the offer of a bribe, may be made a foundation of the jurisdiction of this court; and, considering the constant disposition of power to extend the sphere of its influence, fictions will be resorted to, when real cases cease to occur. A mere fiction, that the defendant is in the custody of the marshall, has rendered the jurisdiction of the King's Bench universal in all personal actions." [United States v. Worrall, 2 U.S. 384 (1798)*

[5.1.A.d] *"In many relationships in which one party is bound by a fiduciary obligation, the other party's vulnerability to the fiduciary's abuse of power or influence conventionally justifies the imposition of fiduciary obligation.". DeMott, supra note 8, at 902*

**[5.1.B] THE LIABILITY OF THE GOVERNMENT**

[5.1.B.I] The State Government failed to provide adequate instructions to the municipalities regarding the peoples right to use a private conveyance, and that not all vehicles require license plates or DMV window permits. That there will be private conveyances that to not require permission from State Governments to be on the highway.

[5.1.B.II] The State and the municipalities have clothed their employees with the power and authority to enforce 'color of law' with a complete monopoly of police power and authority of the highways and roads, with ability to cause injury to the public at large, with guns, handcuffs, police car cages, and prison cells. The D-Governments have a duty to restrain and control their employees by being well trained and educated in the constitutional rights of the people and understanding clearly establish law, regulations, department policy which are the only barriers keeping the vulnerable public from a police state. **D-Government policy is, any vehicle that does not present a license plate or DMV window permit is in violation of the code, and law enforcement are to stop any vehicle that do not comply with this registration regulation and to cite and seize vehicle that do not comply.**

[5.1.B.III] **The Constitution is a charter of negative liberties, it tells the Government to let people alone,** (*Bowers v. DeVito*). **The D-Government and its employees has breached their duty and violate the right to be let alone.** The D-government failed to train and supervise **the municipalities and officers who's acts violate the peoples fundamental rights. Three officers acting in concert stopped, seize and impounded my private property, without notice, without a hearing, without hesitation, for not possessing government permission to use a automobile on the highway, violating my fundamental rights.**

(p81)

## [5.1.C] LIABILITY OF THE POLICE

[5.1.C.I] The acts of the D-officers is a custom or policy of the San Diego Police Department due to the fact three of its officers acting in concert never hesitated in violating clearly established rights. It would be assumed the San Diego Police Department would properly train its officers in the acts of conduct concerning statutory or constitutional rights. The City of San Diego and its San Diego Police Department policymakers have been unreasonably deficient in applying training and workable rules to avoid violating constitutional proscriptions. It is this failure that caused a deliberate indifference that resulted in the deprivation of constitutional rights. Further evidence of lack of training to protect the rights of the people is the complete disregard for my substantive rights in taking my home unreasonably and disregard for my safety and security.

[5.1.] The response I received after submitting my complaint to the D-Governments. From the State of California Department of Justice, 'The (DOJ) policy, local government will be primarily responsible for citizen complaints against law enforcement agencies or employees. . . ., City of San Diego Risk Management states, "The liability of a municipality to any 'person' who make a claim against the municipality for damages is strictly limited by 'laws of the State of California'. Based on a review of the facts giving rise to your claim, the city is denying that claim." So, California, who enact the laws to strictly limit damages for claims against the municipalities, say the municipalities are responsible for their own employees who enforce the California laws. Hmm? Then the municipality states, "Based on a review of the facts giving rise to your claim, the city is denying that claim." Neither the State government or the City of San Diego stated the acts of the D-officers were unreasonable or unlawful, or took responsibility for my substantive deprivations. The municipality sees no facts in all the allegations of deprivations of rights listed in the claim that would allow a claim for damages. This is more evidence the actions of the D-officers are custom or policy. One officer may have shortcomings, three officers is a government policy or custom. (p82)

*[5.1.C.a]* Tort liability for breach of the implied covenant of good faith and fair dealing is appropriate where "'the party in the superior or entrusted position' has engaged in 'grievous and perfidious misconduct.'" <u>State, University and Community College System v. Sutton</u>, 120 Nev. 972, 989, 103 P.3d 8, 19 (2004).

