

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Kaplan, the people | Civil Action No. 17-cv-01336-AJB-KSC |
| Plaintiff, | |
| V. | |
| State of California, et al; State Legistlators, Official Cap; City of San Diego; Police Officer Sgt Eric Miller, Badge 10#6112; see attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grant's defendants' motion to dismiss in its entirety. Plaintiff's Second Amended Complaint is dismissed with prejudice.

Date:   1/28/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Garcia
A. Garcia, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-01336-AJB-KSC

Defendant
Officer Dwight Dunagan
Badge 10#6846

Defendant
Officer Jaclyn Lowry
Badge 10#7390

Defendant
A to Z Enterprises
Unknown Owner/s

Defendant
Mr. and Mrs. Miller
as private individuals

Defendant
Mr. and Mrs. Dunagan
as private individuals

Defendant
Mr. and Mrs. Lowry
as private individuals

Defendant
San Diego Police Department