*[5.1.C.b]* It is fundamental in both Federal and State law that "the States are not\*\*\* precluded from developing workable rules governing arrests, searches and seizures to meet 'the practical demands of effective criminal investigation and law enforcement' in the States, provided that those rules do not violate the constitutional proscription of unreasonable searches and seizures ... - in <u>People v. Reason</u>, 1966 and 106 similar citations

*[5.1.C.c]* "[T]he inadequacy of police training may serve as the basis for § 1983 liability only where the failure to train amounts to deliberate indifference to the rights of persons with whom the police come into contact." - in <u>Chaney v. City of Orlando</u>, 2005 and 1,390 similar citations

*[5.1.C.d]* "[I]t is when execution of a government policy or custom, whether made by its lawmakers or by those whose edicts or acts may fairly be said to represent official policy, inflicts the injury that the government as an entity is responsible under § 1983." - in <u>Hogan v. Franco</u>, 1995 and 2,988 similar citations

*[5.1.C.e]* —"the need for more or different training [be] so obvious, and... so likely to result in the violation of constitutional rights, that the policymakers of the city can reasonably be said to have been deliberately indifferent to the need." - in <u>Mahan v. City of New York</u>, 2005 and 856 similar citations

*[5.1.C.f]* "Only where a municipality's failure to train its employees in a relevant respect evidences a 'deliberate indifference'to the rights of its inhabitants can such a shortcoming be properly thought of as a city 'policy or custom'that is actionable under § 1983. " - in <u>Doe v. BOYERTOWN AREA SCHOOL DIST</u>, 2014 and 440 similar citations

*[5.1.C.g]* "[A] properly trained officer may reasonably be expected to 'exercise a higher degree of restraint than the average citizen...- in <u>People v. Autieri</u>, 1982 and 81 similar citations

*[5.1.C.h]* Where an individual official would be expected to know that certain conduct would violate statutory or constitutional rights he should be made to hesitate. <u>Harlow v. Fiztgerald</u>, 102 S. Ct. at 2739  Scott v. Dixon 720 F.2d 1542 (11th cir. 1983)

## [5.1.D]  LIABILITY, RESPONDEAT SUPERIOR

*[5.1.D.a]  "The rule of governmental immunity as to all political subdivisions of government is hereby abrogated as it has heretofore been abrogated as to municipal corporations, i.e., cities. No longer is the defense of governmental immunity for tort liability available, irrespective of whether the involved political subdivision is functioning 'governmentally' or 'proprietarily'." MYERS v GENESSEE COUNTY, 375 Mich 1, 1965.*

*[5.1.D.b]  Under the "color of law" requirement, the defendants in a § 1983 action must have committed the complained-of acts in the course of their performance of duties and have misused power that they possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law. - in Lavergne v. " DATELINE" NBC, 2014 and 73 similar citations*

*[5.1.D.c]  municipal corporations are liable for intentional torts of their police officers to the same extent as private corporations. - in City of Green Cove Springs v. Donaldson, 1965 and 4 similar citations*

*[5.1.D.d]  A municipality may be held liable under § 1983 if its deliberate policy caused a constitutional violation. - in Marquez v. City of Phoenix, 2010 and 99 similar citations (disclosure)*

*[5.1.D.e]  A city may be liable for the underlying constitutional violation committed by a non-policymaking employee if the city's policy is objectively deliberately indifferent to the likelihood a particular constitutional violation would occur. City of Canton v. Harris  489 U.S. at 397*

*[5.1.D.f]  In Holtyz, the court said that, "[b]y reason of the rule of respondeat superior a public body shall be liable for damages for the torts of its officers, agents, and employees occurring in the course of the business of such public body." - in Walker v. UNIV. OF WISCONSIN HOSPITALS, 1995 and 12 similar citations*

*[5.1.D.g]  If the tort is activated by a purpose to serve the master or principal, then he is liable. Otherwise he is not. - in Winn Dixie Stores, Inc. v. Akin, 1988 and 2 similar*

*[5.1.D.h]  —the Supreme Court rejected a construction of section 1983 that would have allowed municipalities a qualified "good faith" immunity from liability for constitutional violations. - in Hobson v. Wilson, 1982 and 54 similar citations*

*[5.1.D.i]  The opinion indicates that actual malice is presumed where one acts in ignorance of the law; thus it would appear that even good-faith reliance on the advice of counsel is of no avail. Wood v. Strickland, 420 U.S. Ante, at 321 (1975)*

*[5.1.D.j]  —expressly held that a municipality would be liable for the intentional torts of its police officers committed within the scope of the employer's business- in Should Punitive Damages be Abolished-A Statement for the Negative and one*

*[5.1.D.k]  ... [4] There is some authority for construing a claim against a police department as one brought against a municipality itself. See Tice v. WINSLOW TOWNSHIP POLICE Dist. Court, D. New Jersey, 2014 - Lee v. NNAMUS, Civ. No. 06-433, 2007 WL 2462616, at *2 (D. Nev. Aug. 28, 2007); Renz v. Willard Police Dep't, Civ. No. ...*

*[5.1.D.l]  For constitutional purposes, the action of an individual law enforcement officer is the action of the State itself, e. g., Ex parte Virginia, 100 U. S. 339, 346-347*

*[5.1.m]  —holding that, under § 1983, municipalities are not entitled to "qualified immunity based on the good faith of their officers - in Rosillo v. Holten, 2014 and 75 similar citations*

## 5.2. THE INJURIES

*[5.2.] Constitutional rights of a citizen are so valuable that an injury is presumed to flow from the deprivation itself. United States ex rel. Mottley v. Rundle... International Prisoners Union v. Rizzo, 356 F. Supp. 806 (E.D. Pa. 1973); Speaks v. McGregor, 355 F. Supp. 1129 (W.D. Va. 1973); Washington v. Official Court Steno., 251 F. Supp. 945 (E.D. Pa. 1966). 31. 323 F. Supp. 93 (N.D. Ohio), supplemented, 330 F. Supp. 707 (N.D. Ohio 1971), aff'd, 456 F.2d 854 (6th Cir. 1972).*

[5.2.I] I have suffered severe emotional distress and mental anguish from the egregious misconduct, and outrageously careless acts of the D-officers. The acts of the Agents were unnecessary. The California Motor Vehicle Code states the officer 'MAY' remove a vehicle. The D-officers did not have to seize my home. The D-officers had other options. The officers could have issued a citation, asked I remove the van from the public roads, anything but take my home and leave me on the street putting me in harms way, vulnerable. The acts of the D-officers were invasive and proactive, deliberate and intentional. The officers actions were willful, wanton, malicious, unreasonable, with deliberate indifference to my safety and security. This was intentional infliction of mental and emotional harm. I was vulnerable and they took advantage of me. This punishment was way too severe for a simple code violation that I allege didn't even apply. The officer knew or should have known the likelihood that their conduct would cause a severe mental and emotional distress and anxiety. The Agents acts were malicious, reckless and cruel. I had no options, I was powerless to defend myself against their aggressive behavior. Kicking me out of my home and then taking it leaving me homeless without my bed, shelter, safety, my essentials of day to day life. I have been victimized by acts of the D-officers who swore an oath to protect. We the people did not create the government to be our masters, to demand obedience from the people is repugnant to the Constitution. Never, ever should any government employee have the power to take away the essential of life of any one of the people, EVER!!!

[5.2.II] How can words express what I suffered by the acts of the officers. My van is where I live. If anyone could imagine being at home, then unexpectedly the police show up without warning and tell you they are taking your home, you have 15 minutes to get what you need, they are going to take your home and there is nothing you can do to stop them, then while in shock trying to think of what you need to get because you are about to be on the street "HOMELESS", kicked out without notice, without a warrant, without probable cause, without due process, then, then rip your home off the lot and take everything you need to live, your shelter, your bed, all your clothes, your food, all your comforts, everything you posses to live on and leaving you there in the dirt, because of a code violation, I allege a misplaced code violation. A code the Supreme Court has clearly established as unconstitutional over 40 years ago,(Iowa towing statute collide with the federal law). My young niece was a witness to this nightmare. I was severely embarrassed. Any reasonable trained objective officer would not have violate the well establish due process clause of the Constitution, and would not have acted with such disregard for the safety and well being of an individual. The D-officers were in a position of power, and public trust. The Acts of the D-officers jeopardize my personal security, safety and well-being. The acts of the Agents were not just a nuisance, but acts of reckless endangerment and a hazard to the public safety and wellbeing. The acts of the D-officers were cruel and inhuman with an evil mind, morally shocking social behavior, uncivilized treatment, repugnant to the anyone with a conscience. The D-officers acted with a severe disregard for my well being, no consideration to an alternative, having no empathy, no compassion or archaism. To deprive me of my human rights and seize my home because I choose not to contract with a corporation takes us back to the days of the robber barons and toll roads, you have the right to travel, after you pay us to regulate your property. I have property rights. Even now I don't consent to contract with the "agency". If my right to contract is unlimited then the right not to contract is also unlimited.

[5.2.III] The D-officers stated, "We are going to spend a lot of time together." What does that mean? I feel I was I targeted because I exercise my rights to follow the supreme court rulings, be free and not under the power and control of the color of law of the agency that do not apply to nonresidents. The D-officers intent to compelled me to contract, under force and arms, threat, duress, and coercion, with their corporation to provide a service, I did not want. The evidence of this being a service is the DMV refers to those who hold registrations as customers. Under what authority did the D-officers act? My failure to comply induced the reprisal from the D-officers action. The fact officers mis-cited the code goes to subjective component of the officers being blinded by animus, coupled with the demeanor of the officer with his arms crossed against his chest, standing their with a scowl on his face. The D-officer made me very nervous. His attitude, we are the government and you are going to do what we say or we are going to punish you, is very scary. I felt concerned and compelled to bring this to his attention, asking if the officer was mad at me. Any reasonable officer with objective clarity would have simply issued a citation and keep the peace. Weather I was right or wrong. In violation or not is for a court to decide, not the officers in the field. I would have looked forward to going to court. Thats my right. I was denied that right. I was very stressed not knowing where I would stay that night. I ended up staying on the floor of a trailer. I was cold and I was scared and very angry. I didn't sleep at all. I felt unsafe. It was very painful and a horrible experience. I have 10 compression fractures and 2 herniated disc in my spine, and suffer from spinal stenosis, I suffered a lot pain, cramping, and going numb. I am too old to be sleeping without a bed and blanket. This was unreasonable and excessive act, breach of the peace and felony trespass. This shocks the conscience. Any reasonable office would have known taking away ones home would cause severe emotional distress. The D-officers acted with depraved indifference with the intent to cause injury and to inflict severe emotional distress with the full force and weight of the government boot on my neck. Even a dog can distinguishes between being stumbled over and being kicked.      (p87)

## 5.3. DAMAGE

[5.3.I] If the Government considers it important not to discourage such conduct, it should provide indemnity to its officers. Preferably, however, it should furnish the kind of training and supervision for its law enforcement officers to respect the peoples rights that would entirely eliminate the unnecessarily spending of the Courts valuable resources to distinguish between the conduct that a competent officer considers reasonable and the conduct the Constitution deems impermissible. I prey for maximum cure and maintenance, plus maximum punitive damages. I prey for my out of pocket expenses. I prey for compensation for my time in research and production of this case work. I prey for everything I am in title to, complete remedy, complete redress.

[5.3.a] *The decision in* <u>*Atlantic Sounding v. Townsend*</u>*, 129 S. Ct. 2561 (2009), operates on three premises. First, punitive damages have long been available at common law as a remedy for wanton, willful, or outrageous conduct. Second, the general rule that punitive damages were available at common law extends to claims arising under federal maritime law. Finally, nothing in the Jones Act or general maritime law undermines the applicability of the general punitive damages rule in the maintenance and cure context.*<u>*O'QUINN*</u>*, 2006 and 1,300 similar citations*

[5.3.b] *—punitive damages can be awarded in § 1983 actions for "reckless or callous disregard for the plaintiff's rights, as well as intentional violations of federal law - in* <u>*Kennedy v. Dexter Consol. Schools*</u>*, 1998 and 96 similar citations*

[5.3.c] *Under § 1983, punitive damages may be awarded only if the official conduct is "motivated by evil intent" or demonstrates "reckless or callous indifference" to a person's constitutional rights. - in* <u>*Sockwell v. Phelps*</u>*, 1994 and 38 similar citations*

[5.3.d] *The Court suggested that punitive damages may be awarded when an official's conduct is malicious, intentional, or recklessly or callously indifferent to protected rights. This test focuses on the state of mind of the defendant.* <u>*Smith v. Wade*</u>*, (1983)No. 81-1196*

[5.3.e] *The opinion indicates that actual malice is presumed where one acts in ignorance of the law; thus it would appear that even good-faith reliance on the advice of counsel is of no avail.* <u>*Wood v. Strickland*</u>*, 420 U.S. Ante, at 321 (1975)*

[5.3.f] *'where federally protected rights have been invaded, it has been the rule from the beginning that courts will be alert to adjust their remedies so as to grant the necessary relief.'* <u>*Bell v. Hood*</u>*, 327 U.S., at 684, 66 S.Ct., at 777*                    (p88)

[5.3.g] *California courts routinely upheld punitive damage awards even when there was no evidence of the defendant's worth. See, e.g.,* <u>*Fenlon v Brock*</u> *(1989)216 CA3d 1174, 1179, 265 CR 324;* <u>*Dumas v Stocker*</u> *(1989) 213 CA3d 1262, 1269, 262 CR 311;* <u>*Greenfield v Spectrum Inv. Corp.*</u> *(1985)174 CA3d 111, 124, 219 CR 305;* <u>*Fletcher v Western Nat'l Life Ins. Co.*</u> *(1970)10 CA3d 376, 404, 89 CR 78;* <u>*Hanley v Lund*</u> *(1963) 218 CA2d 633, 645, 32 CR 733.*                    (p88)

## 5.4 INJUNCTION

[5.4.I] We the people have the right to travel in a private conveyance for private purpose. We also have the right not to be interfered with and to be let alone. We the people should be able to travel without the police demanding we must have a registration for our private conveyance. We should not  relinquish our rights by threat, duress, coercion or the fear of police harassment, threatened criminal prosecutions, citations, fines and penalties pressed against us. Fighting in a courts hostile to the people exercising a right is not a adequate remedy, and the injury is irreparable. In a perfect world the police would know how to identify the difference between a motor vehicle required to be registered and an automobile not required to be registered. I wish we the people could rely on exercising a right with confidence. In nation of laws not of men, how is this to much to ask for?

[5.4.a] *"Our whole system of law is predicated on the general fundamental principle of equality of application of the law. 'All men are equal before the law,' "This is a government of laws and not of men,' 'No man is above the law,' are all maxims showing the spirit in which legislatures, executives, and courts are expected to make, execute and apply laws. But the framers and adopters of the (Fourteenth) Amendment were not content to depend... upon the spirit of equality which might not be insisted on by local public opinion. They therefore embodied that spirit in a specific guaranty."* Truax v. Corrigan, *257 U.S. 312, 332*

[5.4.] *"Complete freedom of the highways is so old and well established a blessing that we have forgotten the days of the Robber Barons and toll roads, and yet, under an act like this, arbitrarily administered, the highways may be completely monopolized, if, through lack of interest, the people submit, then they may look to see the most sacred of their liberties taken from them one by one, by more or less rapid encroachment."* Robertson vs. Department of Public Works, *180 Wash 133,*

[5.4.] *"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but, the individual's rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."* Redfield v Fisher, *292 P 813, at 819 [1930]*

[5.4.] *It is obviously correct that no one acquires a vested or protected right in violation of the Constitution by long use, even when that span of time covers our entire national existence and indeed predates it."* Walt v. Tax Commission of the City of New York, *397 U.S. 664, 678 (1970)*

[5.4.] *"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government."* City of Dallas v Mitchell, *245 S.W. 944*

(p89)

[5.4.II][estopple] I can't travel at will for fear of another attack from police taking away my property over and over again and as a result not feeling safe to travel has impeded my liberty and to travel at will, fear the police will seize my property and leaving me destitute having to bail my property out until I'm bankrupt and no longer afford the bail and my home sent to the auction block for the tow and storage fees. I have the right to feel free.

> [5.4.] *It is recognized that an injunction will lie to enjoin the threatened enforcement of an invalid statute or ordinance where the lawful use and enjoyment of private property will be injuriously affected by its enforcement (Bristol, etc., Co. Bristol, 97 Va. 304, 33 S.E. 588, 75 Am.St.Rep. 783; City of Roanoke Bolling, 101 Va. 182, 43 S.E. 343)*

[5.4.III] I suspect there are persons in the government who are or will be hostile to the information in this work, and may be uncooperative or even provide barriers to the process of this information. Please think of your descendants. If the Government can throw code at us, we should be able to throw the Constitution and law back at them. Please help me for the sake of the future generations.

> [5.4.] *KAREN LECRAFT HENDERSON, Circuit Judge, concurring: I write separately to express dismay over the herculean effort the plaintiff has had to expend simply to get his day in court. It has taken twenty-five years, a criminal trial, eleven appellate judges as well as all participating members of the United States Supreme Court — not one of whom has rejected his claim as a matter of law — to get to the point that a jury will finally hear and decide if government officials engaged in pay-back because the plaintiff sought to do business with the government. To say that this has not been the government's finest hour is a colossal, and lamentable, understatement. Moore v. Hartman, 644 F. 3d 415 - Court of Appeals, Dist. of Columbia Circuit 2011*

## 5.5. DISCOVERY

[5.5.I]  I wish the court to subpoena all the records entitled to a plaintiff. I am not a lawyer, I do not have itemized list. All three officers were wearing body cameras. I wish to review the body cameras recordings, before an amended pleadings is to be filed. I may have left out valuable necessary information.

... all rights reserved

(p91